**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-3440

ERIC COOMER, PhD.,

Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

Defendants

---

## NOTICE OF RELATED CASES

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Notice of Related Cases and provides this Court with the following information:

| **RELATED CASE NUMBER ONE** | |
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | • Colorado Rule of Civil Procedure 12(b)(5) Motions to Dismiss pending<br>• Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 pending |

| Attorneys Representing Parties in Related Case | **Counsel for Defending the Republic**<br>Michael W. Reagor, #22027<br>mreagor@drc-law.com<br>Christopher Seerveld<br>cseerveld@drc-law.com<br>Dymond • Reagor, PLLC<br>8400 E. Prentice Ave., Suite 1040<br>Greenwood Village, Colorado 80111<br>303-734-3400<br>**Counsel for Donald J. Trump for President, Inc.**<br>John Zakhem, #30089<br>jszakhem@jacksonkelly.com<br>Eric R. Holway, #49263<br>Eric.holway@jacksonkelly.com<br>Nicole B. Grimmesey, #55217<br>Nicole.grimmesey@jacksonkelly.com<br>Jackson Kelly PLLC<br>1099 18th Street, Suite 2150<br>Denver, CO 80202<br>303-390-0016<br>**Counsel for Rudolph Giuiliani**<br>Joe Sibley, # 21PHV6554<br>sibley@camarasibley.com<br>Camara & Sibley, LLP<br>4400 Post Oak Parkway, Suite 2700<br>Houston, TX 77027<br>713-966-6789<br><br>Geoffrey N. Blue, #32684<br>gblue@gesslerblue.com<br>Scott E. Gessler, #28944<br>sgessler@gesslerblue.com<br>Gessler Blue LLC<br>7350 E Progress Pl., Suite 100<br>Greenwood Village, CO 80111<br>303-906-1050 |
|---|---|

| RELATED CASE NUMBER ONE | |
|---|---|
| | **Counsel for Herring Networks, Inc. dba OAN and Chanel Rion**<br>Bryan K. Clark<br>bclark@vedderprice.com<br>Blaine C Kimrey<br>bkimrey@vedderprice.com<br>Julia L. Koechley<br>jkoechley@vedderprice.com<br>Jeanah Park<br>jpark@vedderprice.com<br>Vedder Price, P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>312-609-7810<br><br>Richard A. Westfall, No. 15295<br>rwestfall@westfall.law<br>Westfall Law, LLC<br>5842 W. Marquette Drive<br>Denver, Colorado 80235<br>720-904-6022<br>**Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |

| RELATED CASE NUMBER ONE | |
|---|---|
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Gordon A. Queenan, No. 49700<br>gqueenan@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539<br>**Counsel for Eric Metaxas**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Margaret Boehmer, #45169<br>mboehmer@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>**Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>Andrea M. Hall, #36410<br>andrea@thehalllawoffice.com<br>The Hall Law Office, LLC<br>P. O. Box 2251<br>Loveland, CO 80539<br>970-419-8234<br>**Counsel for Sidney Powell and Sidney Powell, P.C.**<br>Barry Arrington, #16486<br>barry@arringtonpc.com<br>Arrington Law Firm<br>3801 E. Florida Avenue, Suite 830<br>Denver, CO 80210<br>303-205-7870-Office<br><br>Shaun Pearman, #16619<br>shaun@pearmanlawfirm.com<br>The Pearman Law Firm, P.C.<br>4195 Wadsworth Boulevard<br>Wheat Ridge, CO 80033<br>303-991-7600 |

| RELATED CASE NUMBER TWO | |
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | Defendants have been served; answers due to be filed 12-27-21 and 01-11-22 |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br>**Counsel for Salem Media of Colorado Inc.**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |

Respectfully submitted this 22nd day of December 2021.

Respectfully submitted,

*/s/ Charles J. Cain*

Charles J. Cain, No. 51020
ccain@cstrial.com
Steve Skarnulis*
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Zachary H. Bowman*
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
*Applications for admission forthcoming
**ATTORNEYS FOR PLAINTIFF**