## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3440

ERIC COOMER, PhD.,

      Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

      Defendants

---

## DECLARATION OF ERIC COOMER

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

I, Dr. Eric Coomer, PhD., declare and state as follows:

1.      "My name is Eric Coomer.  I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.      "I am the Plaintiff in the above-captioned lawsuit.  I am a Colorado resident and have lived in Colorado for the past 22 years.  I was employed by Dominion Voting Systems, Inc. (Dominion) beginning in 2010 and as the Director of Product Strategy and Security from 2013 until May 14, 2021.  Dominion's headquarters are in Denver, Colorado.  Dominion's Denver office was my principal place of employment.  In total, I worked with election service companies for 16 years.

3.      "I graduated from the University of California, Berkeley, in 1997 with a Ph.D. in Nuclear Engineering.  After working in IT consulting for several years, I entered the elections industry in 2005 with Sequoia Voting Systems as Chief Software Architect. After three years with the company, I took over all development operations as Vice President of Engineering.  When Sequoia was acquired by Dominion Voting Systems in 2010, I joined the Dominion Voting Systems team as Vice President of Engineering overseeing development in the Denver, Colorado office.

4.      "In 2013, I took over as the Director of Product Strategy and Security, focusing on the creation of next generation products through close collaboration with customers, and utilizing my understanding of technology and the needs of elections departments across the United States and around the world.  I have been an active participant in the development of the Institute of Electrical and Electronics Engineers (IEEE) common data format for elections systems, as well as the working group for developing standards for risk-limiting audits for election results.  In 2018, I was invited to join the Cyber Security Task Force assembled by the National Association of Secretaries of State.  I developed Dominion's Coordinated Vulnerability Disclosure Program in conjunction with several third-party industry researchers in 2020.

5.      "I am one of the inventors named on different patents owned by Dominion Voting Systems.  Vote adjudication is an essential aspect of all voting systems and has been around for several decades.  My patent relates to a digital based adjudication system, which I helped to develop.  Before this system, adjudications of voter intent issues required teams to completely remake the paper ballots to rescan for final tallies.  This

presented several issues in terms of both chain of custody and potential human-induced errors, while also lacking a durable log of all adjudications made. By moving to a digital system, we solved several problems. The original physical ballots would not need to be "handled," meaning they could remain in the sealed ballot boxes as the official records. Teams no longer had to remark all of the other contests on the new ballot, meaning they could apply the voter intent issues only to the specific flag choice or contest. We also appended a digital text-based image to the ballot image showing all of the adjudications the team made, along with a time stamp and identifying information for the team that made the adjudications. Further, we retained both the pre- and post-adjudication records and allowed reports to be generated that could compare all of the adjudications, along with statistics on how many ballots had adjudications and which contests were adjudicated. Finally, we retained the original ballots, which allows for "re-adjudicating" any voter intent during a recount, truly preserving a full recount of the process of tabulating ballots. Pre- and post-images of the ballots showing the adjudications made in the text-based record while not modifying the original scan, or the original ballot, provided independence and verification for third parties to evaluate how an elections office applied voter intent statutes in their respective states. All these enhancements significantly increased the auditability and transparency involved in applying state laws regarding voter intent.

6. "Despite several conspiratorial claims to the contrary, Dominion voting machines are not capable of performing "bulk adjudication." In other words, the Dominion platform only allows for one ballot to be adjudicated at a time at each

adjudication station.  A user of Dominion's technology could not adjudicate multiple ballots simultaneously even if they wanted to, and in every instance adjudicated ballots retain a durable auditable log of all changes made.

7.  "Dominion's adjudication function is an optional feature for Dominion's customers, meaning they can pay extra for that function if they want it.  Many jurisdictions do not opt for the adjudication feature, either out of preference or pursuant to local rules or regulations, and instead utilize other methods to adjudicate votes. Antrim County, Michigan, for example, did not purchase Dominion's adjudication system.  There, local officials utilized a manual adjudication method, as has been confirmed by local officials, state officials, independent third parties, and Dominion's own records.

