### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

### EXHIBIT P 1-18

---

Oltmann appearance for ReAwaken America Tour (Sept. 25, 2021)
(*submitted for manual filing via USB flash drive*)