**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

      Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

      Defendants

---

**EXHIBIT P 3**

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

      Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

      Defendants

---

**DECLARATION OF MIKE ROTHSCHILD**

---

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

I, Mike Rothschild, declare and state as follows:

1.     "My name is Mike Rothschild.  I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.     "I am a journalist who has spent the last decade writing about the intersection between the internet and fringe culture. I have written for a number of news outlets and websites on topics ranging from conspiracy theories and fraudulent medical treatments to hoaxes and moral panics.  Most recently, I have focused my research and writing on the QAnon conspiracy theory, becoming one of the first journalists to examine its growth from a series of message board posts to an international movement with a long

string of crimes behind it.  I am uniquely positioned to write a declaration on what QAnon is and how it is connected to both the 2020 election and to this case.

3.      "I am the author of hundreds of articles and the 2021 book "The Storm is Upon Us: How QAnon Became a Movement, Cult, and Conspiracy Theory of Everything," published by Melville House in 2021.  This was the first book to examine the QAnon movement from its predecessor scams and anti-Semitic tropes, through its expansion on the internet, and up until the aftermath of the January 6, 2021 insurrection. As part of promoting the book, I have appeared live on CNN, MSNBC, NPR, the Peacock streaming network, and the BBC. I have also been interviewed or had my book featured by the Washington Post, the New York Times, NBC News, Vice, the Guardian, the New Yorker, Rolling Stone, the Daily Beast, the Financial Times, Politico, Bloomberg, Forbes, and many other national and international news outlets and podcasts. I have guest lectured at several colleges and appeared on numerous panels related to conspiracy theories and antisemitism, including a scheduled appearance at the NYPD's Cybercrime and Counterterrorism conference. I also recently gave written testimony to the January 6, 2021 Select Committee on the role of QAnon in the stolen election discourse and the lead up to the Capitol riot.

4.      "In this Declaration, I intend to establish a direct line from Clay Clark to the speakers at his ReAwaken America events, and from there to the violent QAnon conspiracy theory.  I will show how these speakers disregarded reliable and vetted sources to push a preconceived narrative that the 2020 election was stolen.  In doing so, they frequently espoused violent and anti-government ideas propagated by the QAnon

movement, which include the implausible story that Dr. Eric Coomer played a pivotal role in "making sure" Trump wouldn't win.  I intend to examine both Clark and many of the most popular speakers on the ReAwaken circuit for their ties to QAnon.  I also intend to show the parallels between the harassment and crimes of QAnon believers at large and the harassment directed toward Dr. Coomer – because many of the same people are behind both.

5.      "Finally, I intend to show how the allegations against Dr. Coomer are based on conspiracy theories pushed by Q and its promoters.  Together, they capitalized on a narrative that had been building for a year, driven by posts from Q laying out an implausible theory for how the election would be rigged, and into which Dr. Coomer was dropped at the very end.  Many prominent QAnon believers have spoken at ReAwaken events, helped create and backfill this narrative, and in the instance of General Michael Flynn, helped start the conference in the first place alongside Clay Clark.

**Intro—The Leadup to the 2020 Election**

6.      "The 2020 presidential election in the United States saw an explosion of conspiracy theories that began months before the first vote was cast and has continued long after the final result was certified.

7.      "President Trump and his most fervent devotees posited that Joe Biden was hidden in a basement and incapable of basic campaign functions, governing, or even of speaking coherently.  Such a candidate could never beat Donald Trump fairly, with victory only possible through massive and organized fraud at every level—stealing votes, rigging

machines, conjuring ballots out of nowhere, and doing it with the support of multiple foreign actors.

8.      "As such, after Biden's victory (a victory that had been predicted by a year of polling), Trump's supporters created a vast, implausible, and clearly false conspiracy encompassing a cabal of the entire Democratic party, election administrators, voting machine companies, local governmental bodies, the courts, and the media.  And this cabal's goal was singular: steal the election and make it look legitimate.  The consequences of what would become known as "The Big Lie" of the "stolen election" were profound— and directly led to the U.S. Capitol riot.

9.      "None of the "stolen election" industry came out of nowhere, nor was it difficult to see coming if one knew where to look—it was all over the places where conspiracy theorists and Trump supporters congregated online, with no attempts made to hide its inherent disregard for election law and procedure.  Most of all, it was visible in every mysterious post by the conspiracy theory avatar known as "Q" and the movement that had grown around it—the QAnon conspiracy theory.

10.      "Many of the speakers who have appeared at Clay Clark's events have direct ties to QAnon.  This includes having appeared on QAnon media, sharing QAnon catchphrases with their followers, espousing ideas similar or identical to those propagated in the image board posts of Q, and selling Q-branded merchandise.  In particular, one of the most frequent speakers at ReAwaken America events is also the originator of the most dangerous claims against Dr. Eric Coomer: Colorado podcaster, Joe Oltmann.

11.      "It was Joe Oltmann who first identified Dr. Coomer as what he claimed was a perpetrator of the fraud against Trump, with Oltmann using the unevidenced and unrecorded "Antifa conference call" as proof that Dr. Coomer had singlehandedly rigged the election for Biden.  Oltmann has also lavished praise on Ron Watkins, the former 8chan administrator and self-proclaimed election fraud expert who is one of the most likely suspects for having made the bulk of the Q drops.[1]

12.      "But there were many others.  QAnon's conspiracy theories were used either indirectly or directly by almost every major ReAwaken America speaker to create the impression that a "deep state" of cabalists had stolen the election and used Dr. Coomer as a tool to do it. These include extremely important figures in conservative politics and media with direct ties to Donald Trump, including former National Security Advisor Michael Flynn, Roger Stone, Mike Lindell, Patrick Byrne, Sidney Powell, and many others.  And every single one of these people has some link to QAnon, either through promoting it or working with people who have.

13.      "Every single one of these speakers recklessly and consistently discarded the truth in favor of conspiracy theories, claims without evidence, and a narrative that allowed for no fact-checking or debunking.  And this narrative is at the heart of the QAnon movement.  It is vital to this case to understand what QAnon is, where it came from, the danger it presents, and how Clay Clark and ReAwaken America are tied to this violent and cult like movement.

---

[1] Drew Harwell and Craig Timberg, *A QAnon revelation suggests the truth of Q's identity was right there all along*, WASHINGTON POST, Apr. 5, 2021, https://www.washingtonpost.com/technology/2021/04/05/ron-watkins-qanon-hbo/ (last visited Mar. 29, 2022).

**What is QAnon?**

14.     "By its very nature, QAnon is extraordinarily complex.  At its core, QAnon believers think that a team of military intelligence officers closely linked to Trump used the image boards 4chan and 8chan/8kun to leak cryptic clues to an upcoming purge of the deep state.  Those clues - called "drops" - contain not classified information, but riddles and rhetorical questions that are "decoded" using the day's news and social media communications as a primer.  They are meaningless nonsense to those outside the group—but to those inside the group, they are the keys to unlocking a storehouse of knowledge that will help save the world from evil.

15.     "They reveal the details of a secret and silent war being fought between patriotic "white hats" in the Trump movement and Satanic "black hats" in the Democratic Party, the entertainment industry, big business, and the news media.  In this story, that war would only end with "the storm"—mass arrests carried out through secret indictments that could only be unsealed by Donald Trump.  They would lead to field tribunals carried out by the military, with the verdict always "guilty" and the penalty always death.  Afterwards, a new age of peace and harmony would follow.  Q believers, then, are not nihilists who want to watch the world burn, they're utopians who believe they want to make it better.

16.     "The mysterious "Q" who made the posts has never been identified with 100% certainty.  A stylometric analysis of writing styles identified South African web programmer Paul Furber as the likely originator of Q drops, with Ron Watkins likely

writing the bulk of those that came after Q's first few months—and these conclusions echo the findings of numerous other researchers and journalists.[2]

17.      "Over 4,900 of these "drops," Q spun a technothriller like a Tom Clancy novel, with good guys and bad guys fighting in both the real world and cyberspace for control of the world.  The drops were cryptic, predictive, often unintelligible, sometimes contradictory, repetitive, and addicting.  Despite making an endless series of false claims and not revealing any information that wasn't either already public or complete guesswork, the story found a home with fringe believers all over the world.

18.      "The Q drops formed the scripture of a movement that resembles a new religion just as much as it does a cult—with a twist that allows believers to play a central role in that secret war.  And to fight requires no military or intelligence training.  All you have to do is have Internet access, read the Q drops, and participate in the collective fiction that you are saving the world.

