IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3440

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

## DECLARATION OF DOUG BANIA

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. "My name is Doug Bania. I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2. "I am the founding principal of Nevium Intellectual Property Consultants. Nevium is an intellectual property consulting firm specializing in developing IP strategies, IP valuation and monetization of IP as well as providing expert testimony related to IP damages and licensing customs and practices.

3. "I am a Certified Licensing Professional (CLP), a Google Analytics Certified Individual (GAIQ), a past committee member (2016-2019) for the International Trademark Association (INTA) Internet Committee and the ICANN Complaint and Domain Name Industry Subcommittee, a current member of the INTA Right of Publicity Committee and the American Bar Association (ABA), Copyright and Social Media Committee.

4. "I specialize in analyses for copyright, trade dress, trade secrets and trademark infringement, publicity rights, social media and internet infringement, defamation, marketing strategy analyses, royalty rate determinations and other intangible assets.

5. "I have served as an expert witness in over 75 different cases, at both the state and federal levels. In addition, I have published dozens of articles on intellectual property analysis, and have presented at numerous conferences and other speaking engagements across the country.

6. "I have been retained in this case by Plaintiff Dr. Eric Coomer in order to review, verify, and independently confirm the findings of a report titled "Threats Against Eric Coomer on Twitter" produced by Advance Democracy Inc., on July 2, 2021 (the ADI Report). A true and correct copy of the ADI Report is attached hereto as **Exhibit P 5-1**.

7. "I conducted a thorough review of the ADI Report, including fact checking and a review of the materials cited in the Report, which has allowed me to confirm the Report's findings as accurate.

8. "In undertaking the analysis necessary to confirm the ADI Report's findings, I checked all media source links and active link footnotes to confirm the accuracy of the information they purported to represent.

9. "I also checked every historical deleted tweet using Internet Archive's Wayback Machine.[1]

10. "To evaluate the volume of tweets over time, I accessed the Twitter Application Programming Interface (the "Twitter API"). This allowed me to replicate the

---

[1] http://web.archive.org/

research of ADI based on their specific hashtag and terminology queries. Most importantly, I was able to look back at tweet volume and specific mentions over historical time periods. To do that, I recreated the query in Postman[2] and queried the Twitter API to produce a JavaScript Object Notation (JSON) response.[3] Analysis on this response file allowed me to reproduce the Tweet Count or Mention Counts referenced in the report.

11. "Repeated querying of the specifics in this report allowed me to recreate the specified counts with near exactitude of the counts in the ADI Report.

12. "Specifically, my analysis allowed me to confirm that nearly nine thousand QAnon-related Twitter accounts mentioned the term "Coomer" in the months following the November 2020 election, and that these references peaked on November 24, 2020, when there were approximately 2,500 posts containing the term "Coomer" in a single day. In addition, I was able to verify that between November 8, 2020, and June 30, 2021, more than a thousand unique accounts on Twitter used the terms "kill," "die," "shoot," "treason," "hang," "traitor," "arrest," and/or "attack" in posts containing the term "Coomer." I was also able to confirm the authenticity of the various tweets used as examples of the violent and threatening language directed at Dr. Coomer in the ADI Report.

13. "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the 12th day of April 2022, in La Mesa, California.

---

[2] https://www.postman.com/
[3] JSON is a text-based, language-independent data interchange format.

_____
Doug Bania, Declarant