IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
PURSUANT TO D.C.COLO.L.CivR 7.1**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, hereby notifies this Court of supplemental authority relevant to this Court's consideration of Defendants' pending Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101:

1. Defendants Make Your Life Epic, LLC dba Thrivetime Show and Clayton Thomas Clark (Defendants) filed a Special Motion to Dismiss Pursuant to Colorado Revised Statutes § 13-20-1101 on March 23, 2022 [Dkt. 24]. Plaintiff filed his Response on April 13, and Defendants filed their Reply on April 27, 2022 [Dkt. 30].

2. In their briefing on this matter, both Plaintiff and Defendants noted a general lack of authority on Colorado's newly enacted anti-SLAPP statute. Defendants also argued that Dr. Coomer has failed to establish a reasonable likelihood of prevailing on his claims.

1

3. On Friday, May 13, 2022, the Denver District Court issued an Order Regarding All Defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101 in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020CV34319, wherein the Court denied all fourteen defendants' special motions to dismiss in their entirety.

4. *Coomer v. Donald J. Trump for President, Inc. et. al.* arises from facts very similar to those at issue here, and includes many defendants who were also sued for publishing interviews with Joe Oltmann and/or adopting and publishing his claims about Dr. Coomer themselves. As a result, the lengthy factual and legal analysis engaged in by the Court there is relevant to this Court's consideration in addressing the merits of Defendants' pending Special Motion to Dismiss in this case. Plaintiff, therefore, provides this Notice of Supplemental Authority, and attaches hereto as Exhibit 1 the May 13, 2022 Order referenced above.

Respectfully submitted this 24th day of May 2022.

Respectfully submitted,

    */s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis*
Zachary H. Bowman*
zbowman@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
*Applications for admission forthcoming

>Thomas J. Rogers III, No. 28809
>trey@rklawpc.com
>Mark Grueskin, No. 14621
>mark@rklawpc.com
>**RechtKornfeld PC**
>1600 Stout Street, Suite 1400
>Denver, Colorado 80202
>303-573-1900
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority Pursuant to D.C.COLO.L.CivR 7.1 has been served on all counsel on this 13th day of April 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

>Doug Daniels
>Doug.daniels@dtlawyers.com
>
>Heath Novosad
>heath@dtlawyers.com

>>*/s/ Charles J. Cain*
>>Charles J. Cain