IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, Ph.D.,

 Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

 Defendants

**PLAINTIFF'S UNOPPOSED MOTION TO SET HEARING ON DEFENDANTS' SPECIAL MOTION TO DISMISS PURSUANT TO C.R.S. § 13-20-1101**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

 Plaintiff Eric Coomer, Ph.D., by and through undersigned counsel, files this Unopposed Motion to Set Hearing on Defendants' Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101 [Dkt. No. 24] (Defendants' Motion), stating in support thereof as follows:

 1. Plaintiff filed his Original Complaint on December 22, 2021 [Dkt. No. 1]. On February 15, 2022, the Court issued an Order Setting Scheduling/Planning Conference (as amended effective November 22, 2019) [Dkt. No. 9]. In its Order, the Court set a scheduling conference in this matter for April 22, 2022.

 2. Defendants' Motion was filed on March 23, 2022. Plaintiff's Response was filed on April 13, 2022. Pursuant to Fed. R. Civ. P. 26(f)(1), the Parties, through counsel, conducted their Rule 26 conference and subsequently on April 15, 2022, submitted their

1

proposed Scheduling Order [Dkt. No. 32]. After consideration of the representations of the Parties in the proposed Scheduling Order, the Court, on April 22, 2022, issued a Docket Text Order (1) staying discovery until a ruling on Defendants' Motion and (2) vacating the Scheduling Conference set for April 22, 2022 [Dkt. No. 34].

3. On April 27, 2022, Defendants filed their Reply in Support of Defendants' Motion [Dkt. No. 37], as well as Amended Objections to and Motion to Strike Declarations of Eric Coomer, J. Alex Haldermann, Mike Rothschild, Heidi Beadle [sic], and Doug Bania [Dkt. No. 36]. On May 18, 2022, Plaintiff filed his response to Defendants' Amended Objections [Dkt. No. 38], with Defendants' Reply being filed on June 1, 2022 [Dkt. No. 40].

4. Plaintiff filed a Notice of Supplemental Authority Pursuant to D.C.COLO.LCivR 7.1 issued in a related proceeding on June 3, 2022 [Dkt. No. 42] providing this Court with supplemental authority in *Coomer v. Donald J. Trump for President, Inc. et. al.*, Case No. 2020CV34319, pending in Denver County District Court, wherein that court denied all fourteen defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101.

5. Pursuant to C.R.S. § 13-20-1101(5), "the motion must be scheduled for a hearing not more than twenty-eight days after the service of the motion unless the docket conditions of the court require a later hearing." While the twenty-eight day requirement of the statute has passed, the requirement for a hearing remains, and Plaintiff, therefore, files this Unopposed Motion to Set Hearing on Defendants' Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101.

## CONCLUSION

For the reasons stated herein, Plaintiff respectfully requests the Court set a hearing on Defendants' Special Motion to Dismiss, and for such other and further relief to which he may be entitled.

Respectfully submitted this 30th day of June 2022.

/s/ Charles J. Cain
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he has conferred with counsel for Defendants and counsel is not opposed to the relief requested herein.

/s/ Bradley A. Kloewer
Bradley A. Kloewer

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Plaintiff's Unopposed Motion to Set Hearing on Defendants' Special Motion to Dismiss Pursuant to C.R.S. 13-20-1101 has been served on all counsel on this 30th day of June 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

      Doug Daniels
      Doug.daniels@dtlawyers.com

      Heath Novosad
      heath@dtlawyers.com

                        */s/ Charles J. Cain*
                        Charles J. Cain