IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
PURSUANT TO D.C.COLO.L.CivR 7.1**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, hereby notifies this Court of supplemental authority relevant to this Court's consideration of Defendants' pending Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101:

    1.    On August 15, 2022, the Honorable David H. Goldberg, Denver County District Court Judge issued an Order in a proceeding styled *Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon*, bearing Case No. 2021cv33632, wherein the Court denied defendants' Rule 12(b)(5) motion to dismiss. Attached as **Exhibit 1** is the August 15, 2022 Order.

1

Respectfully submitted this 21st day of September 2022.

>Respectfully submitted,
>
>          */s/ Bradley A. Kloewer*
>Charles J. Cain, No. 51020
>ccain@cstrial.com
>Bradley A. Kloewer, No. 50565
>bkloewer@cstrial.com
>Steve Skarnulis
>skarnulis@cstrial.com
>Zachary H. Bowman
>zbowman@cstrial.com
>**CAIN & SKARNULIS PLLC**
>P. O. Box 1064/Salida, Colorado 81201
>and
>303 Colorado Street, Suite 2850
>Austin, Texas 78701
>719-530-3011/512-477-5011 (Fax)
>
>Thomas J. Rogers III, No. 28809
>trey@rklawpc.com
>Mark Grueskin, No. 14621
>mark@rklawpc.com
>**RechtKornfeld PC**
>1600 Stout Street, Suite 1400
>Denver, Colorado 80202
>303-573-1900
>**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority Pursuant to D.C.COLO.L.CivR 7.1 has been served on all counsel on this 21st day of September 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

   Doug Daniels
   Doug.daniels@dtlawyers.com

   Heath Novosad
   heath@dtlawyers.com


              */s/ Bradley A. Kloewer*
              Bradley A. Kloewer