# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer, Ph.D.

    Dated this 9th day of March 2023.

        Respectfully submitted,

        */s/Steve Skarnulis*
        Charles J. Cain, No. 51020
        ccain@cstrial.com
        Bradley A. Kloewer, No. 50565
        bkloewer@cstrial.com
        Steve Skarnulis
        skarnulis@cstrial.com
        Zachary H. Bowman
        zbowman@cstrial.com
        David E. Jennings, No. 54643
        djennings@cstrial.com

**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**