**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

      Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show, and
CLAYTON THOMAS CLARK, individually,

      Defendants.

---

**MOTION TO WITHDRAW**

---

      Defendants Make Your Life Epic, LLC d/b/a Thrivetime Show and Clayton Thomas Clark, individually (collectively, Defendants) file this Motion to Withdraw Douglas A. Daniels and Heath A. Novosad of Daniels & Tredennick, PLLC, as counsel for Defendants. Thomas B. Quinn of Gordon Rees Scully Mansukhani, LLP, entered his appearance for Defendants on March 23, 2023. Defendants will continue to be represented by Thomas B. Quinn.

      In accordance with D.C.COLO.LCivR 7.1(b) and D.C.COLO.LAttyR 5(b), the undersigned respectfully request that Douglas A. Daniels and Heath A. Novosad be permitted to withdraw as Defendants' counsel.

Dated March 27, 2023

                              Respectfully submitted,

                              */s/ Douglas A. Daniels*
                              Douglas A. Daniels
                              Heath A. Novosad
                              DANIELS AND TREDENNICK, PLLC

6363 Woodway Dr., Suite 700
Houston, TX 77057
Phone: (713) 917-0024
Fax: (713) 917-0026
doug.daniels@dtlawyers.com
heath.novosad@dtlawyers.com

Thomas B. Quinn
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
303-534-5160
tquinn@grsm.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF to all counsel of record.

*/s/ Douglas A. Daniels*
Douglas A. Daniels