**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

Plaintiff,

v.

MAKE YOUR LIFE EPIC, LLC, d/b/a THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

Defendants.

## NOTICE OF APPEARANCE

Melissa A. Wiese, of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance on behalf of Defendants Make Your Life Epic, LLC d/b/a Thrivetime Show and Clayton Thomas Clark (collectively "Defendants"). In accordance with D.C.COLO.LAttyR 5, the undersigned certifies that she is a member in good standing of the bar of this court.

Respectfully submitted this 28th day of March 2023.

                                                  **GORDON REES SCULLY
MANSUKHANI, LLP**

                                                  */s/ Melissa A. Wiese*
                                                  Melissa A. Wiese
                                                  555 Seventeenth Street, Suite 3400
                                                  Denver, CO 80202
                                                  303-534-5160
                                                  mwiese@grsm.com
                                                  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

   I certify that on this 28th day of March 2023, a copy of the foregoing was electronically filed with the Clerk of the United States District Court, which will send notification to all counsel of record.

            */s/ Karla M. Freeman*
            Karla M. Freeman