IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3440-WJM-KLM

ERIC COOMER, Ph.D.,

       Plaintiff-Appellee,

vs.

MAKE YOUR LIFE EPIC LLC, d/b/a THRIVETIME SHOW, and
CLAYTON THOMAS CLARK,

       Defendants-Appellants.

---

## NOTICE OF APPEAL

---

       Notice is hereby given that Make Your Life Epic LLC, d/b/a Thrivetime Show, and Clayton Thomas Clark, Defendants above named, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the order denying Defendants' special motion to dismiss entered in this action on the 7th day of March, 2023.

       Respectfully submitted this 6th day of April, 2023,

               */s/Thomas B. Quinn*
               Thomas B. Quinn
               Gordon Rees Scully Mansukhani LLP
               555 17th Street, Suite 3400
               Denver, Colorado 80202
               (303) 534-5160
               tquinn@grsm.com

               Attorneys for Defendants-Appellants
               Make Your Life Epic LLC, d/b/a Thrivetime
               Show, and Clayton Thomas Clark

## CERTIFICATE OF MAILING

The undersigned certifies that on this 6th day of April, 2023, a copy of the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the United States District Court which will send notification to all counsel of record.

*/s/ Karla M. Freeman*
Karla M. Freeman