IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show, and
CLAYTON THOMAS CLARK, individually,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the District Judge's **Order** [#68] denying Defendants' Motion to Stay Proceedings Pending Appeal [#61].

    IT IS HEREBY **ORDERED** that the Scheduling Conference is **RESET** to **May 15, 2023**, at **9:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than May 10, 2023**, the parties **MAY**, if they so choose, submit an Amended Proposed Scheduling Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated: May 4, 2023