IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3440-WJM-KLM

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, d/b/a THRIVETIME SHOW, and
CLAYTON THOMAS CLARK,

    Defendants.

## UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE

Defendants Make Your Life Epic LLC, d/b/a Thrivetime Show, and Clayton Thomas Clark, hereby move to vacate the Scheduling Conference set for May 10, 2023, at 9:30 a.m., and as grounds therefor state as follows:

### Certificate of Conferral

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants state that they have conferred with counsel for Plaintiff concerning the relief sought herein. Plaintiff is not opposed to re-setting the Scheduling Conference as long as it occurs during the week of May 15, 2023. In addition, Plaintiff's counsel requests that the Scheduling Conference proceed via WebEx to alleviate their time, expenses and lodging necessary to travel from Salida, Colorado to Denver in the event of a morning conference.

1.    On May 1, 2023, the Court denied the Defendants' Motion to Stay Proceedings and asked Magistrate Judge Mix to re-set the Scheduling Conference as

soon as her docket permitted. [Doc. 68].

2. On May 5, 2023, Judge Mix set the Scheduling Conference for May 15, 2023 at 9:30 a.m. [Doc. 69].

3. Lead counsel for the Defendants has a personal conflict the morning of May 15, 2023. He will be traveling back from a family event out of state. Counsel for both parties are available May 16, 17, 18 (morning) and 19 for the Scheduling Conference.

4. Also of note, Defendants filed a Motion for Stay of the District Court Proceedings, pursuant to F.R.A.P. 8(1)(2), with the Court of Appeals for the Tenth Circuit. Attached as **Exhibit A** (exhibits to motion omitted). Defendants do not know if the filing of the Motion for Stay impacts the Court's scheduling considerations but felt obligated to disclose the pleading this time.

5. In light of counsel's scheduling conflict, Defendants respectfully request that the Scheduling Conference be re-set for May 16, 17, 18 (morning) or May 19, 2023.

7. Pursuant to D.C.Colo.LCivR 6.1(c), this Motion is being served contemporaneously upon Make Your Life Epic LLC, d/b/a Thrivetime Show and Clayton Thomas Clark.

WHEREFORE, Defendants respectfully request that the Scheduling Conference be vacated and reset for May 16, 17, 18 (morning) or 19, 2023, as the Court's docket permits.

- 3 -

Respectfully submitted this 10th day of May, 2023.

        */s/Thomas B. Quinn*
        Thomas B. Quinn
        Melissa A. Wiese
        Gordon Rees Scully Mansukhani LLP
        555 17th Street, Suite 3400
        Denver, Colorado 80202
        (303) 534-5160
        tquinn@grsm.com
        mwiese@grsm.com

        Attorneys for Defendants-Appellants Make Your Life Epic LLC, d/b/a Thrivetime Show, and Clayton Thomas Clark

- 4 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of May, 2023, a copy of the foregoing **UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE** was electronically filed with the Clerk of the United States District Court which will send notification to all counsel of record.

*/s/ Karla M. Freeman*
Karla M. Freeman
