**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MAKE YOUR LIFE EPIC, LLC, d/b/a THRIVETIME SHOW, and
CLAYTON THOMAS CLARK, Individually,

    Defendants

---

**PLAINTIFF'S SUPPLEMENT TO SECTION 5 OF THE SCHEDULING ORDER**

---

Pursuant to the Courtroom Minutes [Dkt. 74] and the Court's Scheduling Order [Dkt. 75] entered May 18, 2023, Plaintiff Eric Coomer, Ph.D. files this Supplement to Section 5 of the Scheduling Order as follows:

### 5.    COMPUTATION OF DAMAGES

**a.    Plaintiff's Supplement**

Plaintiff's economic damages are currently estimated to include both past lost earnings and benefits and projected lost earnings and benefits reduced to present value. Currently, Plaintiff estimates earnings and benefits at $223,514, calculated based on the difference between his historical earnings from 2014 through 2020 compared to his current income. Because Plaintiff is unable to continue work at Dominion or in the elections, generally, Plaintiff further estimates the present value of his future lost earnings and benefits at approximately $2,039,760 by calculating his but-for compensation for approximately 17 years until September 27, 2038. Given the nature and expertise required to calculate these damages, Plaintiff will provide the Court and jury with

1

a calculation of all lost earnings and benefits through expert testimony at the time of trial. Plaintiff also expects to provide the Court and the jury with a calculation of the reasonable and necessary cost to repair the reputational harm Plaintiff has experienced using an online professional reputation repair program. Plaintiff expects this amount will be based on methodology like that presented to the jury in *Carroll v. Trump* and will be required to be presented through expert testimony.

Respectfully submitted this 1st day of June 2023.

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings
djennings@cstrial.com
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**
