IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, PhD., files this Motion for Extension of Time to File Responses to Defendants' Motion for Leave to Amend Answer [ECF No. 83] and Motion to Modify Scheduling Order [ECF No. 84], and in support states as follows:

**CONFERRAL**

Plaintiff's counsel has conferred with counsel for Defendants. Defendants are unopposed to the relief requested herein

**MOTION**

1.    On October 2, 2023, Defendants filed their Motion for Leave to Amend Answer and Motion to Modify Scheduling Order.

2.    Plaintiff's deadline to file responses to Defendants' Motion is October 23, 2023.

1

3. The parties have been in consistent communication regarding the proposed addition of Reopen America, LLC as a Defendant to this case, including through the exchange of relevant documents. Negotiations on a proposed stipulation to accommodate the addition of Reopen America, LLC as a defendant, as well as the deadlines proposed to be modified in the Court's current scheduling order, remain ongoing.

4. For these reasons, Plaintiff requests an additional two days in which to continue these discussions.

5. No party will be prejudiced by the relief requested herein.

6. Therefore, Plaintiff Eric Coomer, Ph.D. requests an extension of time in which to either file an agreed stipulation relating to Defendants' Motion for Leave to Amend Answer and Defendants' Motion to Modify Scheduling Order to Wednesday, October 25, 2023, or substantive responses thereto. Further, Plaintiff Eric Coomer, Ph.D. requests such other relief to which he may be justly entitled to receive.

Respectfully submitted this 23rd day of October 2023.

Respectfully submitted,

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings
djennings@cstrial.com

**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

3