IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show, and
CLAYTON THOMAS CLARK, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Motion for Leave to Amend Answer [ECF No. 25]** [#83] (the "Motion to Amend"), on Defendants' **Motion to Modify Scheduling Order [ECF No. 75]** [#84] (the "Motion to Modify"), on Plaintiff's **Motion for Extension of Time to File Responses** [#89] (the "First Motion for Extension"), and on Plaintiff's **Second Motion for Extension of Time to File Responses** [#92] (the "Second Motion for Extension"). Plaintiff also filed Notices [#95, #96] of non-opposition to the Motion to Amend [#83] and the Motion to Modify [#84], as well as a Stipulation [#97] reached by the parties regarding some of the issues underlying Plaintiff's initial partial opposition to these motions.

    IT IS HEREBY **ORDERED** that the First Motion for Extension [#89] and the Second Motion for Extension [#92] are **GRANTED**, and Plaintiff's responsive filings [#95, #96, #97] made on October 30, 2023, are accepted as timely.

    IT IS FURTHER **ORDERED** that, for good cause shown, the Motion to Modify [#84] is **GRANTED** in part. Defendants ask for an extension of the deadline for amendment of pleadings to October 31, 2023, but based on the contents of the Motion to Modify [#84] and the Motion to Amend [#83], which collectively seek permission to file Defendants' First Amended Answer, there is no reason to extend the deadline beyond October 2, 2023, the date the motions were filed. Accordingly, the deadline for amendment of pleadings is extended to **October 2, 2023**.

    IT IS FURTHER **ORDERED** that the Motion to Amend [#83] is **GRANTED** pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court shall accept Defendants' First Amended Answer [#83-1] for filing as of the date of this Minute Order.

    Dated: November 1, 2023