IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**EXHIBIT 14**

---



Handwritten notes:
- Who is.
- Eric Dominion Guy
- Brian. Denver? Colorado Springs?
- CRT-Media?
- Bev
- Sam-?
- Yan-ni - RD knows
- Woman on call? Is that Heidi?
- Jojo Joey Camp?
- Tots  media? Hit this guy

SERVED ONLY: July 20, 2021 8:13 AM
FILING ID: E6EEBED82F138
CASE NUMBER: 2020CV34319



EXHIBIT 19

20CV34319-JODisclosures-000205



ANTIFA CALL — *RD*
Who is woman? Heidi? Beedle
C/S — Independent — maybe not sure
— Definitely journalist
Eric?? L Chrissy or Chris
Dominion Guy? Att Kris
Guy is a Jedi >><<
"Trump not going town
I made fucking sure of that"
Angry!!! who the fuck is this guy?
Nicknames — who is 243
Talking about "Friendlies"
"Media"
Doxxing Business Owners
— Next targets — 19 on call
CTR - ??? media. No idea

20CV34319-JODisclosures-000206

Contact this Joey !! "RAT"
TAY - ? This guy is ANTIFA ??
Connection to PSL/ANTIFA
  BLM →
Organizing for event Breonna Taylor?
Last protest a success.
FOOD → water — Whoa !!
                    → VANDELIZE
CARS — RECON → Blame on
         Teams?       PROUD Boys
How they communicate wait
Security → phones REDDIT other
 COMMS   DIRECT Slack ?? BLM
YANNI - FIGHTER ↓
            Slack group !!
            LOL
Pueblo → Denver
Need rides Peeps coming in
       10/1 10-2,3 Good press
October protests =
* FOOD water *
Organizer says "UNKNOWN"
Keep Pressure "Teachers
              Professors"

20CV34319-JODisclosures-000207



"Fortify" training,
PSL - Comrades - 3△₂
TANK - Minneapolis ☐
- guys coming to Colorado
BRIAN - ~~BEAR~~ -
possible coverage
Stick to plan → what is the plan?
Rhetoric is incredible
- organized -
very well organized
Targets - "FASCIST events"
Cover up → turn over intel
pictures → give SAM
Jojo - ??
joey camp? who is this guy?
they hate this guy!!

Contact this Jo
TAY - ? Thu
Connection t
organizing for
Last pro
FOOD → we
cars -
How they
security p
coms D
YANNI - Fi
Pueblo → D
Need Ri
October
* FOO
ORGANIZ
Keep

20CV34319-JODisclosures-000208