# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3440-WJM-KAS

ERIC COOMER, Ph.D.,
*Plaintiff*

v.

MAKE YOUR LIFE EPIC, LLC, dba THRIVETIME SHOW, REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and CLAYTON THOMAS CLARK, individually, *Defendants*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO THE OBJECTION TO SUBPOENA AND MOTION FOR PROTECTIVE ORDER BY JOSEPH OLTMANN**

Nonparty, Joseph Oltmann, by and through his attorneys, files this *Unopposed* Motion for Extension of Time to Reply to Plaintiff's Response to the Objection to Subpoena and Motion for Protective Order, as follows:

### CONFERRAL

Counsel for non-party, Joseph Oltmann, has conferred with counsel for Plaintiff who does not oppose the extension of time requested.

### MOTION

1. On February 26, 2024, counsel for non-party Joseph Oltmann filed its Motion for Protective Order and Objection to Subpoena and Motion for Protective Order.

2. Plaintiff filed its Response to the Motion for Protective Order on March 5, 2024.

3. The deadline to file the Reply to Plaintiff's Response is today, March 19, 2024.

4. Counsel for non-party Joseph Oltmann is in need of additional time to analyze and review and draft the reply to Mr. Coomer's response having been occupied with other pressing matters including drafting a Court of Appeals brief; briefs in other cases, mediation statements/ attendance and legal opinions for client.

5. Non-party Oltmann is seeking, *unopposed*, an additional seven days to reply to Plaintiff's Response.

6. No party will be prejudiced by the granting of this extension of time.

WHEREFORE, counsel for non-party, Joseph Oltmann, requests an extension of time to and including Tuesday, March 26th, 2024 to file its reply.

Respectfully submitted this 19th day of March, 2024.

*Original signature on file at the offices of
Harris, Karstaedt, Jamison & Powers, P.C.*

*s/ Mark A. Sares*
Mark A. Sares, #19070
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone: 720-875-9140
Fax:    720-875-9141
msares@hkjp.com
ATTORNEYS FOR NON-PARTY JOSEPH OLTMAN

2

# CERTIFICATE OF SERVICE

I certify that on the 19th day of March, 2024, I electronically served **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO THE OBJECTION TO SUBPOENA AND MOTION FOR PROTECTIVE ORDER BY JOSEPH OLTMANN** and sent a copy to the following individuals' email addresses:

| | |
|---|---|
| Brad Kloewer, Esquire<br>Charlie Cain, Esquire<br>Steve Skarnulis, Esquire<br>Zachary H. Bowman, Esquire<br>David E. Jennings, Esquire<br>Cain and Skarnulis, PPLC<br>P.O. Box 1064<br>Salida, Colorado 81201<br>Telephone: (719) 530-3011<br>*Attorneys for Plaintiff* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to:   bkloewer@cstrial.com<br>ccain@cstrial.com<br>skarnulis@cstrial.com<br>zbowman@cstrial.com<br>djennings@cstrial.com |
| Thomas J. Rogers, III, Esquire<br>Mark Grueskin, Esquire<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>Telephone: (303) 573-1900<br>*Attorneys for Plaintiff* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to:   trey@rklawpc.com<br>mark@rklawpc.com<br>(  ) By Facsimile Transmission to _____ |
| Thomas Baker Quinn, Esquire<br>Gordon & Rees LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to tquinn@gordonrees.com<br>(  ) By Facsimile Transmission to 303-534-5161 |
| Melissa Ann Wiese, Esquire<br>Gordon Rees Scully Mansukhani LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-200-6879<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  )  by designated email to:   mwiese@grsm.com; 8<br>(  ) By Facsimile Transmission to _____ |

*Original signature on file at the offices of*
*Harris, Karstaedt, Jamison & Powers, P.C.*

*s/* C. Kentner