| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | SERVED ONLY: July 9, 2021 8:37 PM<br>FILING ID: 342ACCB645016<br>CASE NUMBER: 2020CV34319 |
| Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., Et al. | ▲COURT USE ONLY▲<br><br>Case # 20-CV-34319<br><br>Div.  409 |
| **Attorney for Defendants Joseph Oltmann, FEC United, and Shuffling Madness Media, Inc. d/b/a Conservative Daily**<br>   Andrea M. Hall<br>   THE HALL LAW OFFICE, LLC<br>   P.O. Box 2251<br>   Loveland, CO 80539<br>   (970) 419-8234<br>   andrea@thehalllawoffice.com<br>   Atty. Reg. #:  036410 | |
| **DEFENDANTS JOSEPH OLTMANN/FEC UNITED, INC./SHUFFLING MADNESS MEDIA, INC. dba CONSERVATIVE DAILY'S RESPONSES TO PLAINTIFF'S LIMITED DISCOVERY REQUESTS FOR PRODUCTION** | |

Defendants, Joseph Oltmann, FEC United, Inc., and Shuffling Madness Media, Inc., by and through their attorney, The Hall Law Office, LLC, hereby submit the following responsive documents in answer to the Plaintiff's requests.

1. All communications (including email and text messages) about Dr. Coomer and/or Dominion Voting Systems between you and:

a. Any other Defendant

All relevant documents other than those privilege are provided.   A privilege log is provided for the protected documents.  Documents bates 204-206 are provided herewith.

b. Ron Watkins (including any aliases)

There are no relevant documents

    c. Matthew DePerno

    There are no relevant documents.

d. Patrick Byrne

    There are no relevant documents.

e. Russell Ramsland

    There are no relevant documents.

f. Garrett Ziegler

    There are no relevant documents.

g. The person that assisted you in gaining access to the "Antifa call" as described by you on the David K. Clements "The Professor's Record" podcast dated April 20, 2021[2]

    Pursuant to the court's ruling on July 7, 2021, a protective order must be entered prior to production of any responsive documents. Defendants understand this request, as modified by the July 7, 2021 ruling, to include evidence of the identity of participants on the conference call.

The foregoing request is limited in time from January 2020 to the present with an obligation to update should additional materials be discovered.

    Defendants also understand this request for production to be limited by the Court's June 8, 2021 Order regarding Dominion/Dominion Voting Systems. "Discovery regarding communications regarding Dominion Voting Systems, Inc. shall not be permitted, unless the name "Dominion" is being used as a substitute for Dr. Coomer, for example, "the guy at Dominion" or "Dominion is going to fix this election" or "Dominon-izing the Vote" or "#ExposeDominion" or "someone inside Dominion" or "head of security at Dominion."

2. All broadcasts and publications of Joseph Oltmann, FEC United, and/or Shuffling Madness Media, Inc. dba Conservative Daily containing any statements regarding Dr. Coomer.

    Pursuant to the Court's ruling on July 2, 2021, all responsive documents which are not publicly-available are produced. There are no relevant documents under these Defendants' custody or control.

3. All evidence of any retractions you have made with respect to statements regarding Dr. Coomer.

    There are no responsive documents.

4. All documents reflecting any investigation you made regarding the allegations about Dr. Coomer made by Joseph Oltmann.

Bates Numbers 001-203 are produced herewith.

Respectfully submitted this 9th day of July, 2021

By: /s/ Andrea M. Hall
Attorney for Defendants Oltmann/FEC
United/Shuffling Madness Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2021, I electronically filed foregoing discovery with the Clerk of the Court using the ICCES electronic filing system, as a "serve-only" document, and provided for service of an electronic copy of this filing to all counsel of record.

*/s/ Andrea. M. Hall*

3