IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 21-cv-03440-WJM-KAS | Date: April 8, 2024 |
| Courtroom Deputy: Laura Galera | FTR C204 |

| *Parties:* | *Counsel:* |
|---|---|
| ERIC COOMER, | Bradley Kloewer |
| Plaintiff, | |
| v. | |
| MAKE YOUR LIFE EPIC LLC, ET AL., | Melissa Wiese |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   1:32 p.m.**

Appearances of counsel.

Attorney Mark Sares present for non-party Mr. Oltmann.

Argument by Mr. Kloewer, Mr. Sares and Ms. Wiese as to Objection to Subpoena and Motion for Protective Order [#114].

For the reasons as stated on the record it is:

**ORDERED:**  Objection as to Subpoena and Motion for Protective Order as to Request #1 is DENIED. Mr. Oltmann is ordered to provide communications between himself and the individual identified as "RD" from December 1, 2022 to the present. These communications include but are not limited to all emails, text messages and voice messages.

**ORDERED:**  Objection as to Subpoena and Motion for Protective Order as to Request #2 is DENIED. Mr. Oltmann is ordered to provide all communications between June 1, 2020, to the present between himself and the individual(s) who provided him with access to Dr. Coomer's private Facebook account.

        The identities shall be designated as highly confidential, attorneys' eyes only.

**ORDERED:** Objection as to Subpoena and Motion for Protective Order as to Request #3 is DENIED. Mr. Oltmann is ordered to produce all contemporaneous evidence he collected at the time of the alleged "Antifa call" including, but not limited to, any audio recording of the call, any video recording of the call, any list of participants on the call, and any notes taken during or immediately after the call.

**ORDERED:** Objection as to Subpoena and Motion for Protective order as to Request #4, #5 and #6 is MOOT as Mr. Oltmann does not object to these requests.

**ORDERED:** Objection to Subpoena and Motion for Protective Order as to Request #7 is DENIED. Mr. Oltmann is ordered to produce the "Antifa call notes" which Mr. Oltmann prepared and from which he read on the November 9, 2020 CONSERVATIVE DAILY podcast, and which he sent to attorney Randy Corporon. If the notes sent to Attorney Corporon contain any added communications which are legitimately subject to the attorney-client privilege, Mr. Oltmann may redact those communications and accompany the redactions with a privilege log that comports with Fed. R. Civ. P. 26(b)(5)(A).

Counsel shall email chambers once they have agreed on a date for Mr. Oltmann's deposition so that arrangements can be made to hold the deposition in Magistrate Judge Starnella's jury room.

The Court will issue a Minute Order regarding the parameters of Mr. Oltmann's deposition. Plaintiff shall serve Mr. Sares with a copy of the Minute Order and file a certification once completed.

**Court in recess:**     **3:17 p.m.**

Hearing concluded.
Total time in court:  1:45


*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.