**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KAM

ERIC COOMER, Ph.D.,
　　　Plaintiff,

v.

MAKE YOUR LIFE EPIC, LLC, d/b/a THRIVETIME SHOW,
REOPEN AMERICA, LLC d/b/a REAWAKEN AMERICA TOUR, AND
CLAYTON THOMAS CLARK, individually,

　　　Defendants.

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Eric Coomer, Ph.D., by and through counsel, Cain & Skarnulis, PLLC, and Defendants Make Your Life Epic, LLC, d/b/a Thrivetime Show, Reopen America, LLC d/b/a Reawaken America Tour, and Clayton Thomas Clark, by and through counsel, Gordon & Rees, LLP, jointly move the Court to enter a stipulated Protective Order concerning the discovery and use of confidential information in this action consistent with Fed. R. Civ. P. 26(c):

　　　1.　　The Parties agree that a protective order is necessary to protect certain confidential and personal information in discovery and disclosures in this case.

　　　2.　　The Parties submit the attached proposed stipulated Protective Order regarding confidential information ("Proposed Order").

　　　3.　　Good cause exists for the issuance of the Proposed Order, for the reasons stated therein and the reasons stated above.

WHEREFORE, Plaintiff Eric Coomer, Ph.D., and Defendants Make Your Life Epic, LLC, d/b/a Thrivetime Show, Reopen America, LLC d/b/a Reawaken America Tour, and Clayton Thomas Clark respectfully request the Court make the attached Protective Order an Order of the Court in the above-captioned matter.

Dated this 29th day of April, 2024.

| | |
|---|---|
| **CAIN & SKARNULIS, PLLC** | **GORDON REES SCULLY MANSUKANI, LLP** |
| */s/ Charles J. Cain* | */s/ Thomas B. Quinn* |
| Charles J. Cain | Thomas B. Quinn |
| Bradley A. Kloewer | Melissa A. Wiese |
| P. O. Box 1064 | 555 Seventeenth Street, Ste. 3400 |
| Salida, Colorado 81202 | Denver, Colorado 80202 |
| 303 Colorado Street, Suite 2850 | (303) 534-5160 |
| Austin, Texas 78701 | tquinn@grsm.com |
| 719-530-3011 | mwiese@grsm.com |
| ccain@cstrial.com | |
| bkloewer@cstrial.com | ATTORNEYS FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFF | |