IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show,
CLAYTON THOMAS CLARK, individually, and
REOPEN AMERICA LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Third Unopposed Motion to Modify Scheduling Order** [#137] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#137] is **GRANTED**. The affirmative expert witness disclosures deadline is extended to **May 31, 2024**. The rebuttal expert disclosures deadline is extended to **July 12, 2024**. The discovery cut-off is extended to **August 12, 2024**. The dispositive motions deadline is extended to **September 12, 2024**.

    Dated: May 22, 2024