# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**EXHIBIT 1**

---

8:58

◀ Camera

+1 (720) 574-4989

Text Message
Today 8:57 PM

Hello Eric Coomer,

My name is Joseph Camp. I'm sure you know who I am since your legal team decided it would be fun to drag me into your SLAPP
litigation and I decided that I would fight back and expose you for the bitch that you are.
As you probably know I shared your police reports, the body cam footage, images, an run the website that documents your SLAPP litigation, without redaction -meaning your home address, phone number, etc.

Text Message

9:05

◀ Search

+1 (720) 574-4989

Next time maybe keep my fucking name out of your Antifa fuck head lips. I didn't know who you were until you fucked around and started using my name in court documents and shit. I don't really care because you're a bitch ass Antifa so no worries to me or my audience.
I double dog dare you to sue me punk. This number is a burner not connected to me or anything at all (no name, no email, nothing), so I'll just deny writing these texts.
I also have your private emails, and a FTP that you used to use which I have not published yet. My name should have never came out of your mouth.
When this is over you are going to be paying everything you have to defendants in anti-SLAPP sanctions.
Remember punk, you mentioned me, not the other way around.
P.s. how did that Pedophile Tay Anderson Affidavit work out for

  

Text Message

      

**+1 (720) 574-4989**

punk. This number is a burner. not connected to me or anything at all (no name, no email, nothing), so I'll just deny writing these texts.
I also have your private emails, and a FTP that you used to use which I have not published yet.
My name should have never came out of your mouth.
When this is over you are going to be paying everything you have to defendants in anti-SLAPP sanctions.
Remember punk, you mentioned me, not the other way around.
P.s. how did that Pedophile Tay Anderson Affidavit work out for you? You know I have the Zoom recorded don't you?

Hello Joey. Thank you for reaching out. My attorneys would be happy to speak with you, especially regarding any taped conversation(s) you have of purported "Antifa" calls. You can reach my lead attorney, Charlie Cain, ▮