**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**EXHIBIT 2**

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 1:22-CV-01129-NYW-SKC

ERIC COOMER, PH.D.,

Plaintiff

V.

MICHAEL J. LINDELL, FRANKSPEECH LLC,

AND MY PILLOW, INC.,

Defendants

**CERTIFIED TRANSCRIPT**

DEPONENT:   JOSEPH OLTMANN

DATE:       DECEMBER 16, 2022

REPORTER:   DARIANA CABRERA ALVAREZ



AdvancedONE LEGAL   (866) 715-7770   advancedONE.com

```
                                                         Page 2
 1                      APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF, ERIC COOMER, PH.D.:
 4   Brad Kloewr, Esquire
 5   Charlie Cain, Esquire
 6   Cain and Skarnulis, PPLC
 7   P.O. Box 1064
 8   Salida, Colorado 81201
 9   Telephone No.: (719) 530-3011
10   E-mail: bkloewer@cstrial.com
11   ccain@cstrial.com
12
13   ON BEHALF OF THE DEFENDANTS, MICHAEL J. LINDELL,
14   FRANKSPEECH LLC, AND MY
15   PILLOW, INC.:
16   Ryan P. Malone, Esquire
17   Parker, Daniels, Kibort, LLC
18   123 North Third Street
19   888 Colwell Building
20   Minneapolis, Minnesota 55401
21   Telephone No.: (612) 355-4100
22   E-mail: malone@parkerdk.com
23
24   AND
25
```

```
                                                         Page 3
 1                 APPEARANCES (CONTINUED)
 2
 3   Ingrid DeFranco, Esquire
 4   Law Office of Ingrid J. DeFranco
 5   P.O. Box 128
 6   Brighton, Colorado 80601
 7   Telephone No.: (303) 443-1749
 8   E-mail: ingrid.defranco@gmail.com
 9   ALSO PRESENT:
10   Nicholas Teti III - Advanced Legal Videographer
```

```
                                                         Page 4
 1                        INDEX
 2                                                  Page
 3   PROCEEDINGS                                       7
 4   DIRECT EXAMINATION BY MR. KLOEWR                  8
 5
 6                      EXHIBITS
 7   Exhibit                                         Page
 8                                                    14
 9                                                    17
10
11                                                    18
12                                                    21
13                                                    25
14                                                    25
15
16                                                    28
17                                                    34
18
19                                                    37
20
21                                                    42
22                                                    65
23                                                   151
24                                                   172
25                                                   189
```

```
                                                         Page 5
 1                 EXHIBITS (CONTINUED)
 2   Exhibit                                         Page
 3                                                   200
 4                                                   202
 5                                                   212
 6                                                   213
 7                                                   276
 8
 9                                                   286
10                                                   314
11                                                   322
12
13                                                   350
14                                                   357
```



```
                                                   Page 6                                                  Page 8
 1              STIPULATION                                 1           COURT REPORTER:  Thank you.
 2                                                          2                DIRECT EXAMINATION
 3   The VIDEO deposition of JOSEPH OLTMANN was taken at    3   BY MR. KLOEWR:
 4   UNITED STATES COURTHOUSE, 901 NINETEENTH STREET, ROOM  4
 5   A502, DENVER, COLORADO 80294 on FRIDAY the 16TH day of 5
 6   DECEMBER 2022 at approximately 9:00 a.m.; said         6
 7   deposition was taken pursuant to the FEDERAL Rules of  7
 8   Civil Procedure.                                       8
 9                                                          9
10   It is agreed that DARIANA CABRERA ALVAREZ, being a    10
11   Notary Public and Court Reporter for the State of    11
12   COLORADO, may swear the witness and that the reading and 12
13   signing of the completed transcript by the witness is 13
14   not waived.                                          14
15                                                        15
16                                                        16
17                                                        17
18                                                        18
19                                                        19
20                                                        20
21                                                        21
22                                                        22
23                                                        23
24                                                        24
25                                                        25

                                                   Page 7                                                  Page 9
 1              PROCEEDINGS                                 1
 2                                                          2
 3       VIDEOGRAPHER:  We're here, the date is             3
 4   12-16-2022 for the deposition of Joseph Oltmann.       4
 5   Case is 1:22-CV-01129-WJM.  We're -- the location is   5
 6   901 Nineteenth Street, Denver, Colorado.  Let's see    6
 7   here.  Okay, so -- and -- my name is Nicholas,         7
 8   T-E-T-I III.  9534 Castle Ridge Circle, Highlands      8
 9   Ranch, 80129.  If everybody can introduce themselves   9
10   and then we can proceed.                              10
11       MR. KLOEWR:  All right.  Good morning, this is    11
12   Brad Kloewr here on behalf of the Plaintiff,          12
13   Dr. Eric Coomer.  I'm joined by Charlie Cain.         13
14       MR. MALONE:  This is Ryan Malone on behalf of     14
15   Defendants, MyPillow, Frank Speech, Michael Lindell.  15
16       MS. DEFRANCO:  Ingrid DeFranco on behalf of       16
17   Joseph Oltmann, who appears to my right.              17
18       MR. KLOEWR:  You want to swear in the witness?    18
19       VIDEOGRAPHER:  We are going to swear in the       19
20   witness.                                              20
21       COURT REPORTER:  Raise your right hand.  Do you   21
22   solemnly swear or affirm the testimony you're about   22
23   to give will be the truth, the whole truth, and       23
24   nothing but the truth?                                24
25       THE WITNESS:  I do.                               25
```





