# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **Eric Coomer, Ph.D.**<br><br>*Plaintiff*<br><br>v.<br><br>**Make Your Life Epic LLC dba Thrivetime Show, Reopen America LLC dba Rewaken America Tour, and Clayton Thomas Clark**<br><br>*Defendant* | Civil Action No. 1:21-cv-3440-WJM-KLM |

## AFFIDAVIT OF SERVICE

I, Tricia Otto, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Mary-Katherine Brooks Fleming in Denver County, CO on June 20, 2024 at 12:56 pm at 865 South Sherman Street, Denver, CO 80209 by personal service by handing the following documents to an individual identified as Mary-Katherine Brooks Fleming.

Subpoena
Notice of Deposition
and Witness Fee Check in the amount of $44.74

White Female, est. age 35-44, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.70088685,-104.9851389833
Photograph: See Exhibit 1


Total Cost: $199.21

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Denver County    ,    CO    on    6/20/2024    .

/s/ *Tricia Otto*

Signature
Tricia Otto
+1 (303) 325-6734

