# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3440-WJM-KAS

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

## PLAINTIFF'S UPDATE REGARDING NOTICE OF RELATED CASES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Update Regarding Related Cases.[1]

| RELATED CASE NUMBER ONE | |
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Appellate Case Number | 2022ca00843 |
| Supreme Court Case Number | 2024sc317 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |

---

[1] *See* Dkts. 2, 26, and 81.

1

| RELATED CASE NUMBER ONE ||
|---|---|
| Status of Related Case | <ul><li>Prior Defendants including Newsmax Media, Inc.; Herring Networks, Inc. and Chanel Rion; Sidney Powell and Sidney Powell, P.C., along with Defending the Republic have settled their claims with Eric Coomer, Ph.D.</li><li>Defendant Rudolph Giuliani filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruprtcy Court for the Southern District of New York bearing Case No. 23-12055-SHL</li><li>Defendant TGP Communications LLC[2] filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida bearing Case No. 24-13938-MAM</li><li>All Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 05-13-22</li><li>Remaining Defendants appealed 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101</li><li>Oral argument heard Colorado Court of Appeals on 01-30-24</li><li>Colorado Court of Appeals' Opinion issued 04-11-24, affirming in part & denying in part the trial court's 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101</li><li>06-24-24 Remaining parties filed Petitions for Writ of Certiorari filed in the Colorado Supreme Court</li></ul> |
| Attorneys Representing Parties in Related Case | **Counsel for Donald J. Trump for President, Inc.**<br>　　John Zakhem, #30089<br>　　jzakhem@ckbrlaw.com<br>　　Andrew Nickel, #45235<br>　　anickel@ckbrlaw.com<br>　　Campbell Killin Brittan & Ray, LLC<br>　　270 Saint Paul Street, Suite 200<br>　　Denver, CO 80206<br>　　303-322-3400 |

---

[2] Despite having filed for protection under the United States Bankruptcy Code, TGP Communications LLC continues to appear and file pleadings in the currently pending lawsuits involving it.

| | |
|---|---|
| **RELATED CASE NUMBER ONE** ||
| | **Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Gordon A. Queenan, No. 49700<br>gqueenan@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539 |
| | **Counsel for Eric Metaxas**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Margaret Boehmer, #45169<br>mboehmer@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |
| | **Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>Mark A. Sares, #19070<br>msares@hkjp.com<br>Jamey W. Jamison, #10953<br>Dino G. Moncecchi, #45429<br>Harris, Karstaedt, Jamison & Powers, P.C.<br>10333 E. Dry Creek Road, Suite 300<br>Englewood, CO 80111<br>720-875-9140 |

3

| **RELATED CASE NUMBER TWO** ||
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Appellate Case Number | 2023ca01235 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 08-15-22 Order denying Defendant Salem Media of Colorado, Inc. Rule 12(b)(5) Motion to Dismiss, as well as Defendant Corporon joinder therein<br>08-15-22 Order denying Defendant Salem Media of Colorado, Inc. Rule 12(e) Motion for More Definite Statement, as well as Defendant Corporon joinder therein<br>06-09-23 Order denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-20-23 Notice of Appeal of 06-09-23 Order denying Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-24-23 Notice of Appeal of 06-09-23 Order denying Corporon's joinder in Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>08-06-24 Fully briefed and oral argument set in Colorado Court of Appeals |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>    John Zakhem, #30089<br>    jzakhem@ckbrlaw.com<br>    Andrew Nickel, #45235<br>    anickel@ckbrlaw.com<br>    Campbell Killin Brittan & Ray, LLC<br>    270 Saint Paul Street, Suite 200<br>    Denver, CO 80206<br>    303-322-3400 |

| | RELATED CASE NUMBER TWO |
|---|---|
| | **Counsel for Salem Media of Colorado, Inc.**<br>John R. Mann, #16088<br>jmann@grsm.com<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Melissa A. Wiese, #27537<br>mwiese@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |

| **RELATED CASE NUMBER THREE** | |
|---|---|
| Cause Number | 1:22-cv-01129-NYW-SKC (formerly 2022CV30920) |
| Style of Case | Eric Coomer, Ph.D. vs. Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. |
| Jurisdiction | United States District Court for the District of Colorado (formerly Denver County District Court, Division 414) |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 06-17-22   Amended Complaint filed<br>07-21-22   Corrected Rule 12(b)(6) Motion to Dismiss Amended Complaint<br>03-15-23   Order denying Defendants' Corrected Rule 12(b)(6) Motion to Dismiss<br>09-07-23   Motion to Compel and for Sanctions pending relating to continuation of party defendant deposition<br>09-08-23   Defendants' Motion for Summary Judgment filed<br>09-11-23   Order entered vacating all prior deadlines pending ruling on Motion to Compel and for Sanctions<br>11-30-23   Order granting withdrawal of counsel for Defendants<br>12-01-23   Entry of Appearance of new counsel for Defendants<br>12-11-23   Coomer Response to Defendants' Motion for Summary Judgment filed<br><br>Awaiting ruling on Defendants' Motion for Summary Judgment |

| | RELATED CASE NUMBER THREE |
|---|---|
| Attorneys Representing Parties in Related Case | **Counsel for Defendants Lindell and Frankspeech LLC**<br>Christopher Kachouroff<br>chris@mck-lawyers.com<br>Robert J. Cynkar<br>rcynkar@mck-lawyers.com<br>McSweeney, Cynkar & Kachouroff, PLLC<br>13649 Office Place, Suite 22192<br>Woodbridge, VA 22192<br>703-365-9900<br><br>**Counsel for Defendant My Pillow, Inc.**<br>Douglas G. Wardlow<br>doug@mypillow.com<br>1550 Audubon Road<br>Chaska, MN 55318<br>952-826-8658 |

| **RELATED CASE NUMBER FOUR** | |
|---|---|
| Cause Number | 1:22-cv-01575-RM-SKC |
| Style of Case | Eric Coomer, Ph.D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc., a Florida non-profit corporation |
| Jurisdiction | United States District Court for the District of Colorado |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 06-24-22   Plaintiff's Complaint<br>06-2023   All Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2), 2(b)(3), and 12(b)(6)<br>06-2023   Coomer's Response thereto<br>06-2023   Defendants' Replies<br>01-08-2024   ORDER denying Defendants' Motions and transferring action to the United States District Court for the Middle District of Florida<br>03-2024   All Defendants Motions to Dismiss Pursuant to FRCP 12 and Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>04-02-2024   Coomer omnibus response to Defendants' FRCP 12 Motions to Dismiss<br>08-01-2025   JURY TRIAL |
| Attorneys Representing Parties in Related Case | **Counsel for Patrick Byrne**<br>    Robert N. Driscoll<br>    rdriscoll@mcglinchey.com<br>    Alfred D. Carry<br>    acarry@mcglinchey.com<br>    McGlinchey Stafford PLLC<br>    1275 Pennsylvania Avenue NW, Suite 420<br>    Washington, DC 20004<br>    202-802-9999 |
| | **Counsel for Steven Lucescu**<br>    Laurin H. Mills<br>    laurin@samek-law.com<br>    Samek \| Wether \| Mills LLC<br>    2000 Duke Street, Suite 300<br>    Alexandria, VA 22314<br>    703-547-4693 |

| RELATED CASE NUMBER FOUR ||
|---|---|
| | **Counsel for The America Project**<br>Christopher W. Dempsey<br>Dempsey Law, PLLC<br>chris@cdempseylaw.com<br>50 N Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>904-760-6272 |

Respectfully submitted this 26th day of June 2024.

　　　　　　　　　*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**