**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,
*Plaintiff*

v.

MAKE YOUR LIFE EPIC, LLC, *et al.*,
*Defendants*

---

**OBJECTIONS TO RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE FOR A FINDING O CIVIL CONTEMPT AGAINST THIRD PARTY WITNESS JOSEPH OLTMANN**

---

Non-party Joseph Oltmann hereby files his objections to the Recommendations of United States Magistrate Judge for a Finding o Civil Contempt Against Third Party Witness Joseph Oltmann ["Recommendations"], filed on June 14, 2024, pursuant to Fed. R. Civ. P. 72, as follows:

Magistrate Judge Starnella promptly conducted a hearing regarding Mr. Oltmann's departure from the courthouse and failure to complete his deposition, after refusing to answer under oath a question he was ordered by the magistrate to answer following the hearing of April 6, 2024. However, with respect to the "factual findings" of the Magistrate's Recommendations, third party witness Oltmann serves and files the following objections:

1. Mr. Oltmann did not fail to bring with him the ...documents, as required by the Subpoena *duces tecum* and the court's April 8, 2024 ruling. *See* Recommendations, p.6, ¶5. a-c. & fn. 2 and 3 (Oltmann was not required by Coomer's attorney, to re-provide the Antifa contemporaneous notes at the deposition). The documents in Mr. Oltmann's possession and

responsive to Plaintiff's Subpoena *duces tecum* were provided to Coomer's counsel on April 26, 2024 prior to the June 6, 2024, deposition.  See **Exhibit B,** attached.

2. Counsel for Coomer was advised early, February 14, 2024, that after review of the materials sought by the Subpoena *duces tecum* "I reviewed [his] subpoena, and it is not clear what [he] think[s] [he] ha[s] not already obtained in the Coomer v. Trump case other than the specific requests nos. 4, 5, 6 for production of communications with [defendants] Clark, Make Your Life Epic and ReOpen /ReAwaken. In particular, [his] first three requests for production appear to be already disclosed in *Coomer v. Trump*."  See **Exhibit C,** attached.  The Magistrate is correct in the stated expectation that the issue/any dispute about whether there are other documents or notes responsive to subpoena requests 1, 2, 3 and 7 would be resolved during Mr. Oltmann's deposition.  Mr. Oltmann has previously confirmed to Coomer's counsel, under oath, in two prior depositions, that there were no other contemporaneous notes from the Antifa call and that he does not possess notes/communications with the person who gave him access to the Facebook account or the Antifa call.

3. Regarding the "Factual Finding" of the Magistrate at page 8, ¶16, a correction is needed.  The correction is to advise that after returning from meeting with the Magistrate in chambers, there was no subsequent 20 minute conferral period between undersigned counsel and Mr. Oltmann.  There was solely my effort to locate Mr. Oltmann, including leaving the jury room area, exiting to the building hallway, the elevators, the main floor and the immediate exterior of the building doors, at which time a phone call determined that Mr. Oltmann had left the premises.

4. Oltmann objects to the characterization in the Recommendations' section III, first paragraph, that he "articulated purported falsehoods, and suggested violence against anyone who

forces him to divulge who provided him with access to Dr. Coomer's private Factbook account." The representation of counsel for Mr. Coomer in his Plaintiff's Supplemental Filing Regarding June 6, 2024 Hearing ["Plaintiff's Supp."] about supposedly Mr. Oltmann's anger and threats of violence are inappropriate characterization by Coomer's counsel intended only to suggest Mr. Oltmann is violent without any evidence of the same except for vague expression of the desire to protect his family and himself from individuals perceived to be threatening him. *See* Document 143, Plaintiff's Supp. pp.7-8, VI.,9.,a., [per Doc.143 @ at 26:48 and 27:10] [but online at:

> https://www.audacy.com/podcast/conservative-daily-podcast-52639?action=AUTOPLAY_FULL&actionContentId=201-0d424170-72a0-4173-b24f-4d8cd6c1bad2 the time-stamp location is at 24:39-25:08]

In the context of these podcast comments, Mr. Oltmann is explaining his fear for the safety of the persons who provided him the access to the Facebook account of Mr. Coomer and the person who provided him access to observe the Zoom Antifa call, by explaining that he has the means and fortitude to fight back against what he has perceived as threats to his own family, and he does not want others, who would have less means and fortitude, to have to be challenged by such fears or threats. *Id.* at link, 24:39 – 25:08. *See also,* Lindell Deposition of Oltmann, (p.331,10) to (p.338, 4) (reflecting his testimony under oath of fear about belief that Coomer has sent people to his home with guns, and never tracking or following Coomer.), **Exhibit A** attached.

WHEREFORE, Mr. Oltmann respectfully requests the Magistrate and Judge modify and/or set aside the findings to which he has objected above as "erroneous" or "contrary to law."

Respectfully submitted this this 26th day of March 2024,

                                               *s/ Mark A. Sares*
                                               Mark A. Sares, Esq.

H<small>ARRIS</small>, K<small>ARSTAEDT</small>, J<small>AMISON</small> & P<small>OWERS</small>, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone:    720-875-9140
Fax:        720-875-9141
Email:    msares@hkjp.com
ATTORNEYS FOR NON-PARTY JOSEPH OLTMAN

CERTIFICATE OF SERVICE

    I certify that on this June 28, 2024, I electronically served **OBJECTIONS TO RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE FOR A FINDING O CIVIL CONTEMPT AGAINST THIRD PARTY WITNESS JOSEPH OLTMANN** and sent a copy to the following individuals' email addresses:

| | |
|---|---|
| Brad Kloewer, Esquire<br>Charlie Cain, Esquire<br>Steve Skarnulis, Esquire<br>Zachary H. Bowman, Esquire<br>David E. Jennings, Esquire<br>Cain and Skarnulis, PPLC<br>P.O. Box 1064<br>Salida, Colorado 81201<br>Telephone: (719) 530-3011<br>*Attorneys for Plaintiff* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to:  bkloewer@cstrial.com<br>ccain@cstrial.com<br>skarnulis@cstrial.com<br>zbowman@cstrial.com<br>djennings@cstrial.com |
| Thomas J. Rogers, III, Esquire<br>Mark Grueskin, Esquire<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>Telephone: (303) 573-1900<br>*Attorneys for Plaintiff* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to:  trey@rklawpc.com<br>mark@rklawpc.com<br>(  ) By Facsimile Transmission to _____ |
| Thomas Baker Quinn, Esquire<br>Gordon & Rees LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to tquinn@gordonrees.com<br>(  ) By Facsimile Transmission to 303-534-5161 |
| Melissa Ann Wiese, Esquire<br>Gordon Rees Scully Mansukhani LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-200-6879<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by CM/ECF System<br>(  ) by First Class U.S. Mail<br>(  ) by designated email to:  mwiese@grsm.com; 8<br>(  ) By Facsimile Transmission to _____ |
| | *Original signature on file at the offices of Harris, Karstaedt, Jamison & Powers, P.C.*<br><br>*s/ Carol Kentner* |