IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


CIVIL ACTION NUMBER: 1:22-CV-01129-NYW-SKC


ERIC COOMER, PH.D.,

Plaintiff


V.


MICHAEL J. LINDELL, FRANKSPEECH LLC,

AND MY PILLOW, INC.,

Defendants


**CERTIFIED TRANSCRIPT**


DEPONENT:  JOSEPH OLTMANN

DATE:      DECEMBER 16, 2022

REPORTER:  DARIANA CABRERA ALVAREZ




AdvancedONE LEGAL    (866) 715-7770    advancedONE.com

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                          Page 2
JOSEPH OLTMANN, 12/16/2022

```
 1                        APPEARANCES

 2

 3    ON BEHALF OF THE PLAINTIFF, ERIC COOMER, PH.D.:

 4    Brad Kloewr, Esquire

 5    Charlie Cain, Esquire

 6    Cain and Skarnulis, PPLC

 7    P.O. Box 1064

 8    Salida, Colorado 81201

 9    Telephone No.: (719) 530-3011

10    E-mail: bkloewer@cstrial.com

11    ccain@cstrial.com

12

13    ON BEHALF OF THE DEFENDANTS, MICHAEL J. LINDELL,

14    FRANKSPEECH LLC, AND MY

15    PILLOW, INC.:

16    Ryan P. Malone, Esquire

17    Parker, Daniels, Kibort, LLC

18    123 North Third Street

19    888 Colwell Building

20    Minneapolis, Minnesota 55401

21    Telephone No.: (612) 355-4100

22    E-mail: malone@parkerdk.com

23

24    AND

25
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                              Page 331
JOSEPH OLTMANN, 12/16/2022

```
 1    August.  I had not seen the subpoena until later.
 2         Q    Let's move on to number 12.  We requested all
 3    documents or communications authored, sent, or received
 4    by you relating to any attempts to monitor, surveil,
 5    locate, track, follow, investigate, harass, or threaten
 6    Dr. Coomer or any member of his family.  You didn't
 7    engage with many of those terms you just said, I have
 8    never threatened Mr. Coomer or his family, nor have I
 9    ever made an attempt to threaten him, or anyone
10    connected to him. Have you ever made an attempt to
11    monitor with Dr. Coomer?
12         A    No.
13         Q    Have you ever made an attempt to surveil Dr.
14    Coomer?
15         A    No.
16         Q    Have you ever made an attempt to locate Dr.
17    Coomer?
18         A    No.
19         Q    Have you ever made efforts to track Dr.
20    Coomer?
21         A    No.
22         Q    To follow him?
23         A    No.
24         Q    To intimidate him?
25         A    Nope.
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 332
JOSEPH OLTMANN, 12/16/2022

1          Q     To harass him?

2          A     Nope.

3          Q     Sorry, I lost my page here.  One moment.  Or

4    to threaten him.  We already discussed that.  Okay.  And

5    when we had a call with Judge Wang on Tuesday, do you

6    recall telling Judge Wang that you had never sent anyone

7    to Dr. Coomer's house?

8          A     Yep.

9          Q     Let me just refer to that portion of the

10   transcript here to be sure I -- I'm recalling your

11   statement correctly.  This is on page 31, lines 14 to 17

12   of the transcript from that hearing.  Page -- lines 15

13   to 17 rather.  You told the judge, "I have never sent

14   someone to his home.  That is a lie. I have never done

15   anything to push anything out on Mr. Coomer."  Was that

16   an accurate statement you made to Judge Wang?

17         A     It was.  It was.

18         Q     Let's play Clip 8.  Mr. Oltmann, this is an

19   audio clip from an interview you conducted with Peter

20   Boyles on November 17, 2020.  Let's take a quick listen.

21               (AUDIO PLAYED)

22         Q     He's a ghost.  I had somebody go to his house

23   in Salida.  He's a ghost.  So was that an accurate

24   statement you made to Peter Boyles on November 17th?

