## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

      Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

      Defendants

---

### PLAINTIFF'S RESPONSE IN SUPPORT OF RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE FOR A FINDING OF CIVIL CONTEMPT AGAINST THIRD PARTY WITNESS JOSEPH OLTMANN

---

**"I'm going to tell you something else.  A large part of me does want blood.  I want blood.  Am I proud of that?  No.  I know that vengeance belongs to God, but man it has been a hard four years."**

-  **Joe Oltmann, June 20, 2024**[1]

---

[1] **Exhibit 1**, Joe Oltmann, *Custer County Election Special*, CONSERVATIVE DAILY PODCAST (June 20, 2024); available at: https://caincloud.egnyte.com/dl/P9WzszbxFC.  *See also* **Exhibit 2**, wherein Oltmann went on to state, "We have given enough.  Now it's time to take.  It is time to take back what is ours and to stop the lies.  Stop the Eric Coomers.  Stop the Brad whatever his face is over at Cain and Swastika down in Texas.  Stop Dominion Voting Systems.  We have enough information, we just need to be able to walk into a courthouse that has a judge that had not sold their soul specifically to the devil.  And if we cannot do that then by force we should force every single one of them out of office." https://caincloud.egnyte.com/dl/LBwW6KGNaI.  An USB flash drive will be submitted with all exhibits identified via link.

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through the undersigned, files this response in support of Recommendation of United States Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann [Dkt. 144], and states as follows:

1.      Third Party Witness Joseph Oltmann (Oltmann) raises three minor objections to Magistrate Judge Starnella's Recommendation for a Finding of Civil Contempt, none of which serve to meaningfully alter this Court's analysis.  If anything, the objections serve to confirm the overwhelming majority of Judge Starnella's findings. This Court should affirm the Recommendation and issue an order to show cause why Joseph Oltmann should not be held in civil contempt, but the Court should impose more stringent coercive measures than those suggested in the Recommendation.

## A.      Document production

2.      Oltmann first asserts that he did comply with document requests Nos. 1, 2, 3, and 7,[2] but that no responsive documents exist.  These document requests pertain to communications with the individual who supposedly gave Oltmann access to an alleged "Antifa conference call," communications with the individual who gave Oltmann access to Dr. Coomer's Facebook account, contemporaneous records of the alleged call, and notes provided to former KNUS talk radio host Randy Corporon supposedly memorializing aspects of that call, respectively.[3]

---

[2] Plaintiff does not object to Oltmann's responses to document request Nos. 4, 5, and 6.

[3] *See* **Exhibit 3**.

3.      With respect to document requests Nos. 1 and 2, it is true that Oltmann has repeatedly stated that no responsive communications exist.  This claim is impossible to verify, however, unless and until Oltmann identifies the individuals to whom those requests pertain.  The identities of those individuals[4] are essential facts relevant not only to this dispute, but to the very origin of the Dominion Voting Systems conspiracy theory that gave rise to the attack on the U.S. Capitol on January 6, 2021.  If Dr. Coomer takes Oltmann at his word and assumes the evidence of his communications with these individuals was destroyed, then Dr. Coomer needs to seek that information from those individuals directly.  He cannot do so, however, while they remain anonymous.  Judge Starnella, like Judge Moses in the Denver District Court before her,[5] have both issued orders compelling Oltmann to disclose the identities of these individuals.

4.      Oltmann does not deny his flouting of those orders, or dispute that his refusal to abide by these orders is indisputable evidence of contempt for this Court.

**B.     *Oltmann's counsel's conduct***

5.      Oltmann next objects to a finding on page 8, ¶ 16, wherein the Court described a 20-minute conferral with Oltmann that the Court understood had followed a meeting with Judge Starnella in her chambers.  Undersigned counsel does not dispute

---

[4] The individual Oltmann has vaguely identified as "RD" is almost certainly a complete fabrication, as is the supposed "Antifa call" to which "RD" allegedly gave Oltmann access.  The individual that gave Oltmann access to Dr. Coomer's private Facebook posts, however, *must* exist.

[5] As discussed in the Recommendation, Oltmann refused to comply with those orders as well.  He has been repeatedly sanctioned by the Denver District Court for his discovery obstruction.  When he appealed those sanctions, he was sanctioned by the Colorado Court of Appeals.  To date, Oltmann as paid $53,671.14 in sanctions.

Mr. Sares' correction to this finding, and can confirm that Mr. Sares appeared to be attempting to locate Mr. Oltmann during the timeframe in question.

