# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA, LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

## PLAINTIFF'S MOTION TO WITHDRAW
## DAVID E. JENNINGS AS COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, PhD. (Dr. Coomer) files this Motion to Withdraw David E. Jennings as Counsel in accordance with D.C.COLO.LCivR 7.1(b) and D.C.COLO.LAttyR 5(b), and states as follows:

1. Dr. Coomer filed his Original Complaint on December 22, 2021 [ECF 1]. Defendants Make Your Life Epic LLC dba Thrivetime Show and Clayton Thomas Clark filed their Original Answer on March 20, 2022 [ECF 25].

2. Dr. Coomer filed his First Amended Complaint on November 9, 2023, which added claims against Defendant Reopen America, LLC dba ReAwaken America Tour [ECF 104].

1

3. All Defendants filed their Answer to Dr. Coomer's First Amended Complaint on December 13, 2023 [ECF 108].

4. All parties have appeared for all purposes herein.

5. On March 9, 2023, David E. Jennings filed his Entry of Appearance of Counsel on behalf of Dr. Coomer [ECF 49].

6. On February 1, 2024, David E. Jennings terminated his employment with the firm of Cain & Skarnulis PLLC.  Dr. Coomer did not retain the services of Mr. Jennings subsequent to his departure from Cain & Skarnulis PLLC and no longer requires notification of filings in this matter and should be removed from the parties' service lists, as well as from the Court's Case Management/Electronic Case Filing system for any future filings related to this matter.

7. Charles J. Cain, Bradley A. Kloewer, and Zachary H. Bowman of the firm of Cain & Skarnulis PLLC remain counsel for Plaintiff Eric Coomer, Ph.D.

8. No party will be prejudiced by the relief requested herein.

Based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests the Court remove David E. Jennings as counsel for him, remove David E. Jennings from the Court's Case Management/Electronic Case Filing system for any future filings related to this matter, and for such other and further relief to which he may be entitled.

Respectfully submitted this 29th day of July 2024.

                                                      */s/ Charles J. Cain*
                                        Charles J. Cain, No. 51020
                                        ccain@cstrial.com
                                        Bradley A. Kloewer, No. 50565
                                        bkloewer@cstrial.com

Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**