IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, PhD.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,

    Defendants

**PLAINTIFF'S FOURTH UNOPPOSED
MOTION TO MODIFY SCHEDULING ORDER**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, PhD. files this Fourth Unopposed Motion to Modify Scheduling Order, and states as follows:

**CONFERRAL**

Plaintiff's counsel has conferred with counsel for Defendants. Defendants are not opposed to the relief requested herein.

**I. LEGAL STANDARD**

1. The standard for amending a Scheduling Order is provided by F.R.C.P. 16(b), which holds that "[a] schedule shall not be modified except upon a showing of good cause . . ." The decision to modify the Scheduling Order rests within the sound discretion of the trial court. *Sedillos v. Board of Educ. Of Sch. Dist. Order No. 1*, No. 0301526, 2005 U.S. Dist. LEXIS 36816 (D. Colo. Aug. 29, 2005). The standard for

1

"good cause" is the diligence demonstrated by the moving party in attempting to meet the Court's deadlines. *Colorado Visionary Academy v. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D. Colo. 2000).

## II.  BACKGROUND

2. Plaintiff's Third Unopposed Motion to Modify Scheduling Order on May 17, 2024 [ECF 137]. The Court granted that motion on May 22, 2024 [ECF 141]. As relevant here, that Order extended the discovery cut-off deadline to August 12, 2024, and the dispositive motion deadline to September 12, 2024. *Id*.

3. The Court has been generous in allowing the parties to extend deadlines under the scheduling order. The parties are nearly done with discovery but have had some issues getting the last couple depositions scheduled. Written discovery is substantially complete but the parties are working diligently to resolve any remaining issues.

4. In addition, there are two pending motions before the Court which necessarily implicate the discovery cut-off and dispositive motion deadlines moving forward. Specifically, Magistrate Judge Starnella's Recommendation for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann [ECF 144] and Plaintiff's Unopposed Motion for Leave for Substituted Service of Subpoena to Testify at a Deposition in a Civil Action and Produce Documents Directed to Ryan McBride [ECF 155] both remain unresolved. All of these matters warrant an extension of the current deadlines.

2

### III.  MOTION

5. Plaintiff requests an extension of the discovery cut-off to a date twenty-one days after the later date on which the Court issues orders on the Magistrate's Recommendations [ECF 144] and Plaintiff's Motion [ECF 155].  In other words, if the Court issues an order on Plaintiff's Motion *after* issuing an order on the Magistrate's Recommendations, then the date of the order on Plaintiff's Motion would control the proposed modification, and vice versa.

6. Plaintiff further proposes that the dispositive motion deadline be similarly extended to thirty days past the extended deadline for the discovery cut-off.  Upon the issuance of an order triggering these timelines, Plaintiff will promptly file a motion requesting the Court to affirm the newly established deadlines.

7. This proposed extension will allow the parties to assess the impact of the Court's orders on any remaining discovery needed in this case, while still ensuring the case proceeds in a timely manner.  Similarly, the extension will allow the final remaining scheduled deposition of Doug Bania to take place on August 15, 2024.

8. No party will be prejudiced by the relief requested herein, and as noted, these dates have been agreed upon by counsel for the parties and the Motion is unopposed.

Based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests the Court modify the current Schedule Order as indicated above and for such other and further relief to which he may be entitled.

Respectfully submitted this 9th day of August 2024.

        Respectfully submitted,

        */s/ Bradley A. Kloewer*
        Charles J. Cain, No. 51020
        ccain@cstrial.com
        Bradley A. Kloewer, No. 50565
        bkloewer@cstrial.com
        Steve Skarnulis
        skarnulis@cstrial.com
        Zachary H. Bowman
        zbowman@cstrial.com
        **Cain & Skarnulis PLLC**
        P. O. Box 1064
        Salida, Colorado 81201
        and
        303 Colorado Street, Suite 2850
        Austin, Texas 78701
        719-530-3011/512-477-5011 (Fax)

        Thomas J. Rogers III, No. 28809
        trey@rklawpc.com
        Mark Grueskin, No. 14621
        mark@rklawpc.com
        **RechtKornfeld PC**
        1600 Stout Street, Suite 1400
        Denver, Colorado 80202
        303-573-1900
        **ATTORNEYS FOR PLAINTIFF**