# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

# **EXHIBIT 4**

---

**From:** "Clay Clark" <founder@thrive15.com>
**To:** "Lyn Duden" <lduden@pinbn.com>
**Date:** 12/16/2020 10:04:48 AM
**Subject:** Re: Schedule Interview with Joe Oltmann/Conservative Daily
**Headers:**

```
Message-ID: <CAAWL=R2eQo4=y+fhFZQWjLDFAh
eKVxGSP4he2HnnXCezWLUpLA@mail.gmail.com>
From: "Clay Clark" <founder@thrive15.com>
Sender: "Clay Clark" <founder@thrive15.com>
References: <CAHv264aLjGZAj0W=+S-UidP9NOFrJa+ad7ZOjJNABZwS+TSfUw@mail.
gmail.com>, <CAAWL=R3j1COTa2OL0AUfkSui0SXuwBifSmiimeU3yHqjk8idVw@mail.
gmail.com>, <CAHv264ZLHPDoy9ydLSsA5LeNqy6CDOL7-GyMwdZjGoe9m957rg@mail.
gmail.com>, <CAAWL=R2TRJ39qDJx7+wGhrSKKUTXrAJq1jbuqF4T7z8KWA0P+w@mail.
gmail.com>, <CAHv264bVe0gU6AETmvDoXh6G6tgJiE-RGB--6Z4jG94dnPCY=w@mail.
gmail.com>, <CAHv264Yoiq=i47vHx1iPEwkqqe4rDZtYoLj+5EU3sSbiEYVKGg@mail.
gmail.com>, <CAAWL=R3LNmfPXCFt2NL1nyVFs9n=3-0EwP-fFsnk3UKz+iEoDA@mail.
gmail.com>, <CAHv264ah5qQkQCy3KsUUU7xOxA8St0PO-G=KwYzdPuj4HPiQ+g@mail.
gmail.com>, <CAHv264aVMm8K3gRmrsq08iOq-=A_r_wan6Y7nsvfZboH9O+xeA@mail.
gmail.com>, <CAAWL=R0i6BiCvhQ5kPigBtv1QgPtYWWf1AE_Bt3LLTZpm5O-OQ@mail.
gmail.com>, <CAHv264ZF7sY-O6c1Dm4ojLEFU2SFOSoS2qO_Hiz21hjvVopHfg@mail.
gmail.com>, <CAAWL=R0L7RwY2Rz0WEu9DFO2K9E+HB8iUFhaqZQBrtrRCC2JJg@mail.
gmail.com>, <CAHv264aHz026qOXZNizN89Cg3H1UXoKDP8StbXCPFTcsEzQzsQ@mail.
gmail.com> <CAAWL=R1eyiKEH+YphNaXEDQuXLYJ3b4VGrQjN+bQ_aT-chBzmw@mail.g
mail.com>
To: "Lyn Duden" <lduden@pinbn.com>
Subject: Re: Schedule Interview with Joe Oltmann/Conservative Daily
Date: Wed, 16 Dec 2020 10:04:48 -0600
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="Mark=_-1623999218-811999609960"
Delivered-To: lduden@pinbn.com
Received: by 2002:a92:c68e:0:0:0:0:0 with SMTP id o14csp
578739ilg; Wed, 16 Dec 2020 08:02:31 -0800 (PST)
X-Google-Smtp-Source: ABdhPJz6BrUA8kbISRUtqTMlmnT
l0np0r5Altgg3rCQox0hHeqwDo9aQlrl3RmeSaLuc1jq4PT1W
X-Received: by 2002:a25:3891:: with SMTP id f139mr33841410yba.4
65.1608134551101; Wed, 16 Dec 2020 08:02:31 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1608134551; cv=none; d=google.c
om; s=arc-20160816; b=SGdRV9hrUVeKY2NHyBYzJoRQpfwXB0dBL/qX5N/G
9FHA/x8Ca+6J/mQFiXpT7tYiPD TtEaCveiDxmDMmyUduOFRAhs/2NoBCmx3J
i9B8CPuBPrbxPba8wR712PmF7whOSwzYwn qwurvWNc4MttGbXRgVXR6kl3G8
aHTldBECIVYoKdR7w5htAmTPhBfIU5J7w8rHYh+Rfi OrgJiaO0KaZr1S3jC5
uzl5oafLB6NYJsnplQCVema/jUSwQLVS2emALkP/meVzLmU3ut lH2aOu97fH
W7SoV2rTG9W/0a+XvoV7saColDAOwv3jKe5fJER0r31m/0lGeohcCmnDZh bO
kA==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.co
m; s=arc-20160816; h=to:subject:message-id:date:from:in-reply-to:
references:mime-version :dkim-signature; bh=GeOAodsgpC55I
meZq/fXGAigyYxSRsKLHSHTS2CZp9I=; b=Ji3EOrnj0o4D/+tAGJDHRmsSXkk0QGJ
EAEcCAXNd1r0AA/zk9ai1hEymWAqb6z0PF/l sKd7+MjDZmUR81aYfEbjXG63L3M
vxf5FLJOT6QQBgwxo4JZY962uFIAH1l+6JwEdYeH1 Gk9oatBOAa0/rdDNUeJ8//
9nntsPv2W4umL331HGsilBNdHRRqmHUo5j3ID/7DzTbiW+ LobfmtuT/mxuYyDIS
HedjVOTxpB+kAA2+ijHK93xtFCegHCiM2lp1yMqsQYFpF+GxZs3 Jc99l2j632cB
EUaxHFh8NeSftjTCLIPKguOcKYQhWrJxqadrrGa2Gp+sTeNYVBCxKeJ2 hOhQ==
ARC-Authentication-Results: i=1; mx.google.com; dkim=pass h
eader.i=@thrive15.com header.s=google header.b=qjevHVbZ; sp
f=pass (google.com: domain of founder@thrive15.com designates 209
.85.167.51 as permitted sender) smtp.mailfrom=founder@thrive15.co
m
Return-Path: <founder@thrive15.com>
Received: from spamtitan.pinbs.com (spamtitan.pinbs.com. [23.176.96.80])
by mx.google.com with ESMTPS id a91si1722265ybi.318.2020.12.16.08.02
.30 for <lduden@pinbn.com>, (version=TLS1_3 cipher=TLS_AES_2
56_GCM_SHA384 bits=256/256); Wed, 16 Dec 2020 08:02:30 -0800 (PST)
Received-SPF: pass (google.com: domain of founder@thrive15.com desi
gnates 209.85.167.51 as permitted sender) client-ip=209.85.167.51;
Authentication-Results: mx.google.com; dkim=pass header.i
=@thrive15.com header.s=google header.b=qjevHVbZ; spf=pas
s (google.com: domain of founder@thrive15.com designates 209.85
.167.51 as permitted sender) smtp.mailfrom=founder@thrive15.com
Received: from localhost (localhost [127.0.0.1])by spamt
itan.pinbs.com (Postfix) with ESMTP id 04B2818F3BC0for <
lduden@pinbn.com>; Wed, 16 Dec 2020 09:02:30 -0700 (MST)
X-Virus-Scanned: by SpamTitan at pinbs.com
X-Spam-Flag: NO
X-Spam-Score: -1.054
X-Spam-Level:
X-Spam-Status: No, score=-1.054 tagged_above=-999 required=5 tests=[BAY
ES_00=-1.9, DKIM_INVALID=0.1, DKIM_SIGNED=0.1,HTML_MESSAGE=0.001, KAM_
```

Exhibit 0033

```
SHORT=0.001, RCVD_IN_DNSWL_NONE=-0.0001,RCVD_IN_MSPIKE_H2=-0.001, SPF_
HELO_NONE=0.001, ST_STOCK_PROFIT2=0.623,T_KAM_HTML_FONT_INVALID=0.01,
T_REMOTE_IMAGE=0.01,URIBL_BLOCKED=0.001] autolearn=no autolearn_force=
no
Received: from spamtitan.pinbs.com (localhost [127.0.0.1])b
y spamtitan.pinbs.com (Postfix) with ESMTP id E50A918F3B78f
or <lduden@pinbn.com>; Wed, 16 Dec 2020 09:02:10 -0700 (MST)
Authentication-Results: spamtitan.pinbs.com; dkim=pass (1024-bit
rsa key sha256) header.d=thrive15.com header.i=@thrive15.com
header.b=qjevHVbZ header.a=rsa-sha256 header.s=google x-bits=1
024; x-google-dkim=pass (2048-bit rsa key) header.d=1e100.net
header.i=@1e100.net header.b=WRgTpMzS; x-trusted-ip=pass
Received: from mail-lf1-f51.google.com (mail-lf1-f51.google.com [20
9.85.167.51])by spamtitan.pinbs.com (Postfix) with ESMTPS id 36E2B1
8F3B96for <lduden@pinbn.com>; Wed, 16 Dec 2020 09:02:08 -0700 (MST)
Received: by mail-lf1-f51.google.com with SMTP id u18so49618524lfd.9
for <lduden@pinbn.com>; Wed, 16 Dec 2020 08:02:07 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=thrive1
5.com; s=google; h=mime-version:references:in-reply-to:from:dat
e:message-id:subject:to; bh=GeOAodsgpC55lmeZq/fXGAigyYxSRsKLHSH
TS2CZp9I=; b=qjevHVbZ7qM2Kro83voe14Suq/cJAzRc5vS1gyW5zE706M402r
BgbKUxoyAN6XpZXA pJHaS4Yyi5oiajyMDbWTfZ/UPpci5VVLsSMOs7g7yU6E1
e1OUVY9DmrijUTnIFbrzvIl AvLheWmk46GqJKpuUe0h92jKjHCgYD24Ccqns=
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=
1e100.net; s=20161025; h=x-gm-message-state:mime-version:referenc
es:in-reply-to:from:date :message-id:subject:to; bh=GeOAo
dsgpC55lmeZq/fXGAigyYxSRsKLHSHTS2CZp9I=; b=WRgTpMzSum/D0tAbn3/nzm
jyhnsTiL/Ah+Sn2Blve1TwSobeV5/6iL2X5sFAXN2ThT 7Veymk3+ojxD9RFAlkh
w6dQZop4caOsQ0TdEU7/erMswuFRBT/udrw3ELcwxXO1kcwBO toRliFJ26s8Mvx
s4OQ7Uv5KoUcnvcStghAsxNCuzG/9UTZIud9aQnwWIJo8jmFhegbxv ohwEy5iX0
EmR/DJ59aGI2p76oK8kakaFZ+PXQUEjjaX8mD4eXwd2t0tVbXGoCDGGPPWd 9GAc
02V2ow4EHA0FAgT4DnxrR2sNS9jxZSfyxVLBXaHDZ8AM0jQmIpOfhR6IjL+Van8w
ilVg==
X-Gm-Message-State: AOAM532a8dE1tJo/uS5CBUDEygWYI8M7q0kbVUTY1xLx
KyVM6JXbuL3rMvcRwm1b4EG0Vi+zffN/Ihn5hUMgjjkTGRa3L+4ZCV447cVw4A==
X-Received: by 2002:a19:2256:: with SMTP id i83mr5752115lf
i.602.1608134525302; Wed, 16 Dec 2020 08:02:05 -0800 (PST)
In-Reply-To: <CAAWL=R1eyiKEH+YphNaXEDQuXL
YJ3b4VGrQjN+bQ_aT-chBzmw@mail.gmail.com>
X-Gm-Spam: 0
X-Gm-Phishy: 0
```

Lyn,

Standing by!

--
**Michael Peters**
**Executive Assistant for Clay Clark**

- Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
- Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
- U.S. SBA Entrepreneur of the Year
- Some People Don't Need A Hype Man...I Do (WATCH)
- Contributor for Entrepreneur Magazine
- What is Thrive15.com?
- U.S. Chamber National Quality Award Winner
- Co-Founder of 5 Kids (Read Fast Company Article for Proof)
- Speaker of Choice For Many of America's Largest and Smallest Companies

Confidentiality Notice:
This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.

> On Tue, Dec 15, 2020 at 3:54 PM Clay Clark <founder@thrive15.com> wrote:
> Confirmed
>
> > On Tue, Dec 15, 2020 at 3:50 PM Lyn Duden <lduden@pinbn.com> wrote:
> > Hi Clay,
> > Just confirming for Joe tomorrow for the interview. 10:00 am. I have the same zoom link attached

as last week. Is this the correct one?

Thank you,

On Thu, Dec 10, 2020 at 3:45 AM Clay Clark <founder@thrive15.com> wrote:
> Yes, let's do it
> --
> **Michael Peters**
> **Executive Assistant for Clay Clark**
>
> - Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
> - Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
> - U.S. SBA Entrepreneur of the Year
> - Some People Don't Need A Hype Man...I Do (WATCH)
> - Contributor for Entrepreneur Magazine
> - What is Thrive15.com?
> - U.S. Chamber National Quality Award Winner
> - Co-Founder of 5 Kids (Read Fast Company Article for Proof)
> - Speaker of Choice For Many of America's Largest and Smallest Companies
>
> Confidentiality Notice:
> This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.
>
> On Wed, Dec 9, 2020 at 9:46 AM Lyn Duden <lduden@pinbn.com> wrote:
>> Next Wednesday at 10:00?
>>
>> On Wed, Dec 9, 2020 at 9:41 AM Clay Clark <founder@thrive15.com> wrote:
>>> When should we reschedule?
>>> --
>>> **Michael Peters**
>>> **Executive Assistant for Clay Clark**
>>>
>>> - Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
>>> - Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
>>> - U.S. SBA Entrepreneur of the Year
>>> - Some People Don't Need A Hype Man...I Do (WATCH)
>>> - Contributor for Entrepreneur Magazine
>>> - What is Thrive15.com?
>>> - U.S. Chamber National Quality Award Winner
>>> - Co-Founder of 5 Kids (Read Fast Company Article for Proof)
>>> - Speaker of Choice For Many of America's Largest and Smallest Companies
>>>
>>> Confidentiality Notice:
>>> This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.
>>>
>>> On Wed, Dec 9, 2020 at 9:23 AM Lyn Duden <lduden@pinbn.com> wrote:
>>>> Good Morning Clay,
>>>>
>>>> Joe will have to reschedule this morning. He is home sick today.
>>>>
>>>> Sorry about the short notice
>>>> Thank you,

On Mon, Dec 7, 2020 at 1:38 PM Lyn Duden <lduden@pinbn.com> wrote:
Thank you. Sent over the change

On Mon, Dec 7, 2020 at 1:18 PM Clay Clark <founder@thrive15.com> wrote:
Which is 10:30cst? That is fine

--

**Michael Peters**
**Executive Assistant for Clay Clark**

- Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
- Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
- U.S. SBA Entrepreneur of the Year
- Some People Don't Need A Hype Man...I Do (WATCH)
- Contributor for Entrepreneur Magazine
- What is Thrive15.com?
- U.S. Chamber National Quality Award Winner
- Co-Founder of 5 Kids (Read Fast Company Article for Proof)
- Speaker of Choice For Many of America's Largest and Smallest Companies

Confidentiality Notice:
This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.

On Mon, Dec 7, 2020 at 1:10 PM Lyn Duden <lduden@pinbn.com> wrote:
Good Morning Clay,

Any chance we could move this interview up 30 min. to start at 9:30 am on Wednesday?

Thank you,

On Fri, Dec 4, 2020 at 7:50 AM Lyn Duden <lduden@pinbn.com> wrote:
Thank you

On Fri, Dec 4, 2020 at 4:22 AM Clay Clark <founder@thrive15.com> wrote:
Here is the Zoom link and the questions!

Join Zoom Meeting
https://zoom.us/j/97589036592?pwd=ZnJCeXZjc3g1ck9JdnJCdEw4dUpWdz09

Meeting ID: 975 8903 6592
Passcode: 650311

1. Joe, for the listeners out there that are not super familiar with your background, tell us a little about your background and what you do for a career?
2. Joe Oltmann, who is Eric Coomer and what is his role with DOMINION?
3. What does every American need to know about Eric Coomer and DOMINION?

4. How did you first discover the ANTIFA loving nature of Eric Coomer?
5. What did you learn about Eric Coomer when you began researching him?
6. What is Eric Coomer's role with DOMINION?
7. What is Eric Coomer's educational background?
8. Does Eric Coomer like President Donald Trump?
9. What did you learn about Eric Coomer as a result of looking into his social media posts?
10. So Joe, you went elk hunting...and then someone sent you an article...what happened?
11. What happened to the VOTING systems in Georgia, and what was Eric Coomer's role in this?
12. As you began doing your research...where has Eric Coomer traveled?
13. My understanding is that you actually signed an affidavit for Sidney Powell's investigation into VOTER FRAUD...is that correct?
14. What action do you want our listeners to take as a result of today's show?
15. What do we do with people that commit treason, sedition and subversive activities? https://uscode.house.gov/view.xhtml?path=%2Fprelim%40title18%2Fpart1%2Fchapter115&edition=prelim Is Eric Coomer going to go to jail for this?
16. Where is Eric Coomer going?
17. Why is it important for people to know that George Soros and Dominion actually shared office space at:
18. You've got the mic, what is one thing that you want to share with the Thrive Nation before you drop the mic?

--
**Michael Peters**
**Executive Assistant for Clay Clark**

- Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
- Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
- U.S. SBA Entrepreneur of the Year
- Some People Don't Need A Hype Man...I Do (WATCH)
- Contributor for Entrepreneur Magazine
- What is Thrive15.com?
- U.S. Chamber National Quality Award Winner
- Co-Founder of 5 Kids (Read Fast Company Article for Proof)
- Speaker of Choice For Many of America's Largest and Smallest Companies

Confidentiality Notice:
This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.

On Thu, Dec 3, 2020 at 9:26 AM Lyn Duden <lduden@pinbn.com> wrote:
> Monday the 7th @ 2:00 pm

Tuesday the 8th @ 3:00 pm
Wed. the 9th @ 10:00 am
(Mountain Time)


On Thu, Dec 3, 2020 at 9:20 AM Clay Clark <founder@thrive15.com> wrote:
> Give me any time at all and I will make it work!
>
> --
> **Michael Peters**
> **Executive Assistant for Clay Clark**
>
> - Co-host with Dr. Robert Zoellner of the ThriveTime Radio Show
> - Founder of www.Thrive15.com (As seen on Forbes, Bloomberg, YahooFinance, Fast Company, etc.)
> - U.S. SBA Entrepreneur of the Year
> - Some People Don't Need A Hype Man...I Do (WATCH)
> - Contributor for Entrepreneur Magazine
> - What is Thrive15.com?
> - U.S. Chamber National Quality Award Winner
> - Co-Founder of 5 Kids (Read Fast Company Article for Proof)
> - Speaker of Choice For Many of America's Largest and Smallest Companies
>
> Confidentiality Notice:
> This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you. You are a beautiful human.


On Thu, Dec 3, 2020 at 9:17 AM Lyn Duden <lduden@pinbn.com> wrote:
> Good Morning,
> I am following up on an email request for an interview with Joe Oltmann. Please let me know what available times you have and I can get this scheduled for Joe.
>
> Please give me a call if easier to schedule.
>
> Thank you,
>
> --



Lyn Duden
Executive Assistant
e: lduden@pinbn.com
p: (303) 324-4310
w: pinbn.com
a: 6200 S Syracuse Way Suite 125, Greenwood Village, CO 80111



--