## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

## EXHIBIT 14

| | |
|---|---|
| **From:** | "LTG R Mike Flynn" <zulutym@gmail.com> |
| **Sent:** | Sat, 14 Nov 2020 12:51:04 -0500 (EST) |
| **To:** | joshua.steinman@icloud.com |
| **Bcc:** | zulutym@gmail.com |
| **Subject:** | Fwd: Eric Coomer Dominion |

See below

**Michael T. Flynn**
**Lt. Gen., USA (RET)**

Begin forwarded message:

**From:** Sidney Powell <Sidney@federalappeals.com>
**Date:** November 14, 2020 at 12:31:35 PM EST
**To:** LTG R Mike Flynn <zulutym@gmail.com>
**Subject: Fwd: Eric Coomer Dominion**

Get to Josh asap

---------- Forwarded message ---------
From: **Jerry Waller** <richmond45@yahoo.com>
Date: Sat, Nov 14, 2020, 11:37 AM
Subject: Eric Coomer Dominion
To: <info@sidneypowell.com>

Sidney,
Michelle Mallon recently, yesterday, interviewed Joe Oltmann.

Massive information was given about:

Eric Commer, VP Security - Strategy
Dominion Voting Systems

Here is the link:

https://www.facebook.com/therightmichellemalkin/videos/2336616753141046/

At min 21 of this Video Joe Oltmann discusses Eric Coomer's threats against President Trump.

Eric Coomer may hold the key to the entire election theift by Dominion.

Eric Coomer should be arrested immediately.

I hope your efforts produce justice for General Flynn and President Trump.

Very best regards,

Jerry R Waller
407-545-1423
EagleAerospaceAcademy.Com

Sent from my iPhone

EXHIBIT
Ex 21