# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

# EXHIBIT 15

---

| | |
|---|---|
| **From:** | "Sidney Powell" <sidney@federalappeals.com> |
| **Sent:** | Mon, 21 Dec 2020 21:54:10 -0500 (EST) |
| **To:** | "flynn resilientpatriot.com" <flynn@resilientpatriot.com>; "Abbie Frye" <abbie@kraken-wood.com> |
| **Subject:** | Fwd: Evidence for Congressional contacts |

Sidney Powell
www.SidneyPowell.com
Federal appellate attorney and author of LICENSED TO LIE & co-author of CONVICTION MACHINE


---------- Forwarded message ---------
From: **Christos Makridis** <camakridis@protonmail.com>
Date: Mon, Dec 21, 2020, 9:46 PM
Subject: Evidence for Congressional contacts
To: enewman <enewman@protonmail.com>, Howard <howard415@protonmail.com>
Cc: Sidney Powell <sidney@federalappeals.com>


Hi Emily and Howard,

I've continued coordinating with Bob Destro and John Baker. There are some positive developments in building Congressional support. Senator Cotton needs to know the name of the case and the federal court in Georgia which issued the order preventing changes in the voting machines, whether the order still applies, and the names / contacts of the attorneys handling the case.

Relatedly, John Baker also has been working with allied security and the lawyer who originally got the order in Antrim, as well as Joe Oltmann who put the information about Eric Coomer and Garland Favoritino.

Our team should 100% be coordinating with them since they have more information on the machines, but we need to be sharing it.

--
Christos A. Makridis
www.christosmakridis.com

Sent with ProtonMail Secure Email.

EXHIBIT
_____
Ex 26