IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show,
CLAYTON THOMAS CLARK, individually, and
REOPEN AMERICA LLC, doing business as ReAwaken America Tour,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Fourth Unopposed Motion to Modify Scheduling Order** [#157] (the "Motion").[1]

    IT IS HEREBY **ORDERED** that the Motion [#157] is **GRANTED**. The discovery cut-off is extended to **twenty-one days after both** the Recommendation [#144] **and** Plaintiff's Unopposed Motion for Leave for Substituted Service of Subpoena to Testify at a Deposition in a Civil Action and Produce Documents Directed at Ryan McBride [#155] have been resolved. The dispositive motion deadline is extended to **thirty days after** the discovery deadline.

    Dated: August 19, 2024

---

[1] Since 1990, those who hold my position across the country have been known as "United States Magistrate *Judges*." Judicial Improvements Act of 1990, codified in part at 28 U.S.C. § 631 (emphasis added). That means, of course, that the title of "Magistrate Judge" has been in use for thirty-four years. Although Plaintiff uses the correct title on page 2 of the Motion [#157], the incorrect title is used on page 3. Omission of the word "Judge" from the title may reflect mere carelessness but is nevertheless inappropriate.