## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

### NOTICE OF ERRATA OF EXHIBIT 13 to
### PLAINTIFF'S MOTION TO LEAVE
### TO FILE SECOND AMENDED COMPLAINT

---

TO THE HONORABLE MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Notice of Errata of Exhibit 13 to his Motion for Leave to File Second Amended Complaint, and shows as follows:

1. Plaintiff filed his Motion for Leave to File Second Amended Complaint (the Motion) on August 19, 2024 [ECF 161]. Footnote 16 to the Motion cited to Exhibit 10, the deposition transcript of Michael Flynn, but erroneously cited to only 60:15-64:8 of that exhibit. This citation does not encompass the entirety of statements referenced in footnotes 16-18 of the Motion. A more inclusive citation is to Exhibit 10, 55:14-64:8.

1

2. Included therewith was an A/V clip from the deposition of Michael Flynn taken April 4, 2024. The new clip including the full excerpt is at this link: https://caincloud.egnyte.com/fl/ywINUfQdlR/20240820_Coomer_Notice_of_Errata_re_Exhibit_13_to_ECF_161_

Respectfully submitted this 20th day of August 2024.

          /s/ Bradley A. Kloewer
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**