IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KLM

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

### PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Reply in Support of Motion for Leave to File Second Amended Complaint (the Motion), stating in support thereof as follows:

1. Dr. Coomer's Motion for Leave to File Second Amended Complaint is uncontested. Even if it were contested, the Motion contains ample support for the proposed amendments. Dr. Coomer, therefore, requests that the Court issue an Order granting the Motion.

## BACKGROUND

2. Dr. Coomer filed the Motion on August 19, 2024. [ECF 161]. On August 20, 2024, the Court issued an order directing a response to the Motion be filed no later than September 3, 2024, and a reply in support of the motion no later than September 10, 2024. [ECF 163].

3. Defendants did not file a Response.

1

## ARGUMENT

4.  A motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority in the motion. D.C.Colo.L.Civ.R. 7.1(d). The responding party shall have 21 days after the date of service of a motion, or such lesser or greater time as the court may allow, in which to file a response. *Id*. The moving party may file a reply no later than 14 days after the date of service of the response, or such lesser or greater time as the court may allow. *Id*.

5.  Dr. Coomer filed his Motion on August 19, 2024. Under the default 21-day response timeline, Defendants' Response would have been due on September 9, 2024. As noted above, in this instance the Court issued an Order moving that deadline up 6 days, to September 3, 2024. [ECF 163]. In either case, Defendants have failed to respond to the Motion, or to argue any grounds why it should not be granted.

6.  "Defendants are litigants in a federal lawsuit and must participate in the adjudication of the case, including responding to discovery, complying with Court Orders, and participating in the adjudication of pending motions." *Stine v. Nafziger*, 2008 WL 5120697 (D.Colo. Jan. 13, 2009) (noting that "Defendants' failure to respond to any motion within the deadline prescribed by D.C.Colo.L.Civ.R. 7.1(d) will result in the imposition of sanction, including monetary penalties, default judgment, or both.").

7.  The Court has discretion to determine a motion as uncontested on the basis of an untimely response. *See Clay v. United Parcel Service, Inc*., 599 Fed.Appx. 334, 335 (10th Cir. 2015) ("[T]he district court did not err in deciding UPS' motion as uncontested. Clay filed an untimely response to UPS' motion, and he does not argue otherwise.") (citing *Reed v. Bennett*, 312 F.3d 1190, 1194 (10th. Cir. 2002) (holding untimely response can result in district court deciding motion as uncontested)).

8. Even if Defendants had attempted to contest the Motion, any such arguments would have been insufficient to warrant denial. This is because Dr. Coomer's Motion to add a claim for exemplary damages is supported on numerous factual grounds, various legal bases, this Court's own findings that Dr. Coomer's *existing* complaint already sufficiently alleges the actual malice necessary to sustain a claim for exemplary damages,[1] and another division of this Court's order allowing a claim for exemplary damages to proceed in a related proceeding on very similar facts.[2] *See generally*, Motion at. pp. 10-15.[3]

## CONCLUSION

For the reasons stated, Eric Coomer, Ph.D. asks this Court to grant his Motion for Leave to File Second Amended Complaint. Eric Coomer, Ph.D. further requests the Court order that the Second Amended Complaint be filed no later than 5 days following the entry of the Court's order granting the relief. Eric Coomer, Ph.D. requests further relief to which he may be justly entitled.

---

[1] *See* Order Denying Defendants' Special Motion to Dismiss and Defendants' Motion to Strike [ECF 45] (Mar. 7, 2023); *see also* Motion, p. 14 FN 38.

[2] *See Coomer v. Lindell et. al.*, Case No. 22-cv-01129-NYW-SKC, Order Granting Motion to Amend (D. Colo. July 7, 2023)[2] (*citing Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014)).

[3] Dr. Coomer defers to these unrebutted arguments for purposes of this filing.

Respectfully submitted this 10th day of September 2024.

             */s/ Bradley A. Kloewer*
             Charles J. Cain, No. 51020
             ccain@cstrial.com
             Bradley A. Kloewer, No. 50565
             bkloewer@cstrial.com
             Zachary H. Bowman
             zbowman@cstrial.com
             **Cain & Skarnulis PLLC**
             P. O. Box 1064
             Salida, Colorado 81201
             and
             303 Colorado Street, Suite 2850
             Austin, Texas 78701
             719-530-3011/512-477-5011 (Fax)

             Thomas J. Rogers III, No. 28809
             trey@rklawpc.com
             Mark Grueskin, No. 14621
             mark@rklawpc.com
             **RechtKornfeld PC**
             1600 Stout Street, Suite 1400
             Denver, Colorado 80202
             303-573-1900
             **ATTORNEYS FOR PLAINTIFF**