IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show, and
CLAYTON THOMAS CLARK, individually,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on a disputed discovery issue e-mailed to Magistrate Judge Starnella's Chambers on September 19, 2024. After conferral with counsel,

    IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **October 4, 2024**, at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    IT IS FURTHER **ORDERED** that Attorney Brad Kloewer, counsel for Plaintiff, may appear by video teleconference ("VTC") at the Discovery Hearing. The following meeting instructions shall be utilized:

• For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

    Dated: September 26, 2024