# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

# EXHIBIT 2

---

**From:** Charlie Cain <ccain@cstrial.com>
**Date:** Monday, September 16, 2024 at 3:41 PM
**To:** Mark Sares <msares@hkjp.com>
**Cc:** Scotti Beam <sbeam@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>
**Subject:** Conferral

Mark,

We need to confer on two matters.

First, the Court awarded fees and costs to Dr. Coomer as a result of Mr. Oltmann's noncompliance with Judge Starnella's discovery rulings and orders. We have calculated those fees at $18,494 and costs at $2,556. I assume you will want an opportunity to respond and will oppose, but please confirm that fact for me.

Second, the September 4 Order requires Mr. Oltmann to pay $1,000 per day until he complies with Judge Starnella's rulings and orders. As of today, that amount is $12,000. Since the Order was issued, Mr. Oltmann has publicly stated that he will never comply with it. I ask that you either have your client remit payment for all monies due to date or confirm his public statements regarding his intent not to comply. We also need an update on when (or if) we can schedule the completion of his deposition and expect supplementation of the documents he was ordered to produce. If we don't hear from you, I will assume that Mr. Oltmann's public statements are his actual position in this litigation, and we will seek a show cause order with respect to the September 4 Order and likely other remedies.

Are you available tomorrow to discuss?

Thanks,

Charlie

************

Charles J. Cain
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011-Fax
719-530-3011 (Salida Office)
ccain@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.