# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

# **EXHIBIT 11**

---



# Defend Joe Oltmann in Fighting Legal Tyranny

## Background

Since I was a little girl, my Dad has always had some great sayings, but the three that always stuck with me:

- "They can't take away your birthday, and they can't eat you."
- "Think for yourself."
- "What is right is rarely popular, and what is popular is rarely right."

I never thought these sayings would hold as much weight as they do now, as I support my Dad in fighting for what is right regardless of the consequences.

For the last four years, my Dad has dealt with ongoing legal battles, threats toward him and my family, poisonings, and people showing up to the house with guns - things that if you told me before 2020 would happen, I wouldn't have thought possible. The day my Dad decided to report on the Antifa Call publicly changed our lives forever. The Director of Strategy and Security of Dominion Voting Systems, Eric Coomer, stated, "Don't worry about it, Trump is not going to win, I made sure of it." My Dad could have easily walked away at that point, grown his businesses, spent time with our family, and filed it away in the back of his brain under "not my problem." But not my Dad. He stepped

up as a journalist and a whistleblower, reporting on the system and people who were supposed to advocate for the voice of the American people.

The information that the call was happening was given to him by someone who was also trying to do the right thing. While they will never be identified for their safety, they also showed immense courage.

Another individual gave access my dad to Eric Coomer's facebook page, showing a history of disturbing posts, political bias and division. They will also never be identified for their safety, but this person also stepped up and shared the truth.

These actions have led my Dad to the most recent court battle. The court has relentlessly pursued my Dad to reveal his sources, recently imposing a $1,000 daily fine as punishment for his refusal to comply in a case that he is not even party to. Clay Clark is being sued for having my dad speak at an event. His refusal to reveal sources is not a matter of stubbornness but a deeply held belief in standing up for what is right—especially when the safety of others is on the line.

This fight has already taken an enormous toll on my Dad and our family. He has paid thousands of dollars in sanctions due to his refusal to answer deposition questions about his source and comply with unlawful court orders. Still, the financial penalty is nothing compared to the weight of standing up against what I believe is an unjust system. This battle is not only a fight to protect his source but a battle against a judicial system that has been weaponized against my Dad and many more Americans like him. The system seems determined to break him and our family financially and emotionally, hoping we will cave under the pressure. But he won't. Not my Dad.

## Support My Dad

Unfortunately, the weight of this battle is immense. The fines, which continue to accrue daily, are more than anyone should bear alone. That's why I'm asking for your help.

By supporting my Dad in this fight, you're helping him continue to stand up to a system determined to repress the truth. Every bit of support—financial or otherwise—helps my Dad continue this fight with the courage and determination that brought him to this point.

This is a fight for the freedom of the press, the safety of those who dare to tell the truth, and the rights that make our society free and fair. Your help is crucial; together, we can stand for what's right.