IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

**EXHIBIT 13**



# PIN Business Network

Data solutions that drive businesses.

Advertising Services · Greenwood Village, CO · 2K followers · 51-200 employees

Follow · Message

**Home** **About** **Posts** **Jobs** **People**

## Overview

PIN's business network and marketing platform convert numbers into data to identify, target, and engage customers. We use digital marketing tactics, powerful data-driven intelligence, and robust community engagement on platforms that we own to help clients succeed. We are a fully integrated customer-growth engine, driven by data and inspired by our belief in the power in numbers.

We are a data company and consider it our job to understand exactly how data is gathered, transferred, analyzed, and protected. While some dismiss data as a bunch of numbers, disorganized and unusable, we see it as valuable intelligence, full of potential and living inside your digital assets.

In today's digital world, it's no longer effective to be a "spray and pray" marketer. By stringently analyzing data, we can measure what's working and what's not and adjust accordingly. We carefully consider both the messages we deploy and the methods with which we deploy them. It's this precise, disciplined approach that makes us who we are.

PIN's first-of-its kind co-op marketing platform has the capability of reaching 100% of the community without an adverse cost to business. Our integrated, multi-channel deployment methods are based on robust data intelligence and are designed to spur customer growth. Mix in the marketing talents of our team, and you get one of the most sophisticated and innovative partners in the industry.

We are leaders, marketers, creators, innovators, and your partner. We are the sum of our parts. We are PIN - Power In Numbers!
Data, Discipline & Deployment.

**Website**
http://pinbusinessnetwork.com

**Phone**
866-441-4677

**Industry**
Advertising Services

**Company size**
51-200 employees
44 associated members

**Headquarters**
Greenwood Village, CO

**Founded**
2012

**Specialties**
Data, DaaS, SaaS, Marketing, Analytics, Content Creation, IT Management, IT Solutions, Data Security, Video Production, Data Attribution, Data Aggregation, Persona Building, and Graphic Design

## Locations (1)

Primary
6200 S Syracuse Way, Suite 125, Greenwood Village, CO 80111, US

Get directions

Ad ···
Brad, unlock your full potential with LinkedIn Premium



Reactivate your Premium free trial today

Retry for $0

### Pages people also viewed

**PiDoxa Tech Solutions**
Technology, Information and Internet
173 followers

+ Follow

**Gemini Mountain Medical-Arthrex**
Medical Equipment Manufacturing
1,627 followers





Follow

**GTM Dart**
IT Services and IT Consulting
188 followers

Follow

Show all →

**People also follow**

**National Park Service**
Government Administration
646,408 followers

Peter & 1 other school alum work here

Follow

**Zakat, Tax and Customs Authority**
Government Administration
459,181 followers

Follow

**UN Biodiversity**
International Affairs
397,175 followers

Follow

Show all →

Promoted

**Attorney Needed ASAP**
Crucial need for a local attorney in your area. Schedule a demo now!

**6-Week Online Classes**
Earn an online master's degree designed for busy professionals at UAGC.

**MS in Sport Management**
Top 10 Sport Management Program in the World - SportBusiness 2023