IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

      Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, doing business as ThriveTime Show,
CLAYTON THOMAS CLARK, individually, and
REOPEN AMERICA LLC, doing business as ReAwaken America Tour,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [#177] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#177] is **GRANTED**. The discovery cut-off is extended to **October 25, 2024**. The dispositive motion deadline is extended to **November 25, 2024**.

Dated: September 27, 2024