**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03440-WJM-KAS

ERIC COOMER,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC, LLC, D/B/A THRIVETIME SHOW,
REOPEN AMERICA, LLC dba REAWAKEN AMERICA TOUR, AND
CLAYTON THOMAS CLARK, individually

Defendants.

_____

**DEFENDANTS' NOTICE OF PARTICIPATION IN OCTOBER 9, 2024
EVIDENTIARY HEARING**
_____

Defendants Make Your Life Epic, LLC, d/b/a Thrivetime Show ("Make Your Life Epic"), Reopen America, LLC d/b/a Reawaken America Tour ("ReOpen"), and Clayton Thomas Clark ("Clark") (collectively "Defendants") submit this Notice of their participation in the evidentiary hearing set for October 9, 2024, in compliance with the Court's Order to Show Cause [Doc. 191] as follows:

    1.    Defendants anticipate Plaintiff and non-party Mr. Oltmann will address most, if not all, of the issues and evidence pertinent to the Court's Order to Show Cause.

    2.    However, Defendants seek to reserve their right to participate in discovery directed at Mr. Oltmann. Thus, counsel for Defendants will attend the hearing and would like to present a brief opening and/or closing argument, the combined total of which will not exceed three minutes.

DATED: October 7, 2024

Respectfully submitted,

*/s/ Melissa A. Wiese*
Thomas B. Quinn
Melissa A. Wiese
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
tquinn @grsm.com
mwiese@grsm.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2024 a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court, which will send notification to all counsel of record.

*/s/ Monica L. Vela*
Monica L. Vela