IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

### MOTION TO SET FINAL PRETRIAL CONFERENCE

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through the undersigned counsel, respectfully requests this case be set for a Final Pretrial Conference.

#### CONFERRAL

Plaintiff's counsel began conferring with counsel for Defendants on December 2, 2024. Defendants responded by stating their client has not yet advised them on their position and, therefore, they do not take a position on the Motion. If Defendants' counsel provides an update on his clients' position, the undersigned will notify the Court immediately.

1

## I. RELEVANT BACKGROUND

1. Plaintiff's Original Complaint was filed on December 22, 2021,[1] 1,078 days ago.

2. On May 18, 2023, then-Magistrate Judge Kristen Mix held a Scheduling Conference and entered Courtroom Minutes dictating pretrial matters in order to allow this case to proceed to trial.[2] In the Courtroom Minutes, the Court indicated that this Court would set a **Trial Preparation Conference** and **Trial** at a future date.[3]

3. On September 4, 2024, the Court issued its Order Overruling Oltmann's Objections and Adopting the Magistrate Judge's Recommendations.[4] This Order relates to Nonparty Joseph Oltmann's (Oltmann) civil contempt in failing to respond to ordered discovery and fleeing a prior deposition while it was being conducted in Magistrate Judge Starnella's jury room.

4. On September 19, 2024, Plaintiff filed a Second Amended Complaint, his current live pleading.[5]

5. On October 4, 2024, Oltmann filed a Notice of Appeal of the September 4 Order.[6]

6. Oltmann's appeal is the second filed in this case. The first appeal was filed by Defendants on April 6, 2023, seeking to overturn this Court's order denial of their

---

[1] Dkt. 1.

[2] Dkt. 74.

[3] *Id*. at p. 2 (emphasis in original).

[4] Dkt. 168.

[5] Dkt. 175.

[6] Dkt. 195.

special motion to dismiss.[7]  The Tenth Circuit Court of Appeals denied Defendants/Appellants' motion to stay these proceedings on June 20, 2023,[8] and ultimately dismissed the appeal on April 23, 2024.[9]

7. On October 8, 2024, this Court determined it did not have jurisdiction to proceed with an evidentiary hearing on an Order to Show Cause with respect to Oltmann's violation of the September 4 Order.[10]

8. On October 11, 2024, Defendants filed their Answer to Plaintiff's Second Amended Complaint.[11]

9. On October 25, 2024, discovery closed.[12]

10. On October 28, 2024, the Tenth Circuit Court of Appeals denied Plaintiff's request for an expedited appeal.[13]  *See* **Exhibit 1**.  The court of appeals extended Oltmann's deadline to file his opening brief until January 6, 2025.  The same order discouraged Oltmann from filing further extensions.[14]

---

[7] Dkt. 56.

[8] *See* Doc: 010111036653, Judgment, *Eric Coomer, Ph.D. vs Make Your Life Epic LLC, d/b/a ThriveTime Show; Clayton Thomas Clark*; No. 23-1109; United States Court of Appeals for the Tenth Circuit.

[9] *See Coomer v. Make Your Life Epic LLC et al.*; 98 F4th 1320 (10th Cir. 2024).

[10] Dkt. 205.

[11] Dkt. 207.

[12] Dkt. 183.

[13] Doc: 20; Order, *Coomer v. Make Your Life Epic LLC, d/b/a Thrive Time Show, et al.*; No. 24-1390; United States Court of Appeals for the Tenth Circuit.

[14] *Id.* at p. 2.

3

11.     Defendants' Motion for Partial Summary Judgment was filed on November 25, 2024.[15] Plaintiff anticipates filing his response thereto on or before the December 16, 2024 deadline.

12.     Except for issues surrounding Oltmann's contempt and the lack of obtaining the related testimony and documents, discovery in this matter is substantially complete.

13.     No pretrial conference is currently set.

## II.     REQUEST TO SET PRETRIAL CONFERENCE

14.     Dr. Coomer respectfully requests that the Court set a Final Pretrial Conference.

15.     This case is three years old.  Discovery has closed.  If the case's procedural history is a harbinger of the future, an opinion on the Oltmann contempt appeal will not be issued until late summer or fall 2025.  The unknown timeline associated with the Oltmann appeal complicates matters, but it does not follow that the case should not proceed towards trial.  In this regard, no appellate stay has been sought and this Court's lack of jurisdiction only relates to issues surrounding the appeal of the contempt order against a non-party.

16.     The current circumstances are prejudicial to Dr. Coomer.  However, given the alternative, Dr. Coomer is least prejudiced by moving forward.  While this is not the only relevant consideration, it is also in the overall interest of judicial economy.

---

[15] Dkt. 213.

17.     To be clear, Dr. Coomer intends to exercise his right to issue a trial subpoena for Oltmann's testimony and documents irrespective of the conclusion of the Oltmann contempt appeal.[16]  This bridge can be crossed at that time.

For these reasons, Plaintiff Eric Coomer, Ph.D. requests that this Court set this matter for a Final Pretrial Conference at the Court's earliest convenience.

Respectfully submitted this 4th day of December 2024.

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

---

[16] As this Court has made clear, Oltmann has already waived most if not all issues on appeal.

5