IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Unopposed Motion to Seal Exhibit, and shows the Court as follows.

**Conferral**

On February 4, 2025, Plaintiff's counsel conferred via email with Defendants' counsel regarding the relief requested herein. Defendants do not oppose the relief requested.

1. On December 13, 2022, in a companion case styled *Eric Coomer, Ph.D. vs. Michael J. Lindell, et al*; bearing Civil Action No. 1:22-cv-01129-NYW-SKC, the Court entered a Minute Order (Level 1 Restricted) [ECF 86 therein].

2. On March 5, 2024, herein Dr. Coomer filed his Response to Non-Party Joseph Oltmann Objection to Subpoena and Motion for Protective Order. [ECF 116]. In

1

connection with the Response, Dr. Coomer inadvertently filed ECF 86 referenced above without restriction. [ECF 116-12]. Dr. Coomer became aware of this oversight while preparing his supplemental appendices for *Coomer v. Oltmann*, Case No. 24-1930, currently pending before the Tenth Circuit Court of Appeals.

3. Pursuant to D.C.Colo.LCivR 7.2, a motion to restrict public access shall be open to public inspection and shall:

(1) identify the document or the proceeding for which restriction is sought;

(2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction);

(3) identify a clearly defined and serious injury that would result if access is not restricted;

(4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question; and

(5) identify the level of restriction sought.

4. Plaintiff seeks here to adhere to the level of restriction originally imposed on the document by the Court in *Coomer v. Lindell et. al.*

5. Plaintiff understands that document to have originally been restricted on account of its discussion of various security protocols in place at the Alfred J. Arraj Courthouse. These protocols exist for the protection of judicial officers, courthouse staff, parties to disputes, and all other individuals or entities who utilize the services of the

courthouse. Maintaining the secrecy of some of those security measures is in the public interest, and presumably forms the basis of the Court's decision to restrict that document in the first place.

6. Restriction is appropriate because the general public does not have an interest in the substance of this document, nor do its contents have any relation to the dispute in question.

7. Plaintiff requests that the document be sealed as Level 1 Restricted, pursuant to its original designation in *Coomer v. Lindell et. al.*

8. For the reasons stated herein, Dr. Coomer requests this Court enforce the restriction on public access to the information contained in the minute order and restrict access to ECF 116-12. Eric Coomer, Ph.D. requests such other and further relief to which he may be entitled to receive.

Respectfully submitted this 5th day of February 2025.

                                   */s/ Bradley A. Kloewer*
                             Charles J. Cain, No. 51020
                             ccain@cstrial.com
                             Bradley A. Kloewer, No. 50565
                             bkloewer@cstrial.com
                             **Cain & Skarnulis PLLC**
                             P. O. Box 1064
                             Salida, Colorado 81201
                             719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**