FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

June 18, 2025

_____

Christopher M. Wolpert  
Clerk of Court

ERIC COOMER, Ph. D.,

    Plaintiff - Appellee,

v.

MAKE YOUR LIFE EPIC, LLC, d/b/a Thrive Time Show; REOPEN AMERICA, LLC, d/b/a ReAwaken America Tour; CLAYTON THOMAS CLARK, individually,

    Defendants.

------------------------------

JOSEPH OLTMANN,

    Deponent - Appellant.

No. 24-1390  
(D.C. No. 1:21-CV-03440-WJM-KAS)  
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HOLMES**, Chief Judge, **KELLY**, and **FEDERICO**, Circuit Judges.

_____

    This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

    The judgment of that court is affirmed.

The case is remanded to the United States District Court of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk