**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**EXHIBIT 15**

---

1

1  JUNE 5, 2025, JURY TRIAL DAY 4 - REALTIME TESTIMONY OF J.
2  OLTMANN
3          THE COURT:  Are you all ready to call your next
4  witness?
5          MR. KLOEWER:  Yes, Your Honor.  The plaintiff calls
6  Joe Oltmann.
7          THE COURT:  Ms. Hall, if you would like to come
8  forward and sit at counsel table, it is okay.
9          MS. HALL:  Is it okay that I sit here?  I already
10  have all my stuff.
11          THE COURT:  That is fine, as long as you speak into
12  the microphone.
13          MS. HALL:  No problem, Your Honor.
14                          **JOE OLTMANN**
15  having been first duly sworn, testified as follows:
16          THE WITNESS:  Yes, ma'am.
17          COURTROOM DEPUTY:  Please be seated.
18          Please state your name, and spell your first and
19  last name for the record.
20          THE WITNESS:  Joe Oltmann.  What else?
21          COURTROOM DEPUTY:  Spell your first and last name
22  for the record.
23          THE WITNESS:  JOE, last name OLTMANN.
24                      **DIRECT EXAMINATION**
25  **BY MR. KLOEWER:**

1  Q.   And is that -- that is following a lawsuit that

2  Frankspeech filed against you, PiDoxa and pin business

3  network earlier this year, is it not?

4  A.   It is not.

5  Q.   You are aware of that lawsuit?

6  A.   It's actually not -- it is not a lawsuit.

7  Q.   Okay.  But you are aware the lawsuit was filed

8  against you?

9  A.   It was not filed against me.  Do you want to know the

10 circumstances of that?

11 Q.   No, I don't.  Let me ask you this, Mr. Oltmann.  Mike

12 Lindell owes you money, doesn't he?

13 A.   Quite a bit.

14 Q.   How much money does Mike Lindell owe you?

15 A.   Mike Lindell personally owes me 3 million dollars and

16 Frankspeech owes us with subrogation, approximately 9

17 hundred thousand plus the remainder of the contract that

18 went unfulfilled.

19 Q.   So fair to say that if the jury were to enter a

20 verdict against Mike Lindell and Frankspeech, that would

21 impact their ability to pay you back, wouldn't it?

22 A.   No, I don't think so.  I don't.

23 Q.   All right.  We are going to get into some questions

24 about the facts of this case a little more.  I want to

25 talk a bit more about your credential and background