**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

    Defendants

---

**PLAINTIFF'S MOTION FOR APPELLATE ATTORNEY FEES AND COSTS**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through counsel, files this Motion for Appellate Attorney Fees and Costs to provide support for the ordered relief:

**SUMMARY**

1. This Motion is submitted in accordance with this Court's July 1, 2025 Order (July 1 Order) directing Plaintiff to file a motion for appellate fees and costs in accordance with the Tenth Circuit's opinion issued on June 18, 2025 (Oltmann Opinion). (ECF Nos. 239-241). In the Oltmann Opinion, the Tenth Circuit stated: "Rather, as a sanction, we order that Oltmann pay Coomer's reasonable expenses, including reasonable attorney's fees, and costs associated with this appeal." (ECF No. 239 at p. 16).

2. The July 1 Order incorporated Dr. Coomer's prior Motion for Fees and Costs relating to the contempt proceeding. (ECF No. 170). That motion sought fees of

1

$16,966.88 and costs of $2,656.36 "directly incurred as a result of [Mr. Oltmann's] non-compliance with Judge Starnella's ruling and orders." (ECF No. 168 at p. 13).

3. Oltmann filed his Notice of Appeal of the Order Overruling Joseph Oltmann's Objections And Adopting As Modified The Magistrate's Recommendation (the Contempt Order) (ECF No. 168) on October 4, 2024.

4. The Oltmann Opinion was issued on June 18, 2025. Thus, this Motion necessarily relates to fees and costs incurred between October 4, 2024, and shortly after the Oltmann Opinion was issued on June 18, 2025.

5. Based on the analysis detailed herein, Dr. Coomer contends he is entitled to $37,932.50 in reasonable attorney's fees and costs associated with the Oltmann appeal.

## ARGUMENT

6. Pursuant to the July 1 Order, Dr. Coomer submits the Declaration of Plaintiff's counsel, Charles J. Cain, attached hereto as **Exhibit A**, along with evidence attached thereto, reflecting fees and costs incurred relating to the appeal of the Contempt Order (ECF No. 168).

7. The Declaration was informed and guided by this Court's analysis in *Massey v. Computer Share Limited,* 2024 WL 4728744 at *8-9 (D. Colo. 2024) and by *United Phosphorous, Ltd. v. Midland Fumigant, Inc.*, 205 F.3d 1219, 1233 (10th Cir. 2000).

8. With respect to the costs incurred for copies of appellee briefs submitted to the Court of Appeals, they have been reduced from the actual charges to Dr. Coomer of $348 to $63.20 based on counsel's interpretation of the maximum amount allowed by the Tenth Circuit. 10th Cir. R. 39.1.

9.      Based on the foregoing, Dr. Coomer requests an award of reasonable appellate attorney's fees in the amount of $37,932.50 and costs of appeal of $63.20.

**PRAYER**

For the reasons stated herein, Eric Coomer, Ph.D. prays this Court grant this Motion and award him reasonable fees in the amount of **$37,932.50**, and costs in the amount of **$63.20**, for a total award of **$37,995.70**, against Joseph Oltmann, in addition to those amounts previously requested as a result of Oltmann's non-compliance with Judge Starnella's ruling and orders and as detailed in ECF No. 170. Alternatively, and given the Court's scheduled evidentiary hearing on this matter, Dr. Coomer requests an award of fees and costs commensurate with the evidence presented at the hearing.

Respectfully submitted this 8th day of July 2025.

/s/ *Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

3