**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

      Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW,
REOPEN AMERICA LLC dba REAWAKEN AMERICA TOUR, and
CLAYTON THOMAS CLARK, individually,

      Defendants

---

**JOINT STIPULATED NOTICE OF SETTLEMENT**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

      Pursuant to Federal Rule of Civil Procedure 41 and this Court's Practice Standards, Plaintiff Eric Coomer, Ph.D. (Plaintiff) and Defendants Make Your Life Epic LLC dba Thrivetime Show, Reopen America LLC dba Reawaken America Tour, and Clayton Thomas Clark, Individually, (collectively, Defendants) file this Joint Stipulated Notice of Settlement as follows:

      Plaintiff and Defendants represent to the Court that they have executed a settlement agreement which has been fully performed as of this filing.  The settlement agreement fully and finally resolves all remaining disputes and claims between the parties in this action.  As part of the settlement, the parties have agreed to jointly stipulate to the dismissal of the controversies and claims between them with prejudice.

      This case does not involve a class action or court-appointed receiver.

Plaintiff and Defendants have further expressly agreed that while this dismissal fully and finally concludes the action between themselves with prejudice, the dismissal "is without prejudice to the resolution of third party witness Joseph Oltmann's appeal of his contempt order in this proceeding, currently pending in the Tenth Circuit Court of Appeals as *Coomer v. Make Your Life Epic, LLC dba Thrivetime Show*, No. 24-1390. The Parties agree that the district court retains civil contempt jurisdiction in the Action for the purpose of fully adjudicating the pending contempt order and enforcement of the Agreement."

Accordingly, Plaintiff and Defendants request that the Court retain jurisdiction for the sole purpose of adjudicating the contempt-related matters relating to Mr. Oltmann, including the matter currently set for hearing on July 25, 2025 at 9:30 a.m. (ECF No. 243).

In the interim, and subject to the final adjudication of the Court's contempt order, the parties request the Court vacate the August 20, 2025 Trial Preparation Conference, the two-week jury trial set for September 8, 2025, and all related deadlines. *See* (ECF No. 232). Upon the conclusion of the issues relating to Mr. Oltmann, the parties respectfully request the Court dismiss this matter with prejudice and order that all costs and fees as between Plaintiff and Defendants be borne by the party incurring same.

Respectfully submitted this 16th day of July  2025.


_____/s/ Charles J. Cain_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
CAIN & SKARNULIS PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011
**ATTORNEYS FOR PLAINTIFF
ERIC COOMER, Ph.D.**


_____/s/ Melissa A. Wiese_____

Thomas B. Quinn, No. 17955
Melissa A. Wiese, No. 27537
mwiese@grsm.com
GORDON REES SCULLY MANSUKHANI
LLP 555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
303-534-5160
*Electronically signed with permission
**ATTORNEYS FOR DEFENDANTS
MAKE YOUR LIFE EPIC LLC dba
THRIVETIME SHOW, REOPEN
AMERICA LLC dba REAWAKEN
AMERICA TOUR, and CLAYTON
THOMAS CLARK, Individually**