**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-3440-WJM-KLM

ERIC COOMER, Ph.D.,
*Plaintiff*

v.

MAKE YOUR LIFE EPIC, LLC, dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,
*Defendants*

---

**MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY, JOSEPH OLTMANN**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Undersigned counsel, Mark A. Sares, files this Motion to Withdraw as Counsel for Non-party Joseph Oltmann, in accordance with D.C.COLO.LCivR 7.1(b) and D.C.COLO.LAttyR 5(b), and as grounds therefore, states as follows:

Certification of Conferral:  Undersigned counsel has conferred with counsel for Plaintiff, who states that this Motion is opposed to the extent that it would result in a continuance of the July 25, 2025 hearing.

Undesigned counsel was retained by Mr. Oltmann's insurance carrier to represent him solely with respect to the subpoena for his deposition as a witness in this case.  On February 15, 2024 undersigned counsel entered his appearance on behalf of non-party Joseph Oltmann for that purpose, but which entry did not state it was for limited representation.  Oltmann's status as a non-party/deponent was his only relationship to the case.  Undersigned counsel no longer represented Mr. Oltmann following the deposition of Mr. Oltmann on June 6, 2024 and the

1

imposition of sanctions by the court. Undersigned counsel did not represent Mr. Oltmann in his appeal of the Sanctions Order of September 4, 2024.

The limited purpose of the representation of Mr. Oltmann was completed at that time. Additionally, irreconcilable differences, including conflicts of interest, have arisen between undersigned counsel and non-party Joseph Oltmann which further preclude ongoing representation.

As of June 23, 2025, undersigned counsel was advised that Mr. Oltmann was changing his representation to attorney Andrea Hall in the Denver District Court case of *Coomer v. Donald J. Trump for President, et al.* On that the same date, it was also confirmed with Ms. Hall and Mr. Oltmann that undersigned counsel no longer represented Mr. Oltmann in the U.S. District Court Case of case of *Coomer v. Make Your Life Epic, et al.* Ms. Hall was advised to "make sure and confirm that Joe has counsel that is representing him in the *Coomer v. Make Your Life Epic* case in U.S. District Court in which he was sanctioned." Mr. Oltmann was copied on that communication. The response email from Ms. Hall [cc: Joe Oltmann] confirmed as counsel for Mr. Oltmann that Mr. Oltmann was clear and understood that undersigned counsel was no longer representing him in the U.S. District Court case of *Coomer v. Make Your Life Epic*. In addition, continued representation of Mr. Oltmann has the potential to violate undersigned counsel's ethical obligations and the best interest of Mr. Oltmann are served by withdrawal.

**NOTICE TO JOSEPH OLTMANN:**

1. **Your last known address and telephone number:**

   c/o 6200 S Syracuse Way Suite 125, Greenwood Village, CO 80111; (720) 356-0999

   [you are responsible to keep your address and phone number up to date with the court]

2. **You are personally responsible for complying with all court orders, deadlines and time limitations established by applicable statutes and rules.**

3. **You have the right to object to this Motion to Withdraw as Counsel for Non-Party, Joseph Oltmann.**

WHEREFORE, undersigned attorney, Mark A. Sares, respectfully requests the court grant this Motion to Withdraw as Counsel for Non-Party, Joseph Oltmann.

Respectfully submitted this July 23, 2025.

        *s/ Mark A. Sares*
Mark A. Sares
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone: 720-875-9140
Fax:     720-875-9141
Email: msares@hkjp.com
ATTORNEY FOR NON-PARTY JOSEPH OLTMANN

3

CERTIFICATE OF SERVICE

    I certify that on July 23, 2025, I electronically filed the <u>Motion to Withdraw as Counsel for Non-Party, Joseph Oltmann</u> with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses and served by email on the Joseph Oltmann:

| | |
|---|---|
| Brad Kloewer, Esquire<br>Charlie Cain, Esquire<br>Steve Skarnulis, Esquire<br>Zachary H. Bowman, Esquire<br>David E. Jennings, Esquire<br>Cain and Skarnulis, PPLC<br>P.O. Box 1064<br>Salida, Colorado 81201<br>Telephone No.: (719) 530-3011 | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated E-mail: bkloewer@cstrial.com<br>ccain@cstrial.com<br>skarnulis@cstrial.com<br>zbowman@cstrial.com<br>djennings@cstrial.com<br>( ) By Facsimile Transmission to _____ |
| Thomas J. Rogers, III, Esquire<br>Mark Grueskin, Esquire<br>David Matthew Beller, Esquire<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>Telephone: (303) 573-1900<br>*Attorneys for Plaintiff* | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated E-mail: trey@rklawpc.com<br>mark@rklawpc.com<br>( ) By Facsimile Transmission to _____ |
| Thomas Baker Quinn, Esquire<br>Gordon & Rees LLP<br>555 17th Street<br>Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>303-534-5161 (fax)<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated email to  tquinn@gordonrees.com<br>( ) By Facsimile Transmission to _____ |
| Melissa Ann Wiese, Esquire<br>Gordon Rees Scully Mansukhani LLP<br>555 17th Street<br>Suite 3400<br>Denver, CO 80202<br>303-200-6879<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated email to  mwiese@grsm.com<br>( ) By Facsimile Transmission to _____ |

4

*Joseph Oltmann*                         (X) by Email:  joe@pidoxa.com

*Original signature on file at the offices of*
*Harris, Karstaedt, Jamison & Powers, P.C.*

/s/ C. Kentner

_____

5