IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3440-WJM-KLM

ERIC COOMER, Ph.D.,
*Plaintiff*

v.

MAKE YOUR LIFE EPIC, LLC, dba THRIVETIME SHOW and
CLAYTON THOMAS CLARK, individually,
*Defendants*

---

### MOTION TO VACATE AND CONTINUE THE HEARING SET FOR JULY 25, 2025

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Undersigned counsel, Mark A. Sares, on behalf of Non-party Joseph Oltmann, files this Motion to Vacate and Continue the Hearing set for July 25 2025 and moves the court to vacate and continue the Hearing of July 25, 2025 allowing it to be reset with new counsel for Mr. Oltmann expected to enter an appearance. As grounds therefore, counsel states as follows:

Certification of Conferral: Undersigned counsel has conferred with counsel for Plaintiff, who is opposed to a continuance of the July 25, 2025 hearing.

Undersigned counsel has filed a Motion to Withdraw as Counsel for Non-Party, Joseph Oltmann, contemporaneously with this Motion to Vacate and Continue the Hearing Set for July 25, 2025 at 9:30 a.m. The facts and background to that Motion are relevant to the reason and request for this Motion. The reason for the request to have the Hearing set for July 25, 2025 vacated and reset is to permit Mr. Olmann to have representation by new counsel as he has indicated would be done. The vacating of the July 25, 2025 hearing will avoid any prejudice to

Mr. Oltmann based on an apparent misunderstanding between undersigned counsel, Mr. Oltmann and Mr. Oltmann's newly retained counsel, Andrea Hall.

Undesigned counsel was retained by Mr. Oltmann's insurance carrier to represent him solely with respect to a subpoena for him to attend a deposition as a witness in this case. On February 15, 2024 undersigned counsel entered his appearance on behalf of non-party Joseph Oltmann for that purpose, but which entry did not state it was for limited representation. Oltmann's status as a non-party deponent was his only relationship to the case. Undersigned counsel no longer represented Mr. Oltmann following the deposition of Mr. Oltmann on June 6, 2024 and the imposition of sanctions by the court. Undersigned counsel did not represent Mr. Oltmann in his appeal of the Sanctions Order of September 4, 2024. The limited purpose of the representation of Mr. Oltmann was completed at that time.

As of June 23, 2025, undersigned counsel was advised that Mr. Oltmann was changing his representation to attorney Andrea Hall in the Denver District Court case of *Coomer v. Donald J. Trump for President, et al*. On that the same date, it was also confirmed with Ms. Hall and Mr. Oltmann that undersigned counsel no longer represented Mr. Oltmann in this U.S. District Court case of *Coomer v. Make Your Life Epic, et al*. Ms. Hall was advised to "make sure and confirm that Joe [Oltmann] has counsel that is representing him in the *Coomer v. Make Your Life Epic* case in U.S. District Court in which he was sanctioned." Mr. Oltmann was copied on that communication. On the same date, in the response email from Ms. Hall as counsel for Mr. Oltmann, [cc'd: Joe Oltmann] she confirmed that Mr. Oltmann clearly understood that undersigned counsel was no longer representing him in the U.S. District Court case of *Coomer v. Make Your Life Epic*.

After the June 23, 2025, substitution of Ms. Andrea Hall as Mr. Oltmann's counsel in the Denver District Court case and the communication with Ms. Hall and Mr. Oltmann confirming his understanding that undersigned counsel did not represent him regarding the issue of sanctions in this case; it is clear there is a conflict of interest for the Hearing on July 25, 2025 to go forward. Mr. Oltmann must secure representation from new counsel in this matter. Irreconcilable differences, including conflicts of interest, have arisen between undersigned counsel and non-party Joseph Oltmann. These differences and conflicts further preclude undersigned counsel's ongoing representation of Oltmann in this matter. Undersigned counsel's authorization or ability to act on behalf of Mr. Oltmann in this matter is not established. Representation of Mr. Oltmann and communication with Mr. Oltmann by undersigned counsel in this case, presents undersigned counsel with ethical issues. The best interests of Mr. Oltmann are served by vacating and continuing the hearing that is scheduled for July 25, 2025 at 9:30 a.m. and by undesigned counsel's withdrawal.

WHEREFORE, Non-party, Joseph Oltmann, respectfully requests for good cause shown, that the court enter an Order vacating the hearing for July 25, 2025 and continue the hearing to be set at a date and time to allow Mr. Oltmann to retain new counsel that will enter an appearance for him in this matter.

Respectfully submitted this July 23, 2025.

       *s/ Mark A. Sares*
Mark A. Sares
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone: 720-875-9140
Fax:    720-875-9141
Email: msares@hkjp.com
ATTORNEY FOR NON-PARTY JOSEPH OLTMANN

CERTIFICATE OF SERVICE

I certify that on July 23, 2025, I electronically filed the <u>Motion to Vacate and Continue the Hearing Set for July25, 2025</u> with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses and serve by email on Joseph Oltmann:

Brad Kloewer, Esquire
Charlie Cain, Esquire
Steve Skarnulis, Esquire
Zachary H. Bowman, Esquire
David E. Jennings, Esquire
Cain and Skarnulis, PPLC
P.O. Box 1064
Salida, Colorado 81201
Telephone No.: (719) 530-3011

(X) by Integrated Colorado Courts E-Filing System
( ) by First Class U.S. Mail
( ) by designated E-mail: bkloewer@cstrial.com
ccain@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
djennings@cstrial.com
( ) By Facsimile Transmission to _____

Thomas J. Rogers, III, Esquire
Mark Grueskin, Esquire
David Matthew Beller, Esquire
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Telephone: (303) 573-1900
*Attorneys for Plaintiff*

(X) by Integrated Colorado Courts E-Filing System
( ) by First Class U.S. Mail
( ) by designated E-mail: trey@rklawpc.com
mark@rklawpc.com
( ) By Facsimile Transmission to _____

| | |
|---|---|
| Thomas Baker Quinn, Esquire<br>Gordon & Rees LLP<br>555 17th Street<br>Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>303-534-5161 (fax)<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated email to  tquinn@gordonrees.com<br>( ) By Facsimile Transmission to  _____ |
| Melissa Ann Wiese, Esquire<br>Gordon Rees Scully Mansukhani LLP<br>555 17th Street<br>Suite 3400<br>Denver, CO 80202<br>303-200-6879<br>*Attorneys for Defendant Make Your Life Epic, LLC* | (X) by Integrated Colorado Courts E-Filing System<br>( ) by First Class U.S. Mail<br>( ) by designated email to  mwiese@grsm.com<br>( ) By Facsimile Transmission to  _____ |
| *Joseph Oltmann* | (X) by email:  joe@pidoxa.com |

*Original signature on file at the offices of
Harris, Karstaedt, Jamison & Powers, P.C.*

_____*s/ Mark A. Sares*_____