IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                  July 25, 2025
Courtroom Deputy:      Heidi L. Guerra
Court Reporter:        Janet Coppock
Law Clerk:             Felix Hollaway

---

Civil Action No. **1:21-cv-03440-WJM-KAS**                    Counsel:

ERIC COOMER, PhD.                                             Charles Joseph Cain
                                                             Ashley N. Morgan

      Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC d/b/a ThriveTime Show,
REOPEN AMERICA LLC d/b/a ReAwaken America Tour,
and
CLAYTON THOMAS CLARK, individually,

      Defendants.

JOSEPH OLTMANN,                                              Mark A. Sares
      Non-Party.

---

## COURTROOM MINUTES

---

**EVIDENTIARY HEARING**

**9:32 a.m.**    **Court in session.**

**ORDERED:** At the conclusion of the hearing, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

Court calls case. Appearances of counsel. Non-Party Joseph Oltmann is present in person.

Opening remarks by the Court.

Discussion regarding Plaintiff's [244] Motion for Attorney Fees and Costs (Appellate).

9:41 a.m. Plaintiff's witness Mr. Charles Cain is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Cain by Ms. Morgan.

Plaintiff's Exhibits 1, 2, 3, 4, 5, and 6 are admitted into evidence.

Cross examination of Mr. Cain by Mr. Oltmann.

Mr. Cain is excused.

Plaintiff rests.

Mr. Sares has a standing objection to Mr. Oltmann's statement.

Mr. Oltmann placed under oath by Courtroom Deputy.

Mr. Oltmann read statement into the record.

Discussion regarding Plaintiff's [170] and [244] Motions.

**ORDERED:** Plaintiff's [170] Motion for Attorney Fees and [244] Motion for Attorney Fees and Costs are TAKEN UNDER ADVISEMENT.

**11:17 a.m.    Court in recess. Hearing concluded.**

Total time in court: 1 hour 45 minutes