8.  "As a company, Dominion Voting System's financial and ethical interest was always in developing election security technology that served to improve reliability, security, transparency, and auditability.  My work with Dominion was similarly geared toward serving those objectives.  I am proud of the work I did with Dominion, and I sincerely believe that the technological advances we made during my time with Dominion have had a positive impact on election security across the United States and for Dominion clients around the world.

9.  "Dominion provides election support services across the United States, including from initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing.  Dominion provided election related services to at least thirty different states during the 2020 Presidential election.  In

my capacity as Director of Product Strategy and Security for Dominion, I was involved in many of the support services provided by Dominion to its governmental clients up to, during, and after the 2020 Presidential election.  Dominion is not a governmental entity and does not control, administer, or conduct elections.

10.     "Before the events giving rise to this suit, I was a private individual, privately employed, and privately conducting my work for Dominion.  The defamatory statements made about me by the Defendants in this case concerned my role as a private individual performing my private employment duties.  There was no general public interest in my employment with Dominion prior to the defamatory statements about me.  I was not known nationally and had no national or state-wide notoriety.  At most, I was known by election officials in my capacity as an employee for Dominion.

11.     "Like all people, I have political opinions.  The right to have and express political opinions is enshrined in the United States Constitution and is an inalienable right belonging to every person in this country.  Some of my colleagues at Dominion shared some of my political opinions, and many also disagreed with me.  In no way did this affect our ability to work together, nor did it undermine any of our commitments to ensure free and fair elections or our absolute obligation to honor the will of the voters.  I take my professional integrity seriously and would never allow a personal opinion to impact my professional or ethical duties.

12.     "On November 3, 2020, the presidential election was held across the United States.    As the vote count proceeded, it became apparent that former President Trump was likely to lose.  Former President Trump, his campaign, his agents,

and many of his supporters began alleging widespread voter fraud and perpetuating, in a broadly held view of election experts, baseless conspiracies in attempts to explain the loss.

13.    "On November 7, 2020, the Associated Press formally called the election for President Joseph Biden.  However, the fact that President Biden won the popular vote by more than seven million votes and ultimately won the election with 306 electoral votes did nothing to stop the conspiracy theories already surrounding the election.

14.    "Former President Trump and his allies manufactured and spread a false narrative that Dominion conspired to rig its equipment and the election in favor of President Biden.  Defendants made me the face of these false claims.

15.    "On or about November 9, 2020, I became aware that Joe Oltmann (Oltmann) had begun making false statements about me on his Conservative Daily podcast.  Specifically, Oltmann claimed he would expose an individual inside Dominion who admitted to stealing the election for Biden.  Oltmann explained he had allegedly "infiltrated an Antifa conference call" sometime in late September with unknown and unverified participants.  Oltmann claimed while on this purported call one of these unknown participants was referred to as "Eric" and another allegedly explained "Eric is the Dominion guy."[1]  To be clear, I do not know Oltmann personally and have never met him or spoken to him.

16.    "Oltmann claimed when another unknown participant asked, "What are we gonna do if f-ing Trump wins?" the unknown "Eric" responded, "Don't worry about the

---

[1] Exhibit P 1-1, Oltmann, et. al., *Dominion, Big Tech, and How They Stole It*, CONSERVATIVE DAILY PODCAST (Nov. 9, 2020), at 16:01; *see also* Exhibit P 1-2, Oltmann et. al., Nov. 9, 2020 Conservative Daily Tr. at 19:8-20:15.

election, Trump is not gonna win. I made f-ing sure of that. Hahahaha."[2]  Afterwards, Oltmann's claimed his alleged efforts to identify the unknown speakers of this purported call were limited to Googling "Eric," "Dominion," and "Denver, Colorado."[3]  With no legitimate attempt to confirm the identity of the alleged speakers, Oltmann falsely attributed their alleged statements to me and Dominion.  At no point has Oltmann contacted me to confirm my involvement in this purported call.

17.     "Oltmann did not recall this alleged Antifa conference call until after the election and after having advanced other unsupported allegations of voter fraud. Oltmann provided no explanation for how he learned of this purported call or gained access to it.  Oltmann acknowledged that he had no recording of this phone call and indicated that he had no knowledge of the participants he referenced within it.  With no additional evidence, Oltmann then used these anonymous statements to falsely assert that I subverted the results of the election.  Yet, directly after Oltmann made these statements about me, he, in fact, expressed doubt about their veracity.[4]  I subsequently learned that Oltmann had a history of promoting different election fraud claims to support his preconceived narrative about the 2020 Presidential election, both before and after the election.[5] I also subsequently learned that Oltmann had fabricated a screenshot

---

[2] *Id.*

[3] Exhibit P 1-3, Michelle Malkin, #MALKINLIVE (Nov. 13, 2020), at 5:28.

[4] Exhibit P 1-1, at 16:01, 17:10, and 52:52; Exhibit P 1-2, Oltmann et. al., Nov. 9, 2020 Conservative Daily Tr., 19:8-13, 20:8-15, 60:7-13.

[5] See Exhibit P 1-4, Erik Maulbetsch, *Conservative Group Behind Deadly "Patriot Muster" Rally Working Closely With Colorado GOP*, COLORADO TIMES RECORDER (Oct. 12, 2020); Exhibit P 1-5, Oltmann et. al., CONSERVATIVE DAILY PODCAST (Sept. 9, 2020); Exhibit P 1-6, Oltmann et. al., CONSERVATIVE DAILY PODCAST (Aug. 5, 2020); Exhibit P 1-7, Oltmann et. al., CONSERVATIVE DAILY PODCAST (Nov. 5, 2020); Exhibit P 1-8, Oltmann et. al., CONSERVATIVE DAILY PODCAST (Nov. 6, 2020).

of his supposed Google search results. Oltmann claimed that he had Googled me on September 26, 2020, and even submitted an image bearing that date into evidence and swore to it under oath. However, in reality, that Google search appears to have been conducted on November 11, 2020, two days after his initial claims about me. Oltmann concealed this fact and to this day has never admitted the truth, although he did default on a motion that highlighted this fabrication for the Court in *Coomer v. Donald J. Trump for President, Inc. et. al.*

18.     "The above statements made by Oltmann about me are false. I did not take any action to subvert the 2020 Presidential election. I did not participate in a scheme to change votes from one candidate to another and am aware of no such election-rigging activity. I did not participate in an Antifa conference call or boast about my supposed ability to rig the election. Such conduct is antithetical to my belief system and would constitute criminal conduct.

19.     "Shortly after Oltmann's story began to spread, many of my colleagues in Denver and I began receiving death threats and other forms of harassment. Given the nature of the threats, I was compelled to stop visiting Dominion's Denver office and ultimately had to go into hiding. In fear for my life, and in light of security professionals' assessment that the threats against me were legitimate, I immediately began deleting my Facebook posts. I genuinely feared for my own safety and was trying to remove information that I understood was being misconstrued and used to falsely suggest I was somehow involved in criminal conduct. I was also concerned that someone had gained unauthorized access to my private Facebook account, and I did not want my personal life

further exposed to the general public.  I did not consider any type of litigation at that point, nor did I ever consider that anyone would seriously suggest these posts could be considered as "evidence" that I had engaged in election fraud.  My only thought at that time was to do whatever I could to not be harmed based on an outrageous misunderstanding.

20.    "The threats against my life became immediately apparent, and I had to go into hiding.  My name was all over social media, with numerous people calling for my execution.  I received threatening voicemails on my cell phone, threatening emails, and anonymous warnings that I was being watched.  For several months, I moved frequently between houses of friends and acquaintances. I reduced contact with my loved ones so that they would not be put at risk by knowing my whereabouts.  During this time, I occasionally returned home to check on my pets and belongings, but I never stayed long out of fear that someone would attack me.  In one instance, someone came to my house while I was home and started shouting through the door at me and asking about election fraud.  I warned him that I was armed with a shotgun and that he was trespassing and told him to leave immediately.  I was terrified.  Shortly thereafter, on December 5, 2020, Oltmann posted on his Parler account, stating, "Eric Coomer . . . want to chat with you but you are too scared. How about you put that shotgun down and come out? Everyone is watching you Eric... everyone."[6]  This post made clear that Oltmann knew that I feared for my life, and did not care.

---

[6] Exhibit P 1-9, Joe Oltmann, PARLER, (Dec. 6, 2020).

21.    "Around this time, I also became aware that one or more people were impersonating me on social media.  At that point, I had deleted all of my social media accounts, but there were people using my name and purporting to be me.  These fake accounts were publishing content that exacerbated the disinformation already in circulation, and I felt compelled to address this issue while also responding to the outright falsehoods that Oltmann was spreading about me.  On December 8, 2020, I wrote an op-ed for the Denver Post[7] in hopes of correcting these various false narratives.  In that op-ed, I stated, "[A]ny posts on social media channels purporting to be from me have also been fabricated.  I do not have a Twitter account and my Facebook account is not active.  These individuals are impersonating me."  These present tense statements were not lies.  At that time, any social media posts from individuals purporting to be me were fabrications.[8]  I have never denied that the Facebook posts that Oltmann has attributed to me were authentic.  When I first filed suit against Oltmann, on December 22, 2020, I readily admitted that the posts were real, and I do so here again.

22.    "I have also become aware that a convicted felon named Joey Camp has also claimed credit for "discovering" me and for being the original source of Oltmann's false claims about me.[9]  I do not know Mr. Camp and have never met him, but he has attempted to harass me online and on my personal cell phone on multiple occasions.  I have since

---

[7] Defendants' Exhibit 7, Eric Coomer, *Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop.*, DENVER POST, (Dec. 8, 2020), https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/

[8] Exhibit P 1-10, Imposter "Eric Coomer" Twitter account, @LarryMcDo, (account suspended).

[9] Exhibit P 1-34, Joseph A. Camp, @JoeyCamp2020, GAB (Sept. 7, 2020); Exhibit P 1-35, Joseph A. Camp, @JoeyCamp2020, TWITTER, (Nov. 30, 2020).

become aware of numerous individuals across the country who have been stalked and harassed by Mr. Camp, many of whom have filed criminal complaints against him.

23.    "On or about December 22, 2020, the same day I filed suit in Denver District Court, I became aware that Clay Clark (Clark) and the Thrivetime Show (Thrivetime) had published an interview they conducted with Oltmann titled, "Exposing the Treasonous Eric Coomer the ANTIFA Member and the Director of Strategy and Security at DOMINION Voting Systems."[10]  During the interview, Oltmann falsely alleged that I was an anonymous Antifa activist on a call Oltmann claimed to have infiltrated.  Oltmann again claimed that he determined from this call that I subverted the presidential election. Clark encouraged Oltmann, repeated his false claims, and repeatedly referred to me as someone who had committed treason or insinuated that I had committed treason.  Clark and Thrivetime relied exclusively on Oltmann for these accusations.

24.    "Clay Clark and Thrivetime also posted "Show Notes" (the Notes)[11] along with the interview that repeated the false claims against me and encouraged their readers to believe that I had committed treason.  The Notes including various leading questions that insinuated falsehood about me, including "What does every American need to know about Eric Coomer and DOMINION?"  "How did you first discover the ANTIFA loving nature of Eric Coomer?" and "What happened to the VOTING systems in Georgia, and what was Eric Coomer's role in this?"  The Notes also included questions that obviously

---

[10] Exhibit P 1-11, Clay Clark, *Exposing the Treasonous Eric Coomer the ANTIFA Member and the Director of Strategy and Security at DOMINION Voting Systems*, THRIVETIME SHOW, (Dec. 22, 2020).

[11] Exhibit P 1-12, Clay Clark, SHOW NOTES: *Joe Oltmann: Exposing the Treasonous Eric Coomer the ANTIFA Member and the Director of Strategy and Security at DOMINION Voting Systems*, THRIVETIME SHOW, (Dec. 22, 2020).

implied I had committed treason.  For example, Clark and Thrivetime asked "What do we do with people that commit treason, sedition, and subversive activities?" followed immediately by the question "Is Eric Coomer going to go to jail for this?"

25.     "The Notes also included some of the strange and easily falsifiable claims contained in the interview.  For example, the Notes ask "Why is it important for people to know that George Soros and Dominion actually shared office space at . . . 221 Spadina Avenue, Toronto, Ontario."   During the interview, Clark also stated "If you go to 221 Spadina Avenue in Toronto, Ontario, that's 221 Spadina Avenue.  If you go to that building, you'll notice that Dominion Voting Systems shares office space with George Soros."[12]  Anyone can Google Dominion's Toronto office to see that it is not located at 221 Spadina Avenue, but rather 215 Spadina Avenue.  I am not aware of any connection between George Soros and Dominion Voting Systems, nor have I seen any evidence to support this claim.  At the time Clark made this statement, Mr. Soros was 90 years old, and famously resided at a large estate in Katonah, New York.

26.     "At no point, either before the December 22, 2020 interview or at any point since then, have Defendants or Joe Oltmann ever contacted me for comment or to verify whether Oltmann's claims were true or not, nor to my knowledge have they ever contacted Dominion Voting Systems.

27.     "Over the next several months, I became aware that Oltmann and Clark continued to appear on each other's podcasts.  This included an appearance by Oltmann

---

[12] Exhibit P 1-11, at 5:22.

on Clark's podcast Thrivetime Show that Defendants published on June 5, 2021,[13] where they again discussed and lied about me at length. Clark introduced Oltmann by saying that he "was the first one to expose the head of strategy and security for Dominion, Eric Coomer and his corruption." He then claimed that Oltmann was "at the tip of the spear exposing election fraud." As the interview proceeded, Oltmann repeated his false claims that he heard me on an Antifa call, and that the adjudication function of Dominion machines was used to rig the election. In reality, it is neither technically nor practically possible to rig an election utilizing Dominion's adjudication feature.[14]

28.     "On October 11, 2021, Oltmann again appeared on Clark's podcast, where he again falsely claimed the election was rigged. Clark has also appeared on Oltmann's podcast Conservative Daily on multiple occasions, including multiple appearances after being served with this lawsuit, most recently on January 26, 2022[15] and on March 15, 2022,[16] where Clark stated, "You and I are kind of connected because the lawsuit . . . [Dr. Coomer's] claim is that the Reawaken America tour provided a platform to you, Lindell, and others to share information that would have defamed him. And I looked up the word defamation. That's where you injure somebody's character, you injure someone's reputation based on false accusations . . . The same Eric Coomer, by the way,

---

[13] Exhibit P 1-13, Clay Clark, *Interview with Joe Oltmann*, THRIVETIME SHOW, (June 5, 2021), at 0:20.

[14] *See* Exhibit P 2, Declaration of J. Alex Halderman, at ¶¶ 39-48.

[15] *See* Exhibit P 1-14, Joe Oltmann, *Q and A with Clay Clark: Tough Questions and Hard Answers*, CONSERVATIVE DAILY PODCAST, (Jan. 26, 2022), https://conservative-daily.com/cd-livestream/q-and-a-with-clay-clark-tough-questions-and-hard-answers

[16] *See* Exhibit P 1-15, Joe Oltmann, *Have We Lost Accountability, Or Is This the Calm Before the Storm?*, CONSERVATIVE DAILY PODCAST, Mar. 15, 2022, https://conservative-daily.com/cd-livestream/have-we-lost-accountability-or-is-this-the-calm-before-the-storm

who under deposition when he was explaining his Facebook posts, he would say yes, these are my Facebook posts that I did delete, and he would say, but, you know, it was satire."[17]

29.     "In the summer of 2021, I also became aware that the Reawaken America Tour (the Tour), which is hosted by Clark and owned and managed by Make Your Life Epic, LLC dba Thrivetime Show, had enlisted Oltmann as a speaker on the Tour and was publishing his speeches on various media platforms.  In his first appearance with the Tour in Anaheim on July 18, 2021,[18] Oltmann introduced himself as a "victim of this movement" and proceeded to repeat his false claims about me, including that I participated in an Antifa conference call, that I claimed on that call that I had rigged the election, and that I did in fact rig the election.

30.     "Despite having dedicated much of his time to defaming me at the Anaheim event, Clark and Thrivetime continued inviting Oltmann back on the Tour and publishing his falsehoods.  Defendants published Oltmann lying that the election was rigged in Grand Rapids, Michigan, on August 22, 2021.[19]  The next month, the Tour had another event in Colorado Springs, Colorado, on September 25,[20] just four days after it was widely reported in various national news outlets that the Trump Campaign had produced an internal memo on November 14, 2020, where they analyzed various claims about Dominion

---

[17] *Id.*, at 22:30.

[18] Exhibit P 1-16, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (July 18, 2021).

[19] Exhibit P 1-17, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (Aug. 22, 2021).

[20] Exhibit P 1-18, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (Sep. 25, 2021).

Voting Systems in general and Oltmann's false claims about me in particular,[21] and found them all to be completely without merit.  The Tour did not acknowledge this significant development, and Clark introduced Oltmann as a "freedom loving patriot, exposing the corruption of election fraud."  Oltmann then again falsely claimed he overheard me on an Antifa conference call, and then went on to accuse me of perjury.  Oltmann claimed I lied during my deposition, which I did not.  Oltmann concluded this appearance with a call to violence, asking his audience, "Are you willing to fight? Alright, I'll meet you in the street. I'll meet you in the gap, and we'll go take them down."

31.     "Clark and the Tour again adopted, promoted, and published false claims about me on November 17, 2021 at an event in San Antonio Texas.[22]  There, Clark introduced Oltmann by saying, "[O]ur next speaker . . . discovered the corruption, the election fraud, and this little guy was the head of security for a company called Dominion by the name of Eric Coomer, who happens to be pro-Antifa.  So he decided to put his career on hold and to put his hundred per cent focus on trying to save this nation and to expose the corruption of election fraud."  Oltmann then repeated his false claims about me, and solicited donations to his organization FEC United.

32.     "On December 11, 2021, Defendants again published another appearance by Oltmann in Dallas, Texas,[23] where he again falsely claimed I partook in an Antifa conference call, that I claimed on that call that I had rigged the election, and that I did in

---

[21] Exhibit P 1-19, Alan Feuer, *Trump Campaign Knew Lawyers' Voting Machine Claims Were Baseless, Memo Shows*, N.Y. TIMES, Sep. 21, 2021, https://www.nytimes.com/2021/09/21/us/politics/trump-dominion-voting.html

[22] Exhibit P 1-20, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (Nov. 17, 2021).

[23] Exhibit P 1-21, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (Dec. 11, 2021).

fact rig the election.  Oltmann also received a standing ovation for asserting that "traitors against our country … should be hung."  After having just undeniably called for violence, namely the execution of his political opponents, Oltmann then stated, "I do not advocate for violence, but I will tell you, they are not going to take this country from us."

33.   "Following the filing of this lawsuit, Defendants continued inviting Oltmann on the Tour and publishing his false claims about election fraud.  On January 15, 2022, for example, the Tour held another event in Phoenix, Arizona,[24] where Defendants published Oltmann telling their audience, "If you don't think that fraud exists in the election, and you don't think that the election was actually stolen, you're either stupid – sorry – or you're just not that bright.  Those are your two choices.  You better get on the other side."

34.   "Since Oltmann first made his false claims against me on November 9, 2020, he has maintained a ceaseless, relentless campaign to defame me.  His countless public statements accusing me of criminal conduct on a vast scale have persisted despite the defeat or dismissal of more than sixty lawsuits challenging the election results across the country, numerous expert reports and statements denying any manipulation of the election results, and the sanctioning of attorneys across the country for pushing these false allegations.  During this time, Oltmann's false allegations against me have changed multiple times and in significant ways, but this has not deterred him from spreading his falsehoods across the country.  For example, Oltmann provided a sworn affidavit to Sidney Powell claiming the supposed call happened during the week of

---

[24] Exhibit P 1-22, Joe Oltmann, *Reawaken America Tour appearance*, THRIVETIME SHOW, (Jan. 15, 2022).

September 26, 2020.[25]   After his story unraveled following various evidentiary developments in *Coomer v. Donald J. Trump for President, Inc. et. al*., his friend John "Tig" Teigen submitted an affidavit[26] claiming the call had actually happened during the week of September 17-21, 2020.

35.   "In my position with Dominion Voting Systems, I did not have the capacity to manipulate or alter in any way either the Dominion voting machines used during the 2020 Presidential election or the Dominion source code that those machines employed. Numerous layers of review, security, encryption, and other checks and balances exist between individual Dominion employees, like myself, and the products that Dominion provides to its clients.   As a result of the numerous safety protocols in place, many of which are required by statute, I did not have the ability to alter the results of the 2020 Presidential election in any way.

36.   "I have never participated in any phone call related to any protest activity, marches, plans for protests, or recruitment for protests, marches, or other activities.   I have never been a member of any political organization (besides registering as a Democratic voter in Colorado).   I am not politically active and am not a member of any organization, political or otherwise, that is considered leftist, progressive, or anti-Trump.

37.   "I have never stated that I had the ability or the desire to affect the outcome of an election.   In fact, I have often made the exact opposite statement publicly, and privately during routine conversations.   I have never even joked about the ability to affect

---

[25] Exhibit P 1-23, Affidavit of Joe Oltmann, p. 1, (Nov. 23, 2020).

[26] Exhibit P 1-24, Declaration of Johnathan Tiegen AKA "Tig", ¶¶ 12-14, (Oct. 4, 2021).

the outcomes of free and fair elections.  On the contrary, I have advocated for more transparency in voting systems including creating the Coordinated Vulnerability Disclosure Program at Dominion Voting Systems.

38.    "Defendants in this case have repeatedly referenced some of my private Facebook posts.  These posts, while they can potentially be viewed as divisive, were private postings to a close group of "friends" and family.  The posts regarding the election of Donald Trump as president in 2016 were directed specifically to family members that had posted support for his candidacy along with conspiracy theories like Barack Obama being born in Kenya and that Mr. Obama was a Muslim trying to take over the United States.

39.    "I left Facebook shortly after the 2016 presidential election and did not post any content that I recall until May 2020 when Minneapolis police officers murdered George Floyd.  I felt the need once again to speak to family members and close friends regarding the systemic racism that exists in the United States.  This was in response to family members and friends posting comments akin to "all lives matter" and dismissing the fact that another person of color was murdered by those sworn to protect and serve. I never intended these posts to be publicly accessible, or to reflect the view of my employer, or to imply that I had any bias in conducting my job.  These posts were targeted to my private group of friends and family on Facebook, and I never authorized these posts to be released publicly.

40.     "When I posted the "Public Statement from Antifa"[27] on June 2, 2020, I understood it as satire and intended it as satire.  I did not write this statement.  It was a re-post that was originally published on May 31, 2020 from a satirical Facebook page whose "About" page states simply, "There is no AntiFa.  There are fascists, and there are the sane."  The post had already been shared over a thousand times by the time I copied and pasted it.  I believed then and still believe now that the notion of "Antifa" is primarily a scare tactic made up by various political groups and media interests to try to convince people with right of center political views that people with left of center political views present a violent threat.  I have never personally met someone who would call themselves a member of "Antifa" and I believe the attempt to lump all people with left of center political views into this "organization" is a knowingly dishonest tactic to engender fear and distrust.  At the time when I posted this statement, I believed right-wing scare tactics with respect to "Antifa" were especially pronounced and meant to distract from the legitimate demands of the overwhelmingly peaceful protests that followed the murder of George Floyd.  As a result, I believed the notion of "Antifa" making a public statement was absurd on its face and that reasonable readers would have understood it as such. Furthermore, I believe the list of "demands" included in that statement speaks to how non-threatening the alleged "Antifa" organization would be, if it actually existed.  Many of those "demands" are for things that already exist in most free democracies around the world.  Furthermore, the day I posted this, the FBI made a public statement that they had

---

[27] Exhibit P 1-25, @WeAntiFascists, *Public Statement from "Antifa" in Response to the threats issued by United States President Donald J. Trump*, FACEBOOK, (May 31, 2020).

found no intelligence indicating Antifa involvement or presence in protests in Washington D.C., but Donald Trump also tweeted that same day that he would designate Antifa a terrorist organization, despite having no legal authority to do so.[28]  This was a topical news story at the time, and I took for granted that my readers would recognize the post as being a riff on current events.

41.    "All allegations of election fraud have been firmly rejected by credible sources.  On November 12, 2020, the Cybersecurity & Infrastructure Security Agency (CISA), a standalone federal agency under the Department of Homeland Security, issued a Joint Statement from the Elections Infrastructure Government Coordinating Council and the Election Infrastructure Sector Coordinating Executive Committees confirming that there is "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised" and that the 2020 presidential election was the most secure in American history.[29]  Numerous election security experts from across the country, including many with a history of skepticism toward voting machine security features, issued an unequivocal statement that there is no evidence to support any claims of election fraud.[30]  Then U.S. Attorney General William Barr confirmed "to date, we have

---

[28] Exhibit P 1-26, Ken Klippenstein, *The FBI Finds 'No Intel Indicating Antifa Involvement' in Sunday's Violence*, THE NATION (June 2, 2020) https://www.thenation.com/article/activism/antifa-trump-fbi/ (last visited Sep. 16, 2021).

[29] Exhibit P 1-28, *CISA, Joint Statement from Elections Infrastructure Gov't Coordinating Council & the Election Infrastructure Sector Coordinative Exec. Comms.*, (Nov. 12, 2020), https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election

[30] Exhibit P 1-29, Nicole Perlroth, *Election Security Experts Contradict Trump's Voting Claims*, N.Y. TIMES, (Nov. 16, 2020), https://www.nytimes.com/2020/11/16/business/election-security-letter-trump.html.

not seen fraud on a scale that could have effected a different outcome in the election."[31] The Michigan Republican-led Senate Oversight Committee issued a report on June 23, 2021 that systematically debunked all of the election fraud claims it had been tasked to review.[32]  Even the Maricopa County audit in Arizona, which was conducted by a highly partison organization known as the "Cyber Ninjas" also confirmed not only that the election results were accurate, but that President Biden had in fact won by even more votes than previously reported.[33]  My former employer, Dominion Voting Systems, also published a lengthy FAQ section on their website debunking these claims.[34]  That FAQ was accessible to Defendants both before and after their false claims about me.  Several states also conducted manual recounts without detecting any evidence of fraud.  Despite all of this, Defendants have never retracted any of their false statements about me.

42.  "I am 51 years old, and until May 2021, I was a highly paid corporate executive with a Ph.D. in nuclear engineering from Berkeley.  The fact that my entire life has been upended by Joe Oltmann's ridiculous and bizarre claim that I am a member of "Antifa" who was bragging on an anonymous conference call about rigging the election, as well as "fortifying" and "recruiting" for Antifa is so incredible that I truly cannot believe

---

[31] Exhibit P 1-30 Michael Balsamo, *Disputing Trump, Barr says no widespread election fraud*, AP, (Dec. 1, 2020), https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d.

[32] Exhibit P 1-31, Michigan Senate Oversight Committee, *Report on the November 2020 Election In Michigan*, (June 23, 2020).

[33] Exhibit P 1-32, David Schwartz et. al, *'Truth is truth': Trump dealt blow as Republican led audit reaffirms Biden win*, REUTERS, (Sep. 27, 2021), https://www.reuters.com/world/us/arizona-republicans-release-findings-widely-panned-election-audit-2021-09-24/.

[34] Exhibit P 1-33, Dominion Voting Systems, *Setting the Record Straight: Facts & Rumors* (Nov. 28, 2020).

it.  I have no connection whatsoever to any of the other supposed members of "Antifa" that Oltmann has identified.

43.     "Because of the defamatory attacks on my character, I have suffered severe emotional distress, pecuniary loss, and other damages that have been directly caused by Defendants' conduct.  For example, I can no longer perform my prior duties for Dominion and have ceased to be employed by Dominion since May 2021.  I continue to receive almost daily threats.  I now suffer from anxiety and depression, for which I have sought medical treatment and am currently taking medication.  My career in election services is effectively over which will cause me to lose substantial wages over my projected work life.  My name and reputation have been tarnished across the country, probably for the rest of my life.   In all likelihood, I will never escape the terrible consequences of what Joe Oltmann and his co-conspirators have done to me and my loved ones.

44.     "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the 13th day of April 2022, in Colorado.[35]

_____

Eric Coomer, PhD., Declarant

---

[35] Due to concerns for his safety, Dr. Coomer's exact location has been withheld.