19.      "Both before and during the COVID-19 pandemic, Q's message of utopia through extrajudicial means gave believers hope and let them in on secret knowledge that "they" did not want anyone to have.  And an ecosystem of Q promoters and far right figures ruthlessly took advantage of their belief.  Some believed it was real, or at least came to believe it.  Others were clearly in it for the money, seeing Q adherents as easy marks to help them pay their legal bills.  But all were united in the belief that Trump won the 2020 election, and Q was a huge part of pushing that theory – even before the election.

---

[2] David Kirkpatrick, *Who Is Behind QAnon? Linguistic Detectives Find Fingerprints*, NEW YORK TIMES, Feb. 19, 2022, https://www.nytimes.com/2022/02/19/technology/qanon-messages-authors.html  (last visited Mar. 29, 2022).

**How is Q linked to the 2020 election?**

20.    "The narrative of the stolen election came long before there was an actual election to steal.  As early as July 2019, Q started posting conspiracy theories about the election being rigged, even before Trump had an opponent.  It did not matter who ran against him, they were deemed by Q and its promoters as crooked and just a pawn in the game of an evil cabal.

21.    "In late 2019 and 2020, Q rarely deviated from the overall story about the election: the Democrat, eventually Joe Biden, would never be able to win without massive and systemic fraud at all levels of the election and its administrators.  Even before Biden locked down the Democratic nomination, Q attacked the former vice president's age, mental health, financial dealings, past history, previous allegations, and previous record as a senator and vice president.  "HOW DO YOU SHELTER [BIDEN] FROM DEBATES? HOW DO YOU SHELTER & PROTECT [BIDEN]?" asked drop #4245 in May,[3] making the claim that the Democrats would "change out" the nominee in a convention moved as close as possible to Election Day.  Echoing Trump, Q claimed that the mail-in voting push being driven by the pandemic was part of a massive scheme to steal the election through "harvesting," that the polls were rigged to show support for Biden, and that China would be participating in the fraud by "cloning" ballots from battleground states.

22.    "On September 20, 2020, less than six weeks before the election, Drop #4738 painted a complex and implausible scenario for exactly how the election would be stolen:

_____

[3] Text of all Q drops taken from aggregated posts on qposts.online (last visited Apr. 4, 2022).

*How do you 'extend' lockdown(s) [economic hardship(s), unemployment, fear, death count, dementia Joe, etc.] in order to paint narrative mail-in voting [when did narrative start (March?_early?_planned?)] needed to 'save' lives [+ballot harvesting] in order to generate a future narrative election day +1 which casts doubt as to legitimacy of POTUS win [Constitutional Crisis]["not all mail-in ballots counted" "how many mail in ballots lost or did not arrive in key battleground states which could have returned a different result" "we must investigate who cast a vote but it did not register" "we must go door-to-door if needed [ballot harvest]" "our lives are at stake" "the sky is falling" in order to legally challenge, delay results, enact riots and chaos in an attempt to overturn [coup d'etat]]. CRIMES AGAINST HUMANITY?*

23.     "As the march toward the election continued, Q stuck to the same message of upheaval meant to bolster a candidate who Q claimed had no chance of winning fairly. There would be "election day riots, protests, and [COVID 19] death" unleashed to stop senior citizens from voting. There would be massive harvesting of mail in ballots, convicts released from prison to vote Democratic, the arrest of in-person voters, a ramping up of COVID-19 hysteria, and wholesale social media censorship.

24.     "None of that took place, nor was there ever any evidence it existed. Instead, the election played out almost exactly the way most polls and predictors believed it would: Biden outperformed Trump in critical swing states, with many turning from Republican to Democrat in the late hours of November 4, 2020, thanks to major cities taking longer to count ballots. A few days later, with Trump already laying the groundwork to claim he was the real winner, Biden and Kamala Harris publicly declared their victory.

25.     "Troll message boards and Twitter became hives of disinformation about voter fraud and ballot rigging, shooting the "best" theories straight up the hierarchy of bigger media figures. Q promoters, including some of the biggest names in conservative media and politics, quickly claimed that Trump not only had won, but he had won

400 Electoral College votes in a landslide.  Once the fraud was revealed, the corruption would be so obvious that Biden would have to concede and Trump (through means that have never been fully explained) would continue with his presidency.

26.    "The churn of "Trump actually won" conspiracy theories was so powerful that at one point, 5% of all tweets about the election were coming from Q linked Twitter accounts—a firehose of conspiracy theories, threats, boasts, and false declarations that the military was going to step in and invalidate the results of the election.

27.    "And much of this was directed at Dominion and its employees.  The nonprofit Advance Democracy calculated that 1 in 7 tweets about "#Dominion" since November 5, 2020, originated from QAnon accounts.  Tweets featuring the #Dominion hashtag rose from about 75 to over 35,700 each day shortly after the election.[4]  Days later, a noose was left at the front door of a 20-year-old Dominion contractor in Georgia after top figures in the "stolen election" coalition tweeted video of him "harvesting ballots"—in reality, the video was a snippet of a man inserting a thumb drive into a laptop and saving a file on it.[5]

28.    "And then came the allegations against Dr. Coomer—a highly-placed employee of the firm under attack with a conspiracy theory that he "made sure" Trump wouldn't win.  Even though such an action was impossible, and its originator worked

---

[4] Ben Collins, *QAnon's Dominion voter fraud conspiracy theory reaches the president*, NBC NEWS, Nov. 13, 2020, https://www.nbcnews.com/tech/tech-news/q-fades-qanon-s-dominion-voter-fraud-conspiracy-theory-reaches-n1247780 (last visited Mar. 29, 2022).

[5] Rachel E. Greenspan, *A QAnon harassment campaign led to a noose being left at the home of a young Dominion contractor, according to a Georgia official*, INSIDER, Dec. 3, 2020, https://www.insider.com/dominion-voting-qanon-harassment-campaign-noose-georgia-fraud-2020-12 (last visited Mar. 29, 2022).

backwards to create it with evidence that he has never shared publicly, the conspiracy theories against him took root.  They were boosted by figures both close to Trump and close to QAnon, including speakers on the ReAwaken America tour.  They believed Trump won, was denied the victory through a massive conspiracy, and did the mental gymnastics they needed to place Dr. Coomer and Dominion at the center of the conspiracy.  All the while, they never offered compelling evidence or incontrovertible facts that the conspiracy existed.

### QAnon believers and their violent acts

29.    "When Dr. Coomer was forced to go into hiding, it was not because of idle threats or harmless trolling —it was because the followers of a violent conspiracy theory had targeted him for punishment as a traitor, based on the statements of figures they trusted, and backed up by the mythology of the movement they belonged to.  And the language of these threats was unmistakably the language of Q.

30.    "QAnon social media is full of references to Democrats being hanged, shot, beheaded, or otherwise executed.  Q drops speak of "eliminating" supposed pedophiles and of progressive luminaries being "unable to walk down the street" due to summary mob violence.  And these are not always idle threats.  A number of murders have been linked to QAnon, including a Seattle QAnon believer who rammed a four-foot-long sword through his brother's head, believing him to be a lizard humanoid.  Two months after that, 24-year-old Staten Island laborer Anthony Comello shot and killed Gambino family mob boss Frank Cali after becoming convinced that Cali was a member of the "deep state," while a QAnon-connected lawyer was allegedly shot and killed by a woman he'd been

representing on charges of kidnapping her children to save them from human trafficking. And a California man was arrested in August 2021 for murdering his two young children in Mexico, reportedly influenced by his beliefs in QAnon and the "lizard alien" conspiracy theory.

31.    "Beyond that, well over 100 other acts of domestic terrorism, vandalism, assault, battery, and endangerment have been committed by QAnon acolytes.  There were also numerous QAnon arrests from the Capitol invasion of January 6, 2021, including former Air Force member Ashli Babbitt, shot by Capitol police while climbing through a smashed window of the Speaker's Lobby, after expressing her delight at the coming "storm" on social media.  In a May 2019 memo, the FBI's Phoenix field office identified QAnon by name as one of several high-profile "fringe political" movements that "tacitly support or legitimize violent action," and that attract "conspiracy theory-driven domestic extremists" who are motivated to act on their beliefs.

32.    "And those are only the physical acts of violence.  The troll communities that birthed QAnon specialize in organized online harassment.  According to archived posts, searchable using the Q aggregator site qresear.ch, Coomer's name was mentioned[6] over 1,100 times on the Q research board on 8kun in the weeks after the Oltmann "Antifa call" was revealed—often attached to threats.

---

[6] QResear.ch, The 8chan/8kun QResearch Board Search, https://qresear.ch/?q=coomer (last visited Mar. 30, 2022).

33.     "8kun posters referred to Dr. Coomer as "treasonous,"[7] a "Trump-hating Antifa sociopath"[8] and a "radical leftist" and "asshole" who should "see the inside of a cage real soon."[9]   Based on fake stories, users on the Q Research board claimed Dr. Coomer had been used in Georgia to testify as to the need for "last minute computer changes"[10] on vote printing machines that he had personally invented, claimed he had an "alt-right hitlist"[11] of thousands of names, admitted that Dominion "fractionalized votes,"[12] and rehashed Joe Oltmann's claims that Dr. Coomer confirmed on an "Antifa conference call"[13] that he had singlehandedly rigged the election.

34.     "Other posts went even further, using violent and anti-Semitic rhetoric[14] to claim Dr. Coomer had disappeared,[15] or was in the custody[16] of an unspecified entity after being "detarined [sic] and under arrest for about a week."[17]   "Death to Coomer!"[18] proclaimed one post, while others asked "has Coomer been indicted yet"[19] or if members of the violent gang MS-13[20] could be hired to "find" him.

---

[7] https://8kun.top/qresearch/res/11825209.html#11825991 (last visited Mar. 30, 2022).

[8] https://8kun.top/qresearch/res/11774276.html#11774707 (last visited Mar. 30, 2022).

[9] https://8kun.top/qresearch/res/11805376.html#11805744 (last visited Mar. 30, 2022).

[10] https://8kun.top/qresearch/res/11829866.html#11830482 (last visited Mar. 30, 2022).

[11] https://8kun.top/qresearch/res/11807707.html#11808217 (last visited Mar. 30, 2022).

[12] https://8kun.top/qresearch/res/11836083.html#11836792 (last visited Mar. 30, 2022).

[13] https://8kun.top/qresearch/res/11825209.html#11825973 (last visited Mar. 30, 2022).

[14] https://8kun.top/qresearch/res/11976913.html#11977719 (last visited Mar. 30, 2022).

[15] https://8kun.top/qresearch/res/11804596.html#11804841 (last visited Mar. 30, 2022).

[16] https://8kun.top/qresearch/res/11804596.html#11804926 (last visited Mar. 30, 2022).

[17] https://8kun.top/qresearch/res/11842259.html#11842373 (last visited Mar. 30, 2022).

[18] https://8kun.top/qresearch/res/11895746.html#11896463 (last visited Mar. 30, 2022).

[19] https://8kun.top/qresearch/res/14027952.html#14028701 (last visited Mar. 30, 2022).

[20] https://8kun.top/qresearch/res/11852212.html#11852353 (last visited Mar. 30, 2022).

35.     "Even now, well over a year after the election, Q believers on 8kun, GreatAwakening.win, Telegram, and other far-right message boards continue to spread false stories about Dr. Coomer.  These include posts trying to find his recent location, mocking his recent legal issues (including six nearly identical threads on GreatAwakening.win touting body cam footage of the incident), picking apart his claimed ties to "German antifa," claiming he was supposedly being "beaten up" by other Dominion employees, revealing the details of his deposition in his lawsuit against conservative media outlets, and making unsupported claims that he's a Nazi or a Satanist.

36.     "QAnon may be a primarily online movement, but the threats and harassment from its followers have serious consequences offline—including murder. ReAwaken America speakers and Clay Clark himself have alluded to or outright advocated for the worst of those consequences, openly speaking of Dr. Coomer's alleged treason and what should happen to him – including Oltmann calling for him to be "put to death." Q believers have taken it upon themselves many other times to carry out these actions for other perceived enemies of Trump and freedom.

**How Q is linked to Clay Clark and ReAwaken America**

37.     "It is impossible to scrutinize every interview or piece of content created by every ReAwaken America speaker to find links to QAnon.  Many of the people involved in this tour have done hundreds of interviews in just the last year on both their own podcasts and those of other conspiracy promoters – an ecosystem where everything is linked to everything else.  But it's clear that the biggest names involved in these conferences are connected to the movement in a variety of ways.  Clark's events and QAnon itself both

attract conspiracy theorists from all sectors of the fringe world, from medical misinformation to anti-Semitic canards to GOP culture war tropes. All are welcome under Clay Clark's tent.

38. "Several are frequent guests on the livestreams and podcasts of Q promoters, shared Q catchphrases, or directly made their own Q-themed content. They pandered to the paranoia and violent ideation of QAnon followers and raised money at QAnon linked events. And money plays a huge role in these events, with ReAwaken America charging as much as $250 for regular tickets and $500 for "VIP" tickets[21], often touting access to major players in the QAnon world, with each event seating thousands of people.

39. "And these events don't only sell tickets. Each speaker has books, t-shirts, merchandise, podcast subscriptions, and fundraisers. In particular, Clark allows Q-branded merchandise to be sold at ReAwaken events, including shirts, books, and signs. Because the finances of both QAnon and ReAwaken America are intentionally opaque, it's not clear who is getting what cut of these sales, and who accepts speaking fees for their slots on Clark's shows. But given the price of tickets and the amount of merchandise sold, it's not unreasonable to think that each tour stop brings in at least a million dollars – with Q driving at least some part of that commerce.

40. "The following represents a sample of the QAnon connections by well-known speakers at ReAwaken America events:

---

[21] Pamela Christian, *Clay Clark and Gen. Michael Flynn's Reawaken America Tour Goes Viral*, CHARISMA NEWS, July 10, 2021, https://www.charismanews.com/us/86042-clay-clark-and-gen-michael-flynn-s-reawaken-america-tour-goes-viral (last visited Mar. 30, 2022).

**Clay Clark**

41.    "Unlike many of the speakers on his event circuit, ReAwaken America organizer Clay Clark is not an outwardly vocal QAnon promoter.  But Clark gave a microphone and an audience, month after month, to a litany of speakers who directly espoused Q's fantasy of mass executions of those on the wrong side of Q's "secret war," along with conspiracy theorists promoting all manner of dangerous pseudoscience and fraudulent medicine.

42.    "In particular, Clark gave a crucial early appearance to the "patient zero" of the conspiracy theory that Dr. Coomer "made sure that [Trump] wouldn't win the election," Colorado podcaster Joe Oltmann.  His rise to being well-known enough to be an attractive speaker for ReAwaken America is based directly on his allegations related to Dr. Coomer, and Clark had him on as a guest on his own "ThriveTime Show" podcast on December 22, 2020,[22] as the false story about Dr. Coomer was circulating in far-right media.  The interview's title: "Exposing the Treasonous Eric Coomer the ANTIFA Member and the Director of Strategy and Security at DOMINION Voting Systems."

43.    "Beyond smearing Dr. Coomer by name, Clark and Oltmann spread conspiracy theories about Dominion Voting Systems "sharing office space with George Soros," using an anti-Semitic canard to propose a link between the two, though Dominion has no known link to Soros.  Clark and various guests then asked leading questions about

---

[22] ThriveTime Show, *JOE OLTMANN | EXPOSING THE TREASONOUS ERIC COOMER THE ANTIFA MEMBER AND THE DIRECTOR OF STRATEGY AND SECURITY AT DOMINION VOTING SYSTEMS*, Podcast,       https://www.thrivetimeshow.com/business-podcasts/joe-oltmann-exposing-the-treasonous-eric-coomer-the-antifa-member-and-the-director-of-strategy-and-security-at-dominion-voting-systems, Dec. 22, 2020 (last visited Mar. 31, 2022).

whether Dr. Coomer had committed treason and if he should go to prison or be "put to death."  Oltmann also makes a reference to the January 6, 2021 "certification" of the Electoral College vote as a final opportunity to ensure Trump returns to office.

44.     "Oltmann would make several more appearances on Clark's "ThriveTime Show," on June 5 and October 11, rehashing the same accusations about Dr. Coomer, his alleged links to Antifa, and his implausible single-handed rigging of the 2020 election in favor of Joe Biden.  These were mixed in with COVID-19 conspiracy theories, anti-vaccine rhetoric, fears of a "great reset" merging humans with machines, and other standard fare in the QAnon discourse.

45.     "In turn, Oltmann brought Clark on as a guest on several episodes of Conservative Daily, including September 15, 2021; October 12, 2021; January 26, 2022; and most recently on March 15, 2022 in an episode partially named after a QAnon catchphrase: "Have We Lost Accountability, Or is This the Calm Before the Storm?"[23] "The calm before the storm" is a critical concept in the QAnon mythology, as it was the cryptic, still-unexplained phrase uttered by President Trump in October 2017 that would spark the first Q drops and their references to "the storm" of mass arrests that would follow.

46.     "In their last interview (to date), the pair specifically touch on Dr. Coomer's lawsuit against Clark, because Clark gave "[Oltmann], [Mike] Lindell, and others" a

---

[23] Conservative-Daily.com, *Have We Lost Accountability, or is This the Calm Before the Storm?*, Podcast, https://conservative-daily.com/cd-livestream/have-we-lost-accountability-or-is-this-the-calm-before-the-storm, Mar. 15, 2022 (last visited Mar. 31, 2022).

platform to defame him.  Oltmann refers to Dr. Coomer as "evil personified" and the pair mock Dr. Coomer's prior substance abuse issues.

47.    "One of the primary purposes of Clark and Oltmann appearing on each others' shows is to sell merchandise – Clark and Oltmann freely throw out promo codes for "non-deep state farm to table groceries," MyPillow products, rural-oriented health insurance, and tickets to ReAwaken America events, which are always on the verge of selling out.  On the March 15 appearance, Clark even asks Oltmann if he wants to speak at the upcoming event in Salem, Oregon, and Oltmann agrees without hesitation.[24]

48.    "Clark's appearances on Conservative Daily are far from the only times he would subtly reference QAnon tropes or appear alongside Q promoters.  The majority of these have been Clark's appearances on the QAnon-endorsing livestream X22 Report.  A fixture of right-wing conspiracy theory content since debuting in 2013, X22 Report has released thousands of episodes and made countless references to QAnon and its mythology, including episodes titled "Before The Days Of Darkness, 'Q' Sent Messages…," Has Q Given Us A Timeline Of Events, It Could Play Out This Way," and "Q Anon, A False Flag Attempt Is Headed Our Way."[25]  X22 Report is so tied to QAnon that it even includes a section of its website called "Latest from QAnon," which reprints Q drops directly from 8kun.[26]

---

[24] *Id.*

[25] *QAnon Video Archive*, https://qeffect.github.io/ (last visited Mar. 31, 2022).

[26] X22Report.com, *Latest from QAnon*, https://x22report.com/latest-from-qanon/ (last visited Mar. 31, 2022).

49.    "In an August 2021 X22 appearance, broadcast live from a "faith festival" put together by another Q promoter and ReAwaken speaker named Scott Kesterson, Clark is interviewed by QAnon promoter Zak Payne. The episode is billed as a meeting of the minds where the two "have a conversation about companies that are making you eat babies," echoing QAnon claims of elite occult cannibalism and the use of corporations to secretly launder horrible acts against children.[27]  And on a separate June 2021 podcast by fellow right-wing antivaxxer Stew Peters (whose show has also hosted a number of QAnon luminaries), Clark went into a long monologue touching on a number of subjects that are essential to QAnon, including the supposed occult crimes of performance artist Marina Abramovic, and Bill Gates and Jeffrey Epstein working together to "create a race of people" seeded with Epstein's DNA.[28]

50.    "One rare instance where Clark does mention Q—and explicitly says this is the first time he's talked about Q—is October 5, 2021, when he appeared on the QAnon-themed podcast the MG Show, co-hosted by a major figure in the QAnon world named Jeffrey Pedersen.[29]  Under the name "InTheMatrixxx," Pedersen became a well-known QAnon promoter, who had hundreds of thousands of Twitter followers before

---

[27] X22Report.com, *Clay Clark & Zak Paine Discuss Senomyx – STOP EATING BABIES,* https://x22report.com/aiovg_videos/clay-clark-zak-paine-discuss-senomyx-stop-eating-babies/, Sept. 8, 2021 (Last visited Mar. 31, 2022).

[28] Kyle Mantyla, *Clay Clark: The Man Behind the Massive Conspiracy Theory Rallies Happening Around the Country*, RIGHT WING WATCH, https://www.rightwingwatch.org/post/clay-clark-the-man-behind-the-massive-conspiracy-theory-rallies-happening-around-the-country/, June 30, 2021 (last visited Mar. 31, 2022).

[29] MG Show, *Clay Clark Interviews the Guys, Project Veritas, Audits and more!*, Oct. 5, 2021, https://rumble.com/vncouh-mg-show-100521.html (Last visited Mar. 31, 2022).

his suspension while spreading anti-Semitic and violent conspiracy theories – and having his Twitter handle show up in multiple Q drops.

51.      "On his October 5, 2021 MG Show appearance, Clark announces that he never references or cites Q drops – then he specifically asks Pedersen "what is Q?" Pedersen replies that "something wonderful" happened in October 2017 when "an entity called Q started dropping intelligence" on 4chan, and Clark replies by explicitly asking Pedersen to explain what 4chan is and "who is Q?  Are you Q?"  What follows is a discussion of mass arrests and how Q predictions can come true years after they're made. Clark acts excited to see a graphic of a Q drop, asks questions relevant to QAnon believers such as "what three things make you think Q is credible," and allows the hosts to spout Q catchphrases and conspiracy theories.  Pedersen finishes the interview by playing up his connections to Michael Flynn, and Clark uses the opportunity to sell tickets to upcoming ReAwaken America events.[30]

52.      "It is clear that Clark knows enough about QAnon to ask pertinent questions, and never asks why a military intelligence operation would be using a racist, anti-Semitic image board to leak classified information; nor does he ever call Q out on its many failed predictions and blown deadlines.  Clark never investigates or questions these unevidenced and often contradictory claims.

53.      "Clark and Michael Flynn then appeared together on a March 26, 2022 X22 Report stream.   Shown on video from separate locations along with a shadowed moderator asking questions, the pair discuss medical conspiracy theories, the supposed

---

[30] *Id.*

"microchipping" of vaccine compliant individuals, and the tyranny of Bill Gates and World Economic Forum head Klaus Schwab.  The conversation received over 300,000 views between various platforms.[31]  As with other appearances, all of these topics are directly in the wheelhouse of Q believers.

54.     "Clark and QAnon have one more figure in common: the late "prophet" Kim Clement, said to have predicted Donald Trump's presidential victory years before Trump even contemplated running for office.  Clark is deeply interested in the role of prophecy in Christianity (he offers pastors 50% off tickets to ReAwaken America events.)   In particular, Clark uses Clement's prophecies as proof that he, himself, was divinely called to advocate for Trump and religious freedom in public.  Clark believes that a Clement declaration in 2013 referred to both him and Trump, with Clement declaring that "a man by the name of Mr. Clark and another man by the name of Donald" will "be elected" after being chosen by God.[32]

55.     "Clark talks of the prophecy often, mentioning it in an open letter he sent Trump in 2021, and in interviews where he discusses ReAwaken America.  Both Clark and Clement supporters, including his daughter, believes that Clement foretold QAnon as

---

[31] X22Report.com, *Flynn/Clark – Arrogance & Selfishness Will Be The Downfall Of The [DS], Patriots Are Winning,* Mar. 26, 2022, https://x22report.com/aiovg_videos/flynn-clark-arrogance-selfishness-will-be-the-downfall-of-the-ds-patriots-are-winning/ (Last visited Mar. 30, 2022).

[32] Bitchute *THERE IS A MAN BY THE NAME OF MR. CLARK AND THERE IS ALSO ANOTHER MAN BY THE NAME OF DONALD…,* https://www.bitchute.com/video/WkqCKdkRfLcQ/, Nov. 11, 2020 (Last visited Mar. 30, 2022).

well, claiming he saw it as "a weapon [in] a human mind" that came to him "when I saw some alphabetical letters […] that were 'A' and 'Q'" and involving Russia.[33]

56.     "While it's true that not all of these appearances involve Dr. Coomer, or even mention him, they all show that Clark himself is deeply plugged into the mythology of QAnon and understands what its believers want to hear.  QAnon supporters, in turn, would be some of the biggest drivers of the threats and harassment toward Dr. Coomer.

**Michael Flynn**

57.     "Since being fired as National Security Advisor and indicted by the Special Counsel's Office, retired Lieutenant General Michael Flynn has reinvented himself as a conspiracy theory guru and fixture on the right-wing media circuit.

58.     "As part of this, Flynn has a critical role in co-creating the ReAwaken America conference circuit with Clay Clark.  Initially, as Flynn told conservative podcaster Steven Strang in an August 11, 2021 interview, the retired general wanted to "do a thank you tour around America" to pay tribute to the support he received during his "persecution" and highlight issues that were important to him.[34]

59.     "Then [Clark and I] got to talking about all the other things going on in the country, from the fraud […] of the November 3rd election, the COVID craziness" and Biden administration decisions, Flynn said, and he proposed a larger tour "so I could talk about where the country is headed and what the country needs to do."  The very

---

[33] YouTube.com, *Kim Clement Prophecy - Clay Clark & Donald Trump = Donald & Clark. What Else Did Kim See? 4-20-2013*, https://www.youtube.com/watch?v=Z17RR7Hb1V8, Mar. 17, 2022 (Last visited Mar. 30, 2022).

[34] Charisma Magazine, *Gen. Michael Flynn Reveals Purpose of ReAwaken America Tour: 'Saving This Country and America*, YOUTUBE, Aug. 11, 2021, https://www.youtube.com/watch?v=mI-GKEnPqTU (last visited Mar 30, 2022).

conception of ReAwaken America as devoted to both health freedom and religious freedom issues comes from Flynn, as he describes a vision for how "health and freedom festivals" will "save the country from tyranny, dictatorship, and communism."[35]

60.     "Strang then asks what goals "you and Clay" and other tour organizers have, which Flynn readily replies to with a mix of cancel culture tropes, election fraud conspiracy theories, issues related to mask and vaccine mandates, school boards, religious liberty fears, and overzealous persecution of January 6, 2021 rioters.  After a half hour, the video ends with an ad for the ReAwaken America tour presented by an employee of Charisma Media, the "Charismatic/Pentecostal publisher" founded by Strang, which is a major sponsor of the ReAwaken America tour.[36]

61.     "A few months later, Clark would reiterate Flynn's declaration that the two had started the ReAwaken tour together – though telling a somewhat different story than Flynn.  Clark told Steven Strang in a December 2021 podcast interview that after he had a series of prophetic dreams, Clark's wife told him to call Mike Flynn.  "We called General Flynn," Clark said, "and we said, 'God wants us to do a ReOpen America [sic] tour to kill the spirit of fear' [and] expose election fraud, medical fraud, religious fraud, monetary fraud, media fraud."[37]

---

[35] *Id.*

[36] *Id.*

[37] Charisma Podcast Network, *Clay Clark Reveals to You Why Now Is the Time to Act to Reawaken to Save Freedom*, Podcast, Dec. 3, 2021, https://www.charismapodcastnetwork.com/show/strangreport/6f1045c3-8874-4874-a78d-4f8adc1c12a7/Clay-Clark-Reveals-to-You-Why-Now-Is-the-Time-to-Act-to-Reawaken-to-Save-Freedom (last visited Apr. 1, 2022).

62.     "And General Flynn says, "I know, but it has to happen through the church,"
Clark claimed, despite the general not being a religious leader.  And as Clark tells this
version of the story, he put his cell phone number out for people to text with ticket
requests after putting up a notice on the ThriveTime Show website and received "50,000
requests."[38]

63.     "While it is not clear which version of the story for who had the idea is true,
it's clear that Flynn is an integral part of the ReAwaken America tour—maybe the most
integral part beyond Clark himself.  The posters for each tour stop touts that "GENERAL
FLYNN AND TEAM AMERICA IS COMING TO:" with the name of the city in block letters
underneath, and a picture of Flynn in a brown blazer taking up the largest spot in the
photo collage of speakers on every tour.  And the bottom of the ReAwaken America Tour
homepage on the ThriveTime site includes a quote from a review by Charisma Media (a
major sponsor of the tour) proclaiming *"Clay Clark and Gen. Michael Flynn's Reawaken
America Tour Goes Viral."*[39]

64.     "Just as clear as the link between ReAwaken America and Flynn is, so too is
the link between Flynn and QAnon.  Flynn is deeply connected to the Q movement in a
number of tangible ways and was even before it existed.  In November 2016, just weeks
after Trump's election, Flynn made a speech where he claimed Trump was carried to
victory by an "army of digital soldiers"—a phrase likely meaning the enthusiastic reaction
to Trump on places like 4chan and other pro-Trump internet forums.

---

[38] *Id.*

[39] ThriveTimeShow.com, [https://www.thrivetimeshow.com/reawaken-america-tour/](https://www.thrivetimeshow.com/reawaken-america-tour/) (last visited Apr. 1, 2022).

65.     "The phrase "digital soldiers," which Flynn later trademarked, is a critical part of the QAnon mythology.  Flynn is also a major character in the story Q was telling, as drops hinted that Flynn was part of the military intelligence team helping Trump prepare for the mass arrests, and later claimed that his indictment was part of a massive conspiracy to infiltrate the deep state by faking his arrest in order to plant false information (multiple drops explicitly say, "Flynn is safe.").  Ultimately, Q claimed that Flynn would be exonerated when the time was right to expose the operation and people at the very top of the cabal, including Barack Obama, were behind his false and malicious prosecution.  Flynn has repeated or written QAnon catchphrases such as "where we go one we go all" on numerous occasions, including on a video he released around the 4th of July, where he and several of his siblings appear to take the military oath of enlistment and add the phrase at the end.[40]

66.     "Flynn also heavily monetized QAnon, the same way many other major Q promoters have, with money going to and from a wide range of LLCs and legal defense funds, including "Resilient Patriot," "UncoverDC," and a political action committee called Defending the Republic, run by Trump lawyer and ReAwaken America speaker Sidney Powell.  The income derived by these entities is virtually impossible to track, but many of the websites and ventures Flynn claimed he would be launching to further his goals never went live.[41]

---

[40] Marshall Cohen, *Michael Flynn posts video featuring QAnon slogans*, CNN, July 7, 2020, https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html (Last visited Apr. 1, 2022).

[41] Candace Rondeaux, *The Digital General*, THE INTERCEPT, June 27, 2021, https://theintercept.com/2021/06/27/qanon-michael-flynn-digital-soldiers/ (last visited Apr. 1, 2022).

67.    "Flynn also profited directly from QAnon.   He endorsed an online merchandise store selling Q and Flynn branded t-shirts and hats with the profits meant to go to a Flynn-founded news outlet called "Digital Soldiers" that doesn't appear to have ever launched and using ad copy that implies QAnon is real.[42]  He was listed as a keynote speaker at a "Digital Soldiers Conference" in Atlanta in 2019, selling $500 VIP tickets ensuring a sit-down with the retired general – only to cancel his appearance less than a month before the conference.[43]  He also attempted to launch what appeared to be a pay-to-publish scheme where "citizen journalists" could pay up to thousands of dollars to post stories on UncoverDC, a website run by Tracy "Beanz" Diaz, a Flynn acolyte and one of the earliest influencers in the QAnon movement.[44]

68.    "And he has spoken, or been scheduled to speak, at a number of other QAnon or stolen election themed events beyond Clark's—speeches that have, in the past, garnered him tens of thousands of dollars in speaking fees.[45]  At one event, the God and Country Patriot Roundup, Flynn joined in on auctioning off a Q-branded flag quilt[46] that he claimed he would sign along with Patrick Byrne and Mike Lindell (both frequent

---

[42] Will Sommer, *Michael Flynn Is Now Selling QAnon Merch*, THE DAILY BEAST, Dec. 29, 2020, https://www.thedailybeast.com/michael-flynn-is-now-selling-qanon-merch/ (Last visited Apr. 1, 2022).

[43] Kara Voght, *Michael Flynn Just Pulled Out of a QAnon-Connected Fundraiser*, MOTHER JONES, Aug. 17, 2021,    https://www.motherjones.com/politics/2019/08/michael-flynn-just-pulled-out-of-a-qanon-connected-fundraiser/ (last visited Apr. 1, 2022).

[44] Rondeaux, *The Digital General*

[45] Ken Dilanian, *Russians Paid Mike Flynn $45K for Moscow Speech, Documents Show*, NBC NEWS, Mar. 16, 2017, https://www.nbcnews.com/news/us-news/russians-paid-mike-flynn-45k-moscow-speech-documents-show-n734506 (last visited Apr. 1, 2022).

[46] Sarah Al-Arshani, *The Omni Dallas hotel is hosting a QAnon conference starring Michael Flynn*, BUSINESS INSIDER, May 29, 2021, https://www.businessinsider.com/omnidallas-hotel-is-hosting-a-qanon-conference-starring-michael-flynn-2021-5 (Last visited Apr. 1, 2022).

ReAwaken America speakers) before giving a speech where he endorsed the idea of a military coup deposing the Biden administration.

69.     "Beyond his frequent speeches at Clay Clark's and other QAnon themed events, Flynn is a regular on the circuit of podcasts and livestreams by major names in the QAnon world.  Besides the MG Show, Flynn has appeared on the "Bards of War" podcast, hosted by a QAnon devotee (and regular ReAwaken speaker) named Scott Kesterson; "WVW" hosted by a Q influencer who also produced Mike Lindell's hours-long informercial claiming the 2020 election was stolen; and a host of other right-wing podcasts and radio shows all friendly to the mythology of Q, if they don't endorse it outright.[47]

70.     "Flynn's loyalty to the QAnon movement, however, is extremely one-sided and seems to be based more on financial gain than true belief.  In November 2021, a leaked phone call with former Trump lawyer (and ReAwaken speaker) Lin Wood took Flynn's denial a step further, as he was recorded claiming Q was "a disinformation campaign [...] that the CIA created" and "total nonsense."[48]

**Joe Oltmann**

71.     "Besides appearing on Clay Clark's podcasts (and the reverse) on a number of occasions, Colorado conservative podcaster Joe Oltmann was a frequent speaker on the ReAwaken America circuit, appearing at nearly every event in 2021, with bookings

---

[47] Nick Robins-Early, *Michael Flynn's Wild Ride Into The Heart Of QAnon*, HUFFINGTON POST, Feb. 21, 2021, https://www.huffpost.com/entry/michael-flynn-qanon-trump-capitol-riot_n_6026e076c5b680717ee79b5c (Last visited Apr. 1, 2022).

[48] Victoria Bekiempis, *Michael Flynn appears to have called QAnon 'total nonsense' despite his links*, THE GUARDIAN, Nov. 29, 2021, https://www.theguardian.com/us-news/2021/nov/29/michael-flynn-trump-ally-qanon-cia-left (Last visited Apr. 1, 2022).

scheduled well into 2022.  His speeches often took the form of threatening rants about Dr. Coomer, repeating the same conspiracy theories about the "Antifa call," while adding other unevidenced claims and threats of violence – including a specific reference to Dr. Coomer being hanged for treason.

72.     "When not speaking at Clay Clark's events, Oltmann routinely used Conservative Daily to run down countless QAnon-linked conspiracy theories about election fraud, and often took time to single out Ron Watkins, the most likely figure for actually having made many of the Q drops, for praise in the guise of Watkins' supposed expertise in cracking voting machines.

73.     ""Matter of fact, there's a guy called CodeMonkey out there that's actually gone through all of the schematics inside Dominion Voting Systems," Oltmann claimed on a November 13, 2020 appearance[49] using Watkins' well-known social media screen name on to refer to him.  "And he goes 'I could hack this in fifteen minutes.'  He said that.  He's like I could hack it in fifteen minutes." All the while, viewers to the show's YouTube livestream responded with Q slogans and praise for Watkins, demonstrating that they knew exactly who he was talking about.

74.     "The next day, on Denver-based radio host Randy Corporon's show, Oltmann continued praising Watkins[50] and his abilities as an elite hacker with top-level skills.  "There's a guy named Code Monkey, that goes by Code Monkey that has been

---

[49] Joe Oltmann, *More Evidence of Fraud, Irregularities, and Gross Incompetence*, CONSERVATIVE DAILY, Nov. 13, 2020, at 14:48 https://www.youtube.com/watch?v=1qr-ZAfA1B8 (last visited Mar. 31, 2022).

[50] *Wake Up! with Randy Corporon*, 710 KNUS, Nov. 14, 2020, at 38:29 https://omny.fm/shows/wake-up-with-randy-corporon/wake-up-with-randy-corporon-november-14-2020-hr3 (last visited Mar. 31, 2022).

digging into it. He's been doing some amazing research," Oltmann claimed before launching into a completely evidence-free conspiracy theory that Dominion servers "have been seized in Germany" after a shootout between US intelligence agencies. And on another Corporon appearance on November 21, 2020,[51] Oltmann again gushed with praise for the 8kun administrator.

75.    ""There's a guy named Code Monkey out there on Twitter. The guy is brilliant. This kid is brilliant. Matter of fact, if he's listening, I don't even know what state he's in, I'd like to hire him," Oltmann exclaimed of Watkins, who lived in Sapporo, Japan at the time. "He is brilliant because he examines the efficacy of the code, he actually examines how the code actually interacts and how they actually have collected information to tell in the manuals how Dominion works, but nobody is listening to it, because frankly, this is my opinion, it is a modern-day coup."[52]

76.    "And Oltmann praised Watkins one more time on Conservative Daily on December 3, 2020, declaring that "there's Americans out there that are like, I've had enough. Like CodeMonkey, Ron [Watkins], the guy is amazing. There are people out there that are digging everything up."[53] The relationship between Watkins and Oltmann has continued even after Biden's inauguration, with Watkins appearing on Conservative Daily on December 15, 2021, where the pair discuss "a variety of topics including voter fraud, the audit, medical tyranny, and [Ron's] campaign for Congress in Arizona!" In the

---

[51] *Wake Up! with Randy Corporon*, 710 KNUS, Nov. 21, 2020, at 42:48 https://omny.fm/shows/wake-up-with-randy-corporon/wake-up-with-randy-corporon-november-21-2020-hr-1 (last visited Mar. 31, 2022).

[52] *Id.*

[53] Joe Oltmann, *Shameful Dems Attacking Election Witnesses!,* CONSERVATIVE DAILY, Dec. 3, 2020, at 50:54 https://www.youtube.com/watch?v=5mIW4vmojEM (last visited Mar. 31, 2022).

show notes for that episode, Oltmann offers a promo code for discounted ReAwaken America tickets, along with "a chance to WIN 2 VIP tickets to the REAWAKEN AMERICA TOUR and get an exclusive BACKSTAGE PASS to meet Gen. Flynn and the other speakers. ($1,000 value)."[54]  And days after his interview with Ron Watkins, Oltmann hosted the "Q Shaman" Jacob Chansley (under his stage name Jake Angeli), one of the most identifiable figures of the January 6, 2021 riot, who is currently serving time in federal prison.  In the interview, Chansley compares himself to Martin Luther King, Jr. and Jesus Christ, while claiming he is being "soft tortured."  Like the interview with Watkins, the show notes for the Chansley interview directly reference and monetize ReAwaken America.[55]



---

[54]   Joe Oltmann, *Special Guest: Ron Watkins*, CONSERVATIVE DAILY, Dec. 15, 2021, https://www.audible.com/pd/Special-Guest-Ron-Watkins-Podcast/B09NP6JLTC (last visited Apr. 7, 2022).

[55]   Joe Oltmann, *Interview: Jake Angeli, the Jan. 6 Shaman, LIVE From Federal Prison*, CONSERVATIVE DAILY, Dec.19, 2021, https://www.audible.com/pd/Interview-Jake-Angeli-the-Jan6-Shaman-LIVE-From-Fed-Prison-Part-2-Podcast/B09NV2DT8R (last visited Apr. 7, 2022).

77.     "At the same time, Oltmann also began to repeat the conspiracy theories of Michael Flynn, who had begun openly advocating violence to restore Trump to office. And on the December 4 episode of Conservative Daily, Oltmann said that Flynn's suggestion that Trump declare martial law and "have everybody revote" was "a brilliant strategy" that was possible, though "dicey with the Constitution."[56]

78.     "None of these appearances drew enormous traffic—most had a few thousand views. But taken with his appearances with Clark in late 2020, they put Oltmann on the map for bigger figures in the right-wing media sphere, who did have the audience to put these claims into mainstream circulation. They show a pattern of Oltmann constantly deifying QAnon's most critical figures in ways that would be picked up by major conservative pundits – many of whom were also on the ReAwaken America circuit.

79.     "In June 2021, Oltmann appeared in a live panel with numerous other Q-linked figures at the world premiere of fellow Q promoter (and ReAwaken speaker) Patrick Byrne's film "The Deep Rig," which supposedly blew the lid off the massive effort to illegally throw the election. Oltmann also appears in the film, repeating many of his claims about Dominion and the Dr. Coomer "conference call." During the panel, Oltmann claimed that believers in Trump's victory would have to "do something after the election

---

[56] Joe Oltmann, *Get In Here: Smoking Gun Evidence of Fraud in Georgia!,* CONSERVATIVE DAILY, Dec. 4, 2021, at 49:00 https://youtu.be/l3CEhIHlq3w?t=2940 (last visited Mar. 31, 2022).

that is going to be pretty drastic"—all but encouraging violence against the "crooked" officials who Oltmann and his compatriots believed stole the election.[57]

80.   "And the QAnon connections between Oltmann, and "The Deep Rig" crew go even further.   Moderating the panel was conspiracy theory personality Ann Vandersteel, a live-streamer who has evangelized QAnon, appeared on the 24-hour QAnon-themed YouTube channel Patriot's Soapbox, and endorsed Q's theories about deep state pedophile rings running the western world.[58]

81.   "Finally, Oltmann's political organization FEC United was, at one point, contracted to provide security[59] through its armed militia, United American Defense Force (UADF), for a QAnon-themed anti-lockdown gathering in May 2021 in Denver. Despite being disinvited from both providing security and speaking, Oltmann sent multiple armed UADF members to the rally, which featured a plethora of conspiracy theories about vaccines, Antifa, and the election—all central QAnon tenets.

**Patrick Byrne**

82.   "The former Overstock.com CEO became a fixture in the crew of lawyers, pundits, politicians, and Christian businesspeople helping Trump attempt to overturn the 2020 election.   In particular, Byrne (who claims he didn't actually vote for Trump) wrote

---

[57] Joseph Cooke, *'The Deep Rig' movie on 2020 election premieres*, AZ CENTRAL, https://www.azcentral.com/picture-gallery/news/politics/arizona/2021/06/27/the-deep-rig-movie-2020-election-premiere-dream-city-church-phoenix/5364337001/ (last visited Mar 31, 2022).

[58] *Id.*

[59] Erik Maulbetsch, *Colo GOP Legislator Begs Activists at QAnon-Linked Anti-Vax Rally to 'Continue to Broadcast the Facts'*, COLORADO TIMES RECORDER, May 17, 2021, https://coloradotimesrecorder.com/2021/05/colo-gop-legislator-begs-activists-at-qanon-linked-anti-vax-rally-to-continue-to-broadcast-the-facts/36495/ (last visited Mar 31, 2022).

the book and funded the film version of "The Deep Rig," using a variety of Q-connected personalities to make the case that the election was stolen, many of whom are also ReAwaken America speakers.

83.    "Prominently used in the advertising for ReAwaken America, Byrne has spoken at almost every event on the circuit, promoting "The Deep Rig" and its false claims. Byrne has appeared on a number of podcasts and other pieces of content created by Q believers, including the explicitly QAnon-themed God and Country Patriot Roundup, the MG Show, the livestream of Q influencer Tore Maras-Lindeman (herself cited in the election fraud lawsuit of ReAwaken speaker Sidney Powell), Q influencer Ann Vandersteel (who appeared in "The Deep Rig" and is a regular ReAwaken speaker), and the YouTube show of the late Q promoter and anti-vaccine activist Cirsten Weldon.[60]

84.    "Byrne has also founded a non-profit called "The America Project" devoted to spreading false claims about the election and funding ineffectual audits of 2020 votes. In every one of these appearances, including his ReAwaken speeches, Byrne spreads conspiracy theories and false claims about the election being stolen, the deep state working to prevent Trump from taking a second term, and the role that Dominion Voting Systems (and by extension, Dr. Coomer) played in making it happen.  These claims have resulted in Byrne being sued by Dominion.[61]

---

[60] Will Sommer, *Ex-Overstock CEO Says He's Put Together an 'Army of Various Odd People' to Save Trump*, THE DAILY BEAST, Nov. 28, 2020, https://www.thedailybeast.com/ex-overstock-ceo-says-hes-put-together-an-army-of-various-odd-people-to-save-trump (Last accessed Mar. 31, 2022).

[61] Alison Durkee, *Dominion Sues Newsmax, OANN And Ex-Overstock CEO Byrne In New Defamation Suits Over Election Conspiracy Theory*, FORBES, Aug. 10, 2021, https://www.forbes.com/sites/alisondurkee/2021/08/10/dominion-sues-newsmax-oann-and-ex-overstock-ceo-byrne-in-new-defamation-suits-over-election-conspiracy-theory/?sh=629332535440 (Last visited Mar. 31, 2022).

**Mike Lindell**

85.    "The MyPillow founder and Trump evangelist is a cornerstone of the stolen election movement that blames Dominion and Dr. Coomer for the former president's supposed defeat.  He's also a prominent ReAwaken America speaker, featured in much of their advertising, and has spoken at events in Anaheim, Canton, Dallas, Grand Rapids, San Antonio, and Tampa, among others.

86.    "Lindell has a number of links to QAnon, beyond his almost uncountable appearances on Q media outlets and with Q figures over the last two years.  Lindell has spent the past year spreading Q-influenced conspiracy theories that Trump would be "reinstated" at various times, while claiming he was always on the verge of taking his "evidence" directly to the Supreme Court for them to overturn the election.[62]   In particular, his "Cyber Symposium" in August in South Dakota, where he claimed he would present undeniable proof that the election was rigged thanks to interference from China (a key QAnon claim itself) attracted some of the biggest names in the QAnon sphere—Ron Watkins, the recently arrested Colorado election clerk Tina Peters, election fraud guru Phil Waldron, and "the Professor" David Clements.  It was during the "Cyber Symposium" (which also featured Oltmann as a speaker, who spoke there rather than attend a court-ordered deposition in his own lawsuit by Dr. Coomer) where news broke that he had lost

---

[62] Ryan Bort, *A Guide to All the Times Mike Lindell and QAnon Promised Trump Would Definitely Be Back in the White House*, ROLLING STONE, Nov. 25, 2021, https://www.rollingstone.com/politics/politics-news/trump-reinstatement-mike-lindell-thanksgiving-1262796/ (last visited Apr. 1, 2022).

a motion to dismiss Dominion's lawsuit for his claims, prompting Lindell to briefly storm off stage at his own event.[63]

87.     "While Lindell's memo advocating Trump declare martial law in the wake of the January 6, 2021 attack was well-received by Q influencers, and he co-signed a Q-branded flag quilt auctioned off by Mike Flynn at the "God and Country Patriot Roundup."[64]  Lindell himself hasn't publicly endorsed the movement by name.  In fact, he stormed out of an interview for the UK documentary *QAnon: The Cult of Conspiracy,* declaring that "it doesn't matter who stands behind us or doesn't stand" when asked about the movement.[65]

**Ann Vandersteel**

88.     "Besides being a regular speaker at Clay Clark events (including events in Anaheim, Colorado Springs, Dallas, Grand Rapids, San Antonio, Tampa, and Tulsa), Q promoter Ann Vandersteel runs a regular podcast called "Steel Truth" where she routinely hosts major influencers in the Q community and promotes Q and other extremist philosophies by name.

89.     "Some of her QAnon-related guests (many of whom are also ReAwaken America speakers) include Mike Flynn, Patrick Byrne, the hosts of the MG Show, Sidney

---

[63] Grace Dean, Here's what happened at Mike Lindell's cyber symposium, from him storming offstage to Bolsonaro's son giving him a MAGA hat signed by Trump, BUSINESS INSIDER, Aug. 15, 2021, https://www.businessinsider.com/mike-lindell-voter-election-fraud-cyber-symposium-donald-trump-bolsonaro-2021-8 (last visited Apr. 1, 2022).

[64] Al-Arshani, *The Omni Dallas hotel is hosting a QAnon conference starring Michael Flynn.*

[65] David Edwards, *Mike Lindell abruptly ends interview, storms off documentary on QAnon*, SALON, Dec. 8, 2021, https://www.salon.com/2021/12/08/mike-lindell-abruptly-ends-interview-storms-off-documentary-on-qanon_partner/ (Last visited Apr. 1, 2022).

Powell, Joe Oltmann, QAnon promoter Mel K, the "Q Shaman," and Clay Clark himself. Her guests routinely promote QAnon claims about sex trafficking, pedophilia, the election being stolen by Dominion, and COVID-19 being a hoax.

90.     "Vandersteel has also increasingly used her show and her speeches at ReAwaken America to promote claims related to the sovereign citizen movement, an anti-government extremist group whose tenets are merging with QAnon, and whose believers attempt to "opt out" of various US laws and Constitutional amendments.[66]  In January 2022, Vandersteel appeared on Joe Oltmann's "Conservative Daily" show to call herself an "American state national" who doesn't have to pay income taxes and is allowed to "vote as a delegate, which has the power of four votes."[67]   The sovereign citizen movement has been deemed a domestic terrorism threat by the FBI, with its self-described members responsible for well over a dozen acts of violence during the Trump years.[68]

91.     "In the guise of attacking Dominion Voting Systems, Vandersteel also appeared in and hosted a question-and-answer session for Byrne's "The Deep Rig" film, alongside Byrne, Joe Oltmann, Mike Flynn's brother Joe, and other notable names in the stolen election sphere, where there were multiple calls for violence if the election was not

[66]  ADL.org, *Sovereign Citizen Ideology Increasingly Seeping into QAnon,* Jan. 19, 2022, https://www.adl.org/blog/sovereign-citizen-ideology-increasingly-seeping-into-qanon (last visited Apr. 1, 2022).

[67]  Kyle Mantyla, *Qanon Conspiracy Theorist Ann Vandersteel Is Now an 'American State National'*, RIGHT WING WATCH, Jan. 13, 2022, https://www.rightwingwatch.org/post/qanon-conspiracy-theorist-ann-vandersteel-is-now-an-american-state-national/ (last visited Apr. 1, 2022).

[68]  Christine Sarteschi, *Sovereign Citizens: More Than Paper Terrorists*, JUST SECURITY, Jul. 5, 2021, https://www.justsecurity.org/77328/sovereign-citizens-more-than-paper-terrorists/ (Last visited Apr. 1, 2022).

eventually overturned.[69]  She has also been a guest on the 24-hour QAnon livestream Patriot's Soapbox, started by several of the earliest promoters of Q mythology.  In one 2019 appearance on the channel, Vandersteel promoted sex trafficking and pedophilia conspiracy theories, while claiming she was an official spokesperson for the Trump re-election campaign—a claim the Trump campaign denied.[70]  Vandersteel later claimed that President Trump's refusal to disavow Q and the media's apparent collusion in not asking the president about it were proof that Q was actually real.[71]

**Sidney Powell**

92.     "Powell has only spoken at one ReAwaken America event.  But her role in the stolen election conspiracy theory is so outsized that spotlighting her links to QAnon is relevant.

93.     "In her "Kraken" voter fraud lawsuit, she cited Ron Watkins as an authority on voting machines by including an eight-page affidavit from Watkins,[72] consisting mostly of citations of the voting machine's manual, where Watkins claimed that "the Dominion Democracy Suite may enable voter fraud" by either crooked or incompetent election officials.  None of this was true, and all of it was completely outside of Watkins' expertise.

---

[69] Cooke, *'The Deep Rig' movie on 2020 election premieres*.

[70] Asawin Suebsaeng, et al., *Team Trump Finally Disavows Pizzagate Theorist Who Boasted of Being on 2020 Board*, THE DAILY BEAST, Jan. 23, 2019, https://www.thedailybeast.com/team-trump-finally-disavows-pizzagate-theorist-who-boasted-of-being-on-2020-board?ref=scroll (Last visited Apr. 1 2022).

[71] Kyle Mantyla, *Ann Vandersteel: The Fact That Trump Has Not Denounced QAnon Is Proof QAnon Is Legitimate*, RIGHT WING WATCH, Mar. 20, 2019, https://www.rightwingwatch.org/post/ann-vandersteel-the-fact-that-trump-has-not-denounced-qanon-is-proof-qanon-is-legitimate/ (Last visited, Apr. 1, 2022).

[72] Arya Hodjat, *Former Trump Lawyer Sidney Powell Cites QAnon Promoter in Voter Fraud Lawsuit*, THE DAILY BEAST, Dec. 1, 2020, https://www.thedailybeast.com/former-trump-lawyer-sidney-powell-cites-qanon-backer-ron-watkins-in-voter-fraud-lawsuit-affidavit (last visited Mar. 29, 2022).

94.     "This was not the only time a QAnon promoter was mentioned in "the Kraken" suit – Powell also cited[73] QAnon promoter Terpsichore Maras-Lindeman as an "intelligence contractor" with firsthand knowledge that foreign interests had the power to change American electoral votes.  In the same suit, Powell also submitted a statement[74] from an anonymous Twitter account called Quisling_Hunter, a QAnon supporter[75] who went to a warehouse owned by the Georgia Secretary of State in the middle of the night on November 30, 2020, to dig through dumpsters and surveil employees based on a call to action by Ron Watkins to personally observe election officials.  Quisling_Hunter found nothing[76] other than a scenario he deemed "very very suspicious," while admitting anything he learned about what might be happening the warehouse was "second hand."

95.     "In the guise of her work as Michael Flynn's lawyer, Powell spread conspiracy theories[77] about the deep state, George Soros, and the Federal Reserve—all constant targets of QAnon.  She appeared on the "Patriot's Soapbox" show, and has used

---

[73] Jon Swaine, *Sidney Powell's secret intelligence contractor witness is a pro-Trump podcaster*, WASHINGTON POST, Dec. 24, 2020, https://www.washingtonpost.com/investigations/sidney-powells-secret-intelligence-contractor-witness-is-a-pro-trump-podcaster/2020/12/24/d5a1ab9e-4403-11eb-a277-49a6d1f9dff1_story.html (last visited Mar. 29, 2022).

[74] Alex Kaplan, *QAnon grifters Jim and Ron Watkins now turn to voter fraud conspiracy theories, and Trumpworld is taking notice*, MEDIA MATTERS, Jan. 5, 2021, https://www.mediamatters.org/voter-fraud-and-suppression/qanon-grifters-jim-and-ron-watkins-now-turn-voter-fraud-conspiracy (last visited Mar. 29, 2022).

[75] Travis View, *Trump Finally Gave QAnon What It Always Wanted: Respect,* NEW YORK MAGAZINE, Dec. 29, 2020, https://nymag.com/intelligencer/2020/12/trump-gave-qanon-what-it-always-wanted-respect.html (last visited Mar. 29, 2022).

[76] Akiva Cohen, TWITTER, Dec. 4, 2020, https://twitter.com/AkivaMCohen/status/1334933705262030848?s=20 (last visited Mar. 29, 2022).

[77] Matt Gertz, *Sidney Powell, Michael Flynn's new attorney, is an anti-Mueller conspiracy theorist and Fox regular*, MEDIA MATTERS, Jun. 13, 2019, https://www.mediamatters.org/fox-news/sidney-powell-michael-flynns-new-attorney-anti-mueller-conspiracy-theorist-and-fox-regular (last visited Mar. 29, 2022).

QAnon catchphrases in her tweets, including making references to "The Storm."  And she has spoken at numerous QAnon-related events, including a "Stop the Steal" rally[78] in December in Georgia featuring another election conspiracy theorist and ReAwaken America speaker, the attorney Lin Wood.

96.    "Like many other prominent figures in QAnon, Powell was doing all of this while denying that she had anything to do with Q or even knew what it was, telling Politico in an email,[79] "I don't know anything about Q Anon [sic], or Q. I couldn't tell you what that was."

**Conclusion**

97.    "Both Clay Clark and the speakers he brought in for his numerous ReAwaken America tour events have promoted either the ideas of QAnon, the iconograph of the movement itself, or both.  All the while, they exhibit a dangerous and reckless disregard for facts, laws, and medical science.  The constant repetition of these implausible ideas creates an atmosphere of paranoia, violent ideation, and deep grievance that a shadowy network is working behind the scenes to prevent Donald Trump from taking his rightful place in the Oval Office for a second term.  These grievances were taken out on Dr. Coomer as the singular focus of a smear campaign that blamed him for single-handedly rigging the election against Trump—an idea espoused over and over by

---

[78] Ewan Palmer, *Sidney Powell's Ties to QAnon Movement Explained*, Newsweek, Dec. 3, 2020, https://www.newsweek.com/sidney-powell-qanon-voter-fraud-lawsuits-georgia-1552050 (last visited Mar. 29, 2022).

[79] Keith Kloor, *The #MAGA Lawyer Behind Michael Flynn's Scorched-Earth Legal Strategy*, Politico Magazine, Jan. 17, 2020, https://www.politico.com/news/magazine/2020/01/17/maga-lawyer-behind-michael-flynn-legal-strategy-098712 (last visited Mar. 29, 2022).

Clark and his speakers, without any investigation or skepticism.  When they were not sharing election conspiracy theories, they were sharing harmful disinformation about COVID-19, including useless alternative treatments and racist hoaxes about its origins.

98.     "At no time did any of these speakers question the veracity of Joe Oltmann's claim that Dr. Coomer "made sure" Trump wouldn't win, or how it would be possible for one person to rig an election that over 150 million people voted in.  They did not question why no court in America, even ones packed with Trump-appointed judges, took up the lawsuits filed to overturn the election.  They didn't wonder why even Trump has admitted that he lost the election.  They never asked Oltmann why he didn't record the "Antifa call" or how he could be sure that "Eric" was Dr. Coomer.  They simply continued to throw out smears and conspiracy theories to their crowds, knowing many were QAnon believers, and at least some would express their rage through violence.

99.     "It is, therefore, my conclusion as an expert in the QAnon conspiracy that ReAwaken speakers were provided a platform by Clay Clark and used it to promote a violent movement targeting Dr. Coomer based on implausible theories about the 2020 election.  These smears are the product of a conspiracy theory built around the fraudulent message board "drops" of a fake "military intelligence team" called Q, which pushed a preconceived notion that election fraud would be committed against Trump. Many of ReAwaken America's most prominent speakers believe this fake "military intelligence team" is real, or at least tell their listeners and patrons that it is real.

100.    "It is also my opinion as an expert on QAnon that the narrative pushed by QAnon promoters about Dr. Coomer is consistent with other debunked conspiracy

theories about Antifa, the 2020 election in general, and a powerful cabal pulling the strings to ensure Donald Trump's defeat. All are based on unevidenced theories propagated by unreliable sources who have no knowledge or experience that would validate their claims. And they make these claims not for the purposes of uncovering the truth, but to make money and punish those they deem to be their enemies.

101.    "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the ___12th___ day of ___April___ 2022, in Altadena, California.

_____

Mike Rothschild, Declarant