Page 314
1  immediately afterwards.  You recall that?
2      A   No, that's not true.  That's not true.  That's
3  a lie.  That's not true.  That's a lie.  That's a lie.
4      Q   We can take a break and pull the transcripts
5  for that, and I can pull up that gab post for you.  What
6  I want to show you right now is what we've -- we'll mark
7  as, if I can find the Exhibit title, 56.  Now, you're
8  aware that Mr. Camp is the individual who posted the
9  videos of Dr. Coomer that you've referenced several
10 times today involving the traffic accident, correct?  He
11 has a big Joey Camp logo on the videos that you've
12 showed on Conservative Daily.  You're aware of that?
13             (EXHIBIT 56 MARKED FOR IDENTIFICATION)
14     A   All right.  Say that again?
15     Q   You're aware that Mr. Camp is the individual
16 who has gotten the police body cam footage of Dr.
17 Coomer, that he has posted to the internet, correct?
18     A   These are terrible.
19     Q   Is that a yes or no, Mr. Oltmann, you're aware
20 that Mr. Camp --
21     A   I'm reading this.  This is an Exhibit, right?
22     Q   Yes.
23     A   Okay.  So let me read this real quick.  So is
24 this Joey Camp?
25     Q   Yeah.  Claims to be.  And he describes many

Page 315
1  actions that Mr. Camp had taken, and the phone number
2  indicated here is a number that Mr. Camp had used to
3  contact various other individuals across the country at
4  the same time, including where he provided photos of
5  himself in text messages, other individuals.  I want to
6  direct your attention to the very end of this text
7  message where Mr. Camp states to Dr. Coomer, "You know I
8  have the Zoom recorded, don't you?"  You see that part?
9      A   Oh, wow.  So does he have the Zoom recorded?
10     Q   Well, that's my question to you, Mr. Oltmann,
11 have you asked him?
12     A   No, I've never seen this before.  I've never
13 seen this before.
14     Q   No, you wouldn't have --
15     A   Where would I've ever --
16     Q   -- this was a text message that was sent to
17 Mr. Coomer.
18     A   So how would I know that?  I didn't, I've
19 never seen this before in my life.
20     Q   Well, he's been a guest on your show.  He has
21 a fundraising page where he prominently features his
22 involvement with Dr. Coomer.
23     A   I've had hundreds of people on my Facebook, on
24 my show.
25     Q   Well, you had him on your show to discuss the

Page 316
1  Eric Coomer footage, correct?
2      A   I did.
3      Q   And he didn't tell you at the time that he had
4  a recording of the Zoom call?
5      A   No.
6      Q   Do you know how Mr. Camp would have a
7  recording of the Zoom call?
8      A   No idea.
9      Q   You told me he was not your conduit to that
10 call, correct?
11     A   He was not my conduit for that call.
12     Q   Okay.  You said --
13     A   And I had never had a conversation with this
14 guy prior to coming out with this ever.  I'm just
15 surprised that --
16     Q   Mr. Oltmann, real quick, I'm going to show you
17 what was previously, and -- and, Ryan, I apologize, we
18 don't have a hard copy of this.  I hadn't anticipated
19 needing to refresh Mr. Oltmann on this.  This is what
20 was admitted as Exhibit PX 131 during your deposition on
21 September 8, 2021.  This is a -- a gab post from Joey
22 Camp.  I'll read it for you and then I'll show it to
23 you.
24     A   Okay.
25     Q   Because I want to get this on the record, and

Page 317
1  I'd like you to focus on listening while I read through
2  this.  Here's Mr. Camp speaking.  "When my team preserved
3  material from Eric Coomer, we did so because of his
4  connection to Antifa, not because of his connection to
5  Dominion, which we didn't even know existed before.  The
6  Antifa Manifesto published here by Eric Coomer's address
7  as a would be press release that's acting as a public
8  relations officer for Antifa.  There is no other example
9  of this manifesto anywhere on the internet."  I believe
10 you've described it as a repost.  You know that's not
11 accurate.  "While the election is certainly an issue, I
12 was/am determined to document and tell the truth about
13 Antifa and their actions.  Eric Coomer is a member of
14 Antifa.  During the phone call with an Eric Coomer on
15 the line with other members of Antifa nationwide, one of
16 the Antifa members spoke about finding and killing me.
17 That was the end of last year.  April 2021, Karma 161,
18 and this apparent threat occurred by whatever name his
19 account number was at the time, posted a bounty for my
20 life.  The FBI called me to warn me.  Local police in
21 Denver spoke to me about a vacation."  So here we have
22 Mr. Camp in two instances saying, number one, when my
23 team preserved material from Eric Coomer, is he the one
24 that gave you the Facebook posts?
25     A   No.

```
                                                    Page 318
 1     Q   Do you know what he's referring to when he
 2  says, "When my team preserved information?"
 3     A   Nope.
 4     Q   Okay.  And here he's describing the contents
 5  of the call.  He says, "During the phone call with Eric
 6  Coomer on the line, with other members of Antifa, one of
 7  the members spoke about finding and killing me.  You
 8  haven't discussed that with him?
 9     A   I did not.
10     Q   Does it surprise you that you've been in
11  contact with Mr. Camp and he's providing you
12  information, he's been a guest on your show, and he has
13  been claiming to have been the one to discover Eric
14  Coomer and to have preserved information --
15     A   Where did he say that in there, that he
16  discovered Eric Coomer?
17     Q   When my team preserved material from Eric
18  Coomer, we did so because of his connection to Antifa,
19  not because of his connection to Dominion.  Meaning his
20  investigation would've proceeded yours, because you knew
21  he was Dominion from the start, by your allegations,
22  correct?
23     A   So then, yeah, but that doesn't say that he's
24  -- he wasn't involved in any of this.
25     Q   Well --
```

```
                                                    Page 319
 1     A   He's not the one that gave me access to the
 2  Facebook post.  He's not the one that gave me -- none of
 3  that -- none of that is true.
```





Page 366
```
 1  
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      VIDEOGRAPHER:  For the record I have 5:00.
25   Sorry.
```

Page 367
```
 1      MR. KLOEWR:  All right.  Well, we'll call in at
 2  that then.
 3      VIDEOGRAPHER:  Okay.  The time is 5:01 p.m.
 4  Let's see, the 17th.  Let me --
 5      THE WITNESS:  I have some stuff that I have to
 6  provide?
 7      VIDEOGRAPHER:  Yeah, so doesn't include what we
 8  asked for today.
 9      MR. MALONE:  For today.
10      VIDEOGRAPHER:  For today of 12-16 -- at -- at
11  12-16-2022.  This is the conclusion of this
12  particular deposition on this day, case
13  1:22-CV-0129-WJF.
14      COURT REPORTER:  Okay.  And then before I go
15  off the record, Mr. Kloewr, how did you want a copy
16  of the transcript?
17      MR. KLOEWR:  Our usual arrangement if you've
18  got that on file.  Otherwise, I want it expedited
19  e-transcript.
20      MR. MALONE:  Yeah.
21      MR. KLOEWR:  Yeah.
22      COURT REPORTER:  Okay.  And then did you want a
23  copy of the video?
24      MR. KLOEWR:  Yes.
25      MR. MALONE:  We'll take electronic condensed
```

Page 368
```
 1  with video, as well.
 2      COURT REPORTER:  Okay.  And then Ms. DeFranco?
 3      MS. DEFRANCO:  He's reading, please.  Reading
 4  and signing.
 5         (DEPOSITION CONCLUDED AT 5:02 P.M.)
```

Page 369
```
 1                CERTIFICATE OF REPORTER
 2                   STATE OF COLORADO
 3
 4  I do hereby certify that the witness in the foregoing
 5  transcript was taken on the date, and at the time and
 6  place set out on the Stipulation page hereof by me
 7  after first being duly sworn to testify the truth, the
 8  whole truth, and nothing but the truth; and that the
 9  said matter was recorded digitally by me and then
10  reduced to typewritten form under my direction, and
11  constitutes a true record of the transcript as taken,
12  all to the best of my skills and ability.  I certify
13  that I am not a relative or employee of either counsel,
14  and that I am in no way interested financially,
15  directly or indirectly, in this action.
16
17
18
19
20
21
22  DARIANA CABRERA ALVAREZ,
23  COURT REPORTER / NOTARY
24  COMMISSION EXPIRES ON: 10/22/2025
25  SUBMITTED ON:  12/29/2022
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Pages 370..371
JOSEPH OLTMANN, 12/16/2022

```
                                    Page 370
 1              Errata Sheet
 2  NAME OF CASE:      COOMER, PH.D. vs MICHAEL J. LINDELL, et al
 3  DATE OF DEPOSITION: 12/16/2022
 4  NAME OF WITNESS:    JOSEPH OLTMANN
 5  Reason Codes:  1. To clarify the record.
 6                 2. To conform to the facts.
 7                 3. To correct transcription errors.
 8  Page _____ Line _____ Reason _____
 9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24                         _____
25                         JOSEPH OLTMANN
```

```
                                    Page 371
 1              WITNESS CERTIFICATION
 2
 3       I hereby certify that I have read the
 4  foregoing transcript of my deposition testimony,
 5  and that my answers to the questions propounded,
 6  with the attached corrections or changes, if
 7  any, are true and correct.
 8
 9
10
11
12
13  _____      _____
    DATE              JOSEPH OLTMANN
14
15
16
17                    _____
                      PRINT NAME
18
19
20  JOB 438887
21  COOMER, PH.D. vs MICHAEL J. LINDELL, et al
22
23
24
25
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                                   Page 369
JOSEPH OLTMANN, 12/16/2022

```
 1                    CERTIFICATE OF REPORTER
 2                       STATE OF COLORADO
 3
 4    I do hereby certify that the witness in the foregoing
 5    transcript was taken on the date, and at the time and
 6    place set out on the Stipulation page hereof by me
 7    after first being duly sworn to testify the truth, the
 8    whole truth, and nothing but the truth; and that the
 9    said matter was recorded digitally by me and then
10    reduced to typewritten form under my direction, and
11    constitutes a true record of the transcript as taken,
12    all to the best of my skills and ability. I certify
13    that I am not a relative or employee of either counsel,
14    and that I am in no way interested financially,
15    directly or indirectly, in this action.
16
17
18
19
20
21
22    DARIANA CABRERA ALVAREZ,
23    COURT REPORTER / NOTARY
24    COMMISSION EXPIRES ON: 10/22/2025
25    SUBMITTED ON:  12/29/2022
```



February 3, 2023

**Via Electronic Mail**
Brad Kloewr
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701

RE: 1:22-cv-01129-WJM (CO)

Deposition of: **Joseph Oltmann**
Taken:  December 16, 2022
Case: Eric Coomer, Ph. D vs. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc
Signature:  Reserved

YOU ARE HEREBY NOTIFIED that the following items listed below have been served upon you for filing, as you deem necessary:

    Exhibits (Copy/Original)

    Deponent Errata and/or Signature Page (Copy/Original)

    Reporter Certification

 **X**  Correspondence Letters

 **X**  Other:  As of today's date our office has not received the witnesses errata or signature page.

Feel free to contact our office should you have any questions.

                Respectfully,

                Production Group
                AdvancedONE Legal

AO/pg
enclosure
cc: via electronic mail
    all counsel in appearance



December 30, 2022

**Via Electronic**
Ingrid DeFranco
Law Office of Ingrid J DeFranco
P.O. Box 128
Brighton, CO 80601

Re:    Deposition of Joseph Oltmann
       Deposition Date: December 16, 2022
       Eric Coomer, Ph. D vs. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc
       Cause No.: 1:22-cv-01129-WJM (CO)


Dear Ingrid DeFranco:

Please have your client read and sign the attached Oral Deposition, making any necessary changes on the errata sheet that is provided. Please see below for the amount of time that has been given for witness review and signature:

_____ 20 Days on or before _____

_____ 28 Days on or before _____

_X__  30 Days on or before  January 29, 2023

_____ 60 days on or before _____

_____ Other _____


Errata and Signature page should be returned to the address below:

   **Attn: Production**
   **productioncentral@advancedone.com**
   **2777 N. Stemmons Freeway**
   **Suite 1025**
   **Dallas, Texas 75207**



AO/pg
enclosure
cc: via electronic mail
    all counsel in appearance