25         A     Yeah.  So it wasn't actually me sending

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 333
JOSEPH OLTMANN, 12/16/2022

```
 1   someone.  Someone had said they were going to go by that

 2   lived in Salida.

 3        Q    Well, you said I had somebody go by.  You said

 4   he's a ghost.  I had somebody go to his house.  What do

 5   you mean somebody in Salida said they were going to go

 6   by?

 7        A    Somebody in Salida that contacted me said they

 8   were going to go by.

 9        Q    Who was that?

10        A    A guy that did work for him as a contractor

11   and he stiffed.

12        Q    Who -- who is this person?

13        A    I don't remember.  It's been two years.

14        Q    Okay.

15        A    Keep in mind, by November 17th, I was in

16   complete lockdown, had personal security, and was under

17   massive threats of people coming to my house with guns.

18        Q    Let's play Exhibit -- what's been previously

19   marked as Exhibit 18, Clip 9.

20             (AUDIO PLAYED)

21        Q    So I just asked you a couple minutes ago if

22   you had made any attempts to monitor, surveil, locate,

23   track, follow, investigate, harass, or threaten

24   Dr. Coomer.

25        A    Right.
```

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 334
JOSEPH OLTMANN, 12/16/2022

```
 1        Q     And in every instance you've said no.  Do you
 2   want to correct those statements that you made under
 3   oath?
 4        A     No, because I didn't threaten him.
 5        Q     Well, you were clearly tracking him, correct?
 6        A     No, I wasn't.
 7        Q     You had people telling you where his truck
 8   was?
 9        A     Yeah.
10        Q     And following him around?
11        A     But I didn't --
12        Q     You don't think that's surveilling Dr. Coomer?
13        A     I didn't ask anybody to do anything.
14        Q     You don't think going on a podcast and telling
15   him that you've got people following him everywhere is
16   an attempt to harass him or threaten him?
17        A     Again, do you want to turn this around?
18        Q     No, I want to --
19        A     And look at what they did to my family.
20        Q     No, I don't.  That's not what I'm asking at
21   all --
22        A     No.  You don't want to.
23        Q     No, because that's not the issue here.  I'm
24   asking --
25        A     No, the issue is --
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 335
JOSEPH OLTMANN, 12/16/2022

1      Q      It's not the issue at all.

2      A      It is the issue.  It's clear the issue.  You

3   have people threatening my kids.  You have people

4   threatening my wife.

5      Q      So you didn't --

6      A      And people showing up to my house with guns.

7   Who showed up to his house with a gun, anyone.  And the

8   fact that they had forensic people and people in DHS and

9   DNI and those people were coming out of the woodwork

10  saying, we're going to check into this.  Those are

11  people that contacted me, giving me that -- that

12  information, not me giving it to them.

13     Q      Let's flip to what's been previously marked as

14  Exhibit 24.  Do you recognize this post, Mr. Oltmann?

15     A      I don't actually.  And I've actually tried to

16  get this post on Parler.  I've even asked Parler if I

17  could have this post that you said was put on Parler.

18     Q      Do you recognize the image that's included on

19  a post from @JoeOltmann?  Have you seen that image

20  before?

21     A      You brought this up in the last -- the

22  deposition that I did with you, correct?

23     Q      Yeah.  So what are we looking at here?

24     A      So this is the one where you said that I

25  posted this on Parler, but it doesn't exist on Parler.

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 336
JOSEPH OLTMANN, 12/16/2022

1      Q    Well, Parler didn't exist at the time.  It had

2   been taken down following the events at the Capitol.

3      A    But Parler came back up.

4      Q    Yes.  And --

5      A    So why did this post disappear from the time

6   that it went down at the time that it went back up?

7      Q    I'm not on Parler, Mr. Oltmann, I don't know

8   what they've done as far as document retention.  We

9   pulled this at the time and let's read it here.  "I've

10  been busy doing 15 interviews in the last two days."

11  Sounds like what you were up to at the time.  "Was told

12  today, after questioning by the MSM has not picked up

13  Eric Coomer that I was 'breaking something they are

14  running away from.' What the living hell is that

15  supposed to mean?  Antifa in the middle of 28 states by

16  proxy of one of the largest shareholders in Dominion

17  voting systems.  So it is up to you.  Blow this shit up.

18  Share his name everywhere.  No rest for this shitbag.

19  Eric Coomer.  Eric Coomer.  Eric Coomer.  Eric Coomer.

20  This shitbag and the corrupt asshats in Dominion Voting

21  Systems must not steal our election and our country.

22  Eric, we are watching you."  When has Eric Coomer ever

23  posted a photo of your house, Mr. Oltmann?

24      A    I didn't post this.  You -- you can't even

25  tell me the date that this is posted.

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 337
JOSEPH OLTMANN, 12/16/2022

1        Q     December 5, 2020.

2        A     So then where's that date?  And how come they

3   don't have this on Parler?

4        Q     Not on this document.

5        A     I said the same thing before.

6        Q     I just told you; I don't know how Parler

7   works.  I'm asking why - - when has Eric Coomer ever

8   posted a photo of your house?

9        A     Where is this post where I posted it on

10  Parler?

11            MR. CAIN:  Objection, nonresponsive.

12        A     Where is the post?  You're putting a post in

13  front of me and saying, Joe, you did this.  I went

14  through it.  Did we find anything on that? We couldn't

15  find anything related to me even posting this at all.

16        Q     We pulled -- you can see that we pulled this

17  when it was posted four hours ago.  We were watching

18  your statements very closely at the time because our

19  client's life was in danger.  My question to you, and

20  this is the question I want an answer to not anything

21  else.  When has Eric Coomer ever posted a photo of your

22  house on social media?

23        A     No.  He sent people to my house with guns.

24  That's what he did.

25        Q     No, we already established you have no

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 338
JOSEPH OLTMANN, 12/16/2022

1    **evidence to do -- find any involvement with Mr. Coomer.**

2         A     I don't have any evidence.  I -- I have 16

3    months of having to hire personal security and

4    bulletproof glass at my house.

5         Q     **Direct evidence.**

6         A     And thermal cameras.  I don't have police

7    reports that show that people sent powder to my house

8    and actually came there with guns.

9         Q     **Objection, non-responsive.  I understand your**

10   **refusal to answer to me that you know that Dr. Coomer**

11   **has never posted a photo of your house on social media,**

12   **correct?**

13        A     I also know that that's not me taking a

14   picture of his house, and I don't even think that post

15   exists.

16        Q     **Who did take that picture, Mr. Oltmann?**

17        A     No idea.

18        Q     **Was it Scott Wheeler?**

19        A     Who's Scott Wheeler?  Who's Scott Wheeler?

20        Q     **Let's take a look at what's been previously**

21   **marked as Exhibit 25. This is a post from that same day.**

22   **Now, Ms. Oltmann, have you reviewed the declaration of**

23   **Eric Coomer that was filed in response to your**

24   **Anti-SLAPP motion to dismiss?  It's about 30 pages.**

25        A     Say that again.

AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 368
JOSEPH OLTMANN, 12/16/2022

```
 1   with video, as well.

 2          COURT REPORTER:  Okay.  And then Ms. DeFranco?

 3          MS. DEFRANCO:  He's reading, please.  Reading

 4   and signing.

 5              (DEPOSITION CONCLUDED AT 5:02 P.M.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                    Page 369
JOSEPH OLTMANN, 12/16/2022

```
 1                    CERTIFICATE OF REPORTER

 2                       STATE OF COLORADO

 3

 4    I do hereby certify that the witness in the foregoing

 5    transcript was taken on the date, and at the time and

 6    place set out on the Stipulation page hereof by me

 7    after first being duly sworn to testify the truth, the

 8    whole truth, and nothing but the truth; and that the

 9    said matter was recorded digitally by me and then

10    reduced to typewritten form under my direction, and

11    constitutes a true record of the transcript as taken,

12    all to the best of my skills and ability. I certify

13    that I am not a relative or employee of either counsel,

14    and that I am in no way interested financially,

15    directly or indirectly, in this action.

16

17

18

19

20

21

22    DARIANA CABRERA ALVAREZ,

23    COURT REPORTER / NOTARY

24    COMMISSION EXPIRES ON: 10/22/2025

25    SUBMITTED ON:  12/29/2022
```

AdvancedONE LEGAL          (866) 715-7770
                           advancedONE.com