### C.   Oltmann's threats of violence

6.     Oltmann's denial of the threats of violence he is constantly issuing require a response.   In this instance, Oltmann published a podcast immediately following his flight from the Courthouse where he stated "If you come for me, I'm going to put you in a bag," as well as "And so I fought, and they're like ok, this guy is serious.   He is actually serious.  He will hurt someone.  And I will.  You come to my house, I will hurt you."  These can rightly be understood as explicit threats of violence given the context of the publication.   Oltmann repeatedly acknowledged that he had just violated a court order and that he may be arrested as a result.   He intended to demonstrate his willingness to commit violence against those he perceives as coming after him.

7.     Oltmann's threats are not rhetorical hyperbole.   As evidenced by **Exhibits 1-2**, he means them very sincerely.   He has repeatedly made local and national news for calling for the executions of his political rivals, such as Governor Polis[6] and President Biden.[7]  As noted in the Complaint, he frequently calls for the executions of his opponents for "treason," including Dr. Coomer, at times onstage and in front of the

---

[6] *See* 9 News, *Joe Oltmann 'joking' about hanging political opponents, says CO lawmaker who nominated him for governor* (May 16, 2022), available at https://www.9news.com/video/news/local/next/neville-oltmann-hanging-colorado/73-421bd50a-9b0a-4d91-9adb-8c294f54017c; *see also* Rosalind Helderman, *With violent rhetoric and election denial, podcaster becomes GOP force*, WASHINGTON POST (June 27, 2022), available at https://www.washingtonpost.com/politics/2022/06/27/with-violent-rhetoric-election-denial-podcaster-becomes-gop-force/

[7] *See* Kyle Clark, *DCF Guns owner calls for the killing of President Biden*, 9 NEWS (March 13, 2024), available at https://www.9news.com/article/news/local/next/next-with-kyle-clark/dcf-guns-owner-calls-for-killing-of-president-biden/73-4b636e16-5975-412c-aab3-34a85d580497

cameras provided to him by Defendants.[8]  Oltmann's critics are not the only ones deeply concerned by his transparent desire for political violence.  His own fellow election fraud conspiracy theorists have also expressed grave concerns about Oltmann's violent fantasies.  Patrick Byrne,[9] for example, who Oltmann has claimed asked Rudy Giuliani to arrange a pardon for him when all three men were together in the Willard Hotel in Washington D.C. after the attack on the Capitol on January 6, described Oltmann as follows:

> I'm just telling you, there's not a conversation that guy has been around where he's, in the six month I've seen, or nine months, where he's not looking for the opportunity to draw people into, "So, what I want to know is when are we going to do what needs to be done?  When are we going to take care of business?  When are the bullets going to start flying?  Joe Oltmann, every conversation that he's ever in, that's what he's trying to get people to talk about.[10]

8.     This is not mere talk.  Oltmann has boasted of engaging in physical confrontations with his political adversaries.  For example, in describing violence that broke out between a pro-police group and counter protesters at a July 20, 2020 rally in Civic Center Park, Oltmann recounted his role, stating "I just nailed this guy.  Like, literally.  Look, I haven't been in a fist fight in a long time."  He went on to promise that the next rally, which he helped organize, would be far mor violent.  He stated,

> We have been having the conversations with ex-military, veterans, veteran groups, biker groups.  We've asked certain groups to actually just hey set aside your opinions.  We're getting people that are going to come out for this next event that are going to get froggy.  And it'll be interesting to see how it

---

[8] See Complaint, Dkt. 1, ¶¶ 3, 33, 37, 52-53, 57, 73.

[9] Byrne is an associate of Defendant Clark and has repeatedly appeared onstage with the ReAwaken America Tour.

[10] *See Coomer v. Byrne et. al.*, Case No. 8:24-cv-00008-TPB-SPF, Complaint ¶¶ 6, 41, 54 (Mid. Dist. Fla., June 24, 2022); *see also* **Exhibit 4** https://caincloud.egnyte.com/dl/ITiA8bVdkJ.

all shapes out, but I am going to tell you we're going to probably end up doing what the police should be able to do if they weren't being hog tied by the mayor.  And that is, the if the only thing that they represent – spending as much time in the Middle East and Africa as I have, mostly the Middle East, people in the Middle East who are terrorists only recognize one thing, and that is force.  They only recognize force.  So we're going to give them the force that they want.[11]

9.      Oltmann's predictions came to fruition on October 10, 2020.  His upstart political group, FEC United, helped organize the "Patriot Muster" rally that turned deadly at Civic Center Park when a man was shot dead during an altercation with a 9 News bodyguard.[12]

10.      Oltmann's constant threats of violence and related efforts to inspire political violence from others are why he has now been ordered to appear *in the courthouse* for depositions on three separate occasions, including in this case and in related proceeding *Coomer v. Lindell et. al.*, Case No. 1:22-cv-01129-NYW-SKC currently pending before the Honorable Judge Wang.  During the anti-SLAPP hearing in *Coomer v. Donald J. Trump for President, Inc. et. al.*, Dr. Coomer and his counsel had to be escorted into and out of the courthouse by at least a dozen law enforcement officers in full tactical gear.  At least a half dozen of those officers remained in the courtroom throughout the entirety of the two-day hearing.

11.      Oltmann's related claims that *he* has to fear violence *from Dr. Coomer* are similarly without merit.  Oltmann states, for example, that "Mr. Oltmann is explaining his

---

[11] *See* **Exhibit 5**, Joe Oltmann, *Armed ANTIFA Thugs Attack Peaceful Pro-Police Rally*, CONSERVATIVE DAILY PODCAST (July 21, 2020), available at: https://caincloud.egnyte.com/dl/YQopbJqHaC.

[12] *See* Erik Maulbetsch, *Conservative Group Behind Deadly "Patriot Muster" Rally Working Closely with Colorado GOP*, COLORADO TIMES RECORDER, Oct. 12, 2020, available at https://coloradotimesrecorder.com/2020/10/conservative-group-behind-deadly-patriot-muster-rally-working-closely-with-colorado-gop/31445/

fear for the safety of persons who provided him access to observe the Zoom antifa call, by explaining that he has the means and fortitude to fight back against what he has perceived as threats to his own family." Objections, p. 3.

12.     This claim cannot bear scrutiny for multiple reasons. First, Oltmann claims to have not spoken to these individuals in years, and he refuses to publicly identify them, so the suggestion that they have been threatened or harassed, or may be, is pure speculation.

13.     Second, numerous third parties surrounding Mr. Oltmann are known to likely have information relevant to this proceeding, and none have endured harassment or intimidation as a result of any of Dr. Coomer's various lawsuits. For example, Oltmann has identified a few individuals who supposedly have information related to his claims, including John Tiegen and Gordon Beckwith. Similarly, his current podcast co-host Greg "Apollo" Pappas likely has discoverable knowledge as well. Dr. Coomer has never contacted, threatened, or harassed these individuals (or anyone else for that matter) in any way. Numerous others, such as Oltann's former co-host Max McGuire, have simply been subpoenaed for their testimony and then left alone. Being a witness in a lawsuit is not "harassment."

14.     Third, Oltmann himself has been repeatedly pressed under oath to identify any evidence whatsoever suggesting that Dr. Coomer or his counsel is in any way responsible for any threats or harassment Oltmann claims to have endured. In every instance, and despite multiple opportunities, Oltmann has been entirely incapable of

identifying any threats or harassment whatsoever that have originated with Dr. Coomer or his counsel.[13]

15.     Fourth, Oltmann is not actually afraid that these individuals will endure any form of harassment if and when he ever reveals their identities.  On the contrary, in a conversation with Defendant Clark, he described his willful withholding of that information until he decides it will present a strategic litigation advantage *for him*.  He stated:

> They're trying to hone in on the Antifa call.  Number one, I have an ace in the deal, because at some point, I'm going to come forward with that guy.  I'm going to.  I'm just telling you right now, I'm going to.  And it's going to get really bad.  It's going to get really bad.  Because at that point, the rest of their argument falls apart.  And then all the money they've spent on this lawfare, we get all of our money back.  I'm just telling you.[14]

16.     Fifth, the few instances of alleged threats or harassment Oltmann has ever claimed that he has endured are themselves demonstrably exaggerations of his own imagination.  For example, Oltmann frequently rails about an incident where "they" supposedly "sent powder to [his] house,"[15] leading him to fear for his and his family's well-being.  But Oltmann has admitted that the supposed package in question was sent

---

[13] *See* **Exhibit 6**, *Coomer v. Lindell et. al.*, Case No. 1:22-cv-01129-NYW-SKC, Depo. Tr. Oltmann (Dec. 16, 2022), at 88:6-97:25; *see also* **Exhibit 7**, *Coomer v. Make Your Life Epic et. al.*, Case No. 21-cv-03440-WJM-KAS, Depo. Tr. Oltmann (June 6, 2024), at 140:10-144:15.

[14] *See* **Exhibit 8**, Joe Oltmann, *Live with Clay Clark: Monkey Pox, Primary Elections Aftermath, War on Babies, and 2nd Amendment Surges,* CONSERVATIVE DAILY PODCAST (Aug. 3, 2022); available at: https://caincloud.egnyte.com/dl/k3mDhIMTL1.

[15] Oltmann referenced this claim repeatedly in his deposition in this case.  *See* **Exhibit 7**, at 32:2-5; 140:13-18.

by a window company that was doing remodeling on his house at the time.[16]  And the "powder" in question was graphite.[17]

17.     At other times, Oltmann has described someone who he claims was on the roof of a building neighboring his office with what he claims was a firearm.  But Oltmann has also admitted that the person may have just had "goggles."[18]

18.     Finally, Oltmann has described someone who supposedly "came to [his] house with guns,"[19] but Plaintiff is unaware of any resulting arrests, any photographic or video evidence to confirm the supposed occurrence, or any evidence whatsoever to suggest this event was related to Oltmann's claims of election fraud.

19.     Oltmann's claims that he fears for his own safety are pure theatre.  This is evidenced by his flight from the courthouse in this proceeding.  Prior to that deposition, Oltmann made his usual claim that he feared for his own safety.[20]  The Court accommodated these stated concerns by granting Oltmann special access to the courthouse, and, upon information and belief, additional security from the U.S. Marshals.  *See generally*, Dkt. 135, Minute Order (Restricted Level 1).  But as soon as the questioning got uncomfortable, Oltmann simply walked out of the courthouse and drove home.  How

---

[16]  **Exhibit 9**, The Chuck and Julie Show, YOUTUBE, (May 5, 2021), available at: https://caincloud.egnyte.com/dl/n7HvqW10tr.

[17]  Joe Oltmann, *May 10, 2021 Livestream*, CONSERVATIVE DAILY PODCAST (May 10, 2021) (Former podcast co-host Max McGuire: "No police officer is going to stop working on their cases to find out who sent you graphite.  They just won't do it.  They don't think it's a big enough deal.").

[18]  **Exhibit 10**, Joe Oltmann, J*oe WALKS OUT of Coomer Dominion Deposition Vs Clay Clark, Reports Live*, CONSERVATIVE DAILY PODCAST (June 6, 2024) (Oltmann: "You were there when they were sending powder through the mail.  You were there when they put a guy with a gun on the rooftop.  Or at least goggles.  I don't know if it was a gun."), available at: https://caincloud.egnyte.com/dl/rCgU4TjyTg.

[19]  *See* **Exhibit 7**, at 32:2-5.

[20]  Dr. Coomer did not object in order to simply allow the deposition to proceed.

much time and expense was squandered for Oltmann to play the victim is not clear, but this misuse of the Court's resources is further grounds warranting a finding of contempt. In sum, Oltmann's paranoid speculations are not evidence, and the Court should not be swayed by his attempts to make himself the victim of his own conduct.

20.     The sixth and final reason that there is no merit to Oltmann's claimed concern for the well-being of these supposed individuals if he reveals their identities is that Dr. Coomer has a strong interest in their health and well-being.  These individuals are uniquely positioned to provide testimony demonstrating the falsity of Oltmann's claims, and as a result are among Dr. Coomer's best opportunities to provide corroborating evidence of the lies at issue in this dispute.  This is why he—*notably unlike Defendants*—has been so eager to thoroughly investigate Oltmann's claims.  The suggestion that Dr. Coomer would attempt to harm these individuals is, therefore, untenable on its face.  The Court should reject this bad faith attempt at misdirection.

### D.     *Request for more stringent coercive measures*

21.     In her Recommendation, Judge Starnella suggested a daily fine of $300 to compel Oltmann's testimony in this case, but stopped short of recommending that a bench warrant be issued.  Dr. Coomer respectfully requests more stringent coercive measures.

22.     With respect to the daily fine, Oltmann, who frequently boasts of his wealth and comfortable lifestyle, is unlikely to find such a small amount to be persuasive.  As noted above, he has already paid in excess of $50,000 in sanctions for the same conduct in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al*.  These

penalties, though substantial, failed to alter his conduct in any meaningful way.  Given the rapidly approaching close of discovery in this proceeding, Dr. Coomer suggests that a daily fine of at least $1,000 be imposed until Oltmann purges his contempt.

23.    Dr. Coomer also notes that the information sought here constitutes the origin of the Dominion Voting Systems conspiracy theory.  Oltmann's lies are directly responsible for a substantial portion of the political upheaval and chaos the entire country has undergone over the last four years, and they still give rise to threats and harassment directed at Dr. Coomer to this day.  We are now in 2024, rapidly approaching another presidential election.  Despite having been the first in the nation to file suit arising from lies about the 2020 election, Dr. Coomer is still only barely closer to having any idea how or why his life has been turned upside down and forever cast down this new and frightening path.  Oltmann clearly believes that he will never have to answer for what he has done.  The Court should disabuse him of that conceit, and not hesitate to use any of the tools at its disposal, up to and including imprisonment.

## CONCLUSION

24.    In sum, Oltmann does not suggest that he should not be found in contempt. He does not oppose an award of costs and fees to both Plaintiff and Defendants arising from his desperate flight from the courthouse.  Nor does he suggest that a daily fine until he has complied with this Court's order is somehow improper.  All of these penalties, and more, are appropriate.  This farce has gone on long enough.  The Court has the power to end it, and Dr. Coomer respectfully requests that it do so.

Respectfully submitted this 12th day of July 2024.

        */s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**