IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW, et al.

    Defendants

---

**PLAINTIFF'S MOTION TO MODIFY ORDER GRANTING PLAINTIFF ATTORNEYS' FEES AND COSTS**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through counsel, files this Motion to Modify Order Granting Plaintiff Attorneys' Fees and Costs:

**CONFERRAL STATEMENT**

On August 15, 2025, undersigned counsel conferred with non-party Joseph Oltmann (Oltmann) via email at the email address joe@pidoxa.com. As recently as August 26, 2025, Oltmann has used this email address in corresponding with Dr. Coomer's counsel and one of his vendors. With respect to this Motion, Oltmann, who is unrepresented, stated that he does not have the money to pay sanctions and is preparing a financial statement (which has not been provided as of this filing). He requested to discuss a potential payment plan and stated that "[i]t is probably time that

1

you and your client get together and stop the charade." No plan or promised payment date has been provided as of this filing.

Based on the most recent Certificate of Mailing/Service (ECF No. 270), Dr. Coomer's counsel certifies that this Motion is being sent to Oltmann at 8245 Keith Court, Castle Rock, CO 80108 and to [joe@pidoxa.com](mailto:joe@pidoxa.com).

### SUMMARY OF RELIEF REQUESTED

1. Dr. Coomer requests a modification to the Court's award of attorneys' fees and costs in the amount of $53,756.83. (ECF No. 263) (July 28 Order). Specifically, Dr. Coomer requests the Court to establish a date certain by which Oltmann must pay the fees and costs previously ordered. This request is being made so that Dr. Coomer may initiate further proceedings if payment is not be made by the Court-established deadline.

2. Further, as the Court is aware, Oltmann has also failed to tender the $37,000 in sanctions pursuant to this Court's July 29, 2025 Order. (ECF No. 264) (July 29 Order). The Court has ordered Oltmann to provide current contact information on or before August 28, 2025. (ECF No. 269). As of this filing, there is no indication on the CM/ECF system indicating compliance. In the meantime, Oltmann has been publicly stating he will not pay the outstanding sanctions. Dr. Coomer, therefore, submits this Motion to provide the Court with additional information in the event the Court holds another show cause hearing and/or issues a writ of body attachment.

2

## BACKGROUND

**A.     Procedural History**

3.     On July 28, 2025, the Court modified Dr. Coomer's requests for attorneys' fees and costs made by motions dated September 17, 2024 and July 8, 2025 (ECF Nos. 170 and 244) and awarded Dr. Coomer $53,756.83.  (ECF No. 263).

4.     As of this filing, Oltmann has not paid any of these amounts.  The Court's July 28 Order, however, did not state a date certain by which the award of fees and costs were required to be paid.

5.     On the day the July 28 Order was issued, undersigned counsel contacted Oltmann's counsel of record, Andrea Hall, in the related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*, (the *Trump* Case) to inquire whether Oltmann would agree to a payment deadline so that this Motion would not be necessary.[1]  Ms. Hall is actively involved on Oltmann's behalf in the *Trump* Case.

6.     On July 29, the Court made absolute its prior sanctions order of $1,000 a day and ordered Oltmann to make payment of $37,000 to the Registry of the United States District Court for the District of Colorado no later than August 11, 2025.  (ECF No. 264).  Based on information and belief, Oltmann has not tendered the sums ordered by the Court.

---

[1] **Exhibit 1**, p. 2.

7. Also on July 29, undersigned counsel sent another email to Ms. Hall which attached the two sanctions orders and stated:

> The attached certificate of mailing indicates that the orders were sent to Mr. Oltmann's address at 6200 S. Syracuse, but I'm sending you these copies just to be sure he receives them given Mr. Sares' withdrawal from the case. One of the sanctions orders indicates a payment deadline of August 11.[2]

8. On July 30, undersigned counsel sent another email attaching copies of the sanctions orders, both to Dr. Coomer and for payment of coercive sanctions to the Court.[3] Ms. Hall responded that afternoon, stating, "let me discuss with Joe and get back to you."[4] She never did.

9. On August 18, 2025, the previously mailed copy of the July 29 Order, ECF No. 264, was returned as undelivered. (ECF Nos. 265 and 267).

10. On August 21, 2025, the July 29 Order was sent to Oltmann via his Keith Court home address and by email to joe@pidoxa.com (ECF No. 268). Oltmann was also ordered to provide his current mailing address, primary and alternative email address, and telephone number on or before August 28, 2025. (ECF No. 269).

**B.   Additional Relevant Background Regarding Oltmann**

11. Since the July 28 Order and July 29 Order, Oltmann has been prolific in defaming Dr. Coomer across a variety of platforms. Examples of Oltmann's statements

---

[2] **Exhibit 2**.

[3] **Exhibit 1**, p. 1.

[4] *Id.*

4

are attached hereto,[5] but the sheer volume and frequency of statements render a thorough recitation both difficult and redundant. Notably, Oltmann has now expanded upon his prior theories about Dr. Coomer, and alleges that Dr. Coomer was recruited by the Central Intelligence Agency (CIA) decades ago, and that his supposed rigging of the 2020 election was the culmination of this lengthy plot.[6] Oltmann has also stated his confidence that indictments of Dr. Coomer's counsel will soon be forthcoming.[7]

12. Since the July 29 Order, Oltmann has also continued to publicly express his contempt for the judiciary and to espouse violence.[8]

---

[5] *See, e.g.*, **Exhibit 3**, Joe Oltmann, X (Aug. 8, 2025) (describing Eric Coomer as a "satanist, skin head drug addict"); **Exhibit 4**, Joe Oltmann, *Eric Coomer: From Drug Addicted Satanist Skinhead to the Heart of Election Controversies*, SUBSTACK (Aug. 8, 2025) (containing numerous unsourced conspiracy theories and concluding unironically that, "Coomer is either the most unlucky person in the world and everyone is lying . . . or he is the CIA stooge who set out to destroy not only the sovereignty of the US but other nations"); **Exhibit 5**, Joe Oltmann, X (Aug. 9, 2025) (discussing Dr. Coomer and "his fraudulent, liar attorneys" and stating, "If by the end, you do not see it clearly, than you are either retarded or in on the stealing of the voice of the people."); **Exhibit 6**, Joe Oltmann, X (Aug. 9, 2025) (including a profane tirade against Dr. Coomer and various other perceived enemies).

[6] *See, e.g.*, Joe Oltmann, *Untamed Livestream*, UNTAMED WITH JOE OLTMANN, at 13:05 (Aug. 7, 2025) (Oltmann: "The CIA made Eric Coomer. Made him. It wasn't a cold call while he was laying on the cold floor dry heaving for being a drug addict. That isn't what got him. It was the connections that his family had at the Pentagon, and at major defense contractors.") *available at* https://theuntamedtruth.com/1a3d7b7d-untamed-thursday-07-august-2025-livestream/

[7] *See, e.g.*, Joe Oltmann, *Joe Untamed with Dr. Culshaw, Baz & Morgan: Truth on HIV and America's Child Trade*, UNTAMED WITH JOE OLTMANN, at 2:14:27 (Oltmann: "I've got a couple good things that are happening that will result in some indictments. I pray that that extends to Mr. Coomer and his lawyers. I think that there's a pretty good chance that something might come down the pike here shortly.").

[8] **Exhibit 7**, Joe Oltmann, X (Aug. 20, 2025) (describing judges as "largely evil rotten henchmen for a fraternity of evil" and stating "we recognize this evil will take force to destroy").

*See also,* Joe Oltmann, *Trump on Patrol and America's Cultural Revolution w/E.M. Burlingame*, Untamed Podcast, at 31:26 (Aug. 21, 2025) https://rumble.com/v6xw3ba-joe-untamed-with-bradley-birkenfeld-and-e.m.-burlingame-21-august-2025.html?e9s=src_v1_cmd%2Csrc_v1_ucp_a (Oltmann: "I just heard today that Judge Martinez out of the federal court in Colorado said that it's well noted that I have a disregard for the judiciary. You guys earned it. You little shitbags earned it. You treat people horribly."); and

Joe Oltmann, *Trump on Patrol and America's Cultural Revolution w/E.M. Burlingame*, Untamed Podcast, at 1:19:48 (Aug. 21, 2025) https://rumble.com/v6xw3ba-joe-untamed-with-bradley-birkenfeld-and-e.m.-burlingame-21-august-2025.html?e9s=src_v1_cmd%2Csrc_v1_ucp_a (Oltmann: "I believe that the vast

13. Based on information and belief, Oltmann's recent claim of poverty is undoubtedly the result of a coordinated effort by Oltmann to transfer his individual assets to related third-parties, family members, and insiders.

14. In 2022, a Canadian publication, *The Globe and Mail*, published an extensive article on Oltmann's past activities, including information about his past bankruptcy, the revocation of his auto dealer license, his history of litigation, and his avoidance of paying sanctions.[9]  The bankruptcy referenced in the article was filed as a Chapter 7 on August 27, 2007.  *See In re: Oltmann*, Case No. 07-19488-HRT, U.S. Bankruptcy Court, District of Colorado.  Oltmann ultimately received a discharge seven years later on August 1, 2014.

---

majority of them [judges], for what they've done to the American people, should be hung by the street lights and have their eyes plucked out by crows."); and

Joe Oltmann, *Trump on Patrol and America's Cultural Revolution w/E.M. Burlingame*, Untamed Podcast, at 1:34:00 (Aug. 21, 2025) https://rumble.com/v6xw3ba-joe-untamed-with-bradley-birkenfeld-and-e.m.-burlingame-21-august-2025.html?e9s=src_v1_cmd%2Csrc_v1_ucp_a (Oltmann: "The only thing that has kept the people that are hurting me safe is my restraint in recognizing that there is a system and I have to play within it, and as long as they have the bailiff, and the judge, and some security person there, they think they can just act and do whatever they want with impunity.  As long as they have that system in front of them.  And all I'm waiting for is for that system to disappear. I've already made the decision.  I've already made the decision that I'm done with the bullshit.  I'm done with being their little punching bag.  I'm done with all of it.").

Joe Oltmann, *Trump on Patrol and America's Cultural Revolution w/E.M. Burlingame*, Untamed Podcast, at 1:48:20 (Aug. 21, 2025) https://rumble.com/v6xw3ba-joe-untamed-with-bradley-birkenfeld-and-e.m.-burlingame-21-august-2025.html?e9s=src_v1_cmd%2Csrc_v1_ucp_a (Oltmann: "We're prepared for violence. There's enough of us that would contribute ourselves to that.  We don't seek it.  We'd don't seek.  And most of us are, you know, in our 50s. 40s and 50s.")

[9] **Exhibit 8**; Nathan Vanderklippe, *How Joe Oltmann, who claims the U.S. election was rigged and 'traitors' should be executed, became a rising political force*, The Globe and Mail, (July 29, 2922).

6

15. An adversary proceeding arising from this bankruptcy was filed on November 11, 2007.[10] The Complaint in the adversary references a number of asset transfers by Oltmann to his then-girlfriend (now wife), Erika Oslund, that had previously been listed on Oltmann's Personal Financial Statement.[11] Further, a year prior to the bankruptcy, Oltmann claimed a personal net worth of over $3 million in order to obtain loans for his then-automotive business, Auto Millennium, LLC.[12] The Motion for Stay of the Adversary Proceedings stated that Oltmann "was charged in Arapahoe County District Court with 14 counts of Defrauding a Secured Creditor (C.R.S. 18050206(1)(d)) and 1 count of Theft (C.R.S. 18-4-401 (2)(d))." As of this filing, Dr. Coomer is not aware of the disposition of these charges.[13]

16. Historically, Oltmann has touted his individual wealth. In November 2020, when Oltmann first approached OAN about his election fraud claims, he stated, "I am a two time EY [Ernest & Young] Entrepreneur of the Year, and a 2020 finalist . . . I started Conservative Daily 11 years ago. We have 860,000 members. I also own 13 companies and employ 194 people across different industries."[14]

17. More recently, Oltmann has posted pictures and video of (some of) his luxury vehicles:

---

[10] **Exhibit 9**; Complaint to Determine Dischargeability of Debt Pursuant to 11.U.S.C. section 523 and Discharge Pursuant to 11 U.S.C. Section 727(a)(2)(a); Adv. No. 07-01753-HRT, *Manheim Automotive Financial Services, Inc. vs. Joseph Oltmann* (ECF No. 1, Nov. 27, 2007).

[11] *See id.*, p. 4.

[12] *See id.* at Exhibit 6.

[13] **Exhibit 10**.

[14] **Exhibit 11**.




*Oltmann's Cyber Truck (posted on March 19, 2025)*[15]    *Oltmann's Porsche 911 Carrera (late model, 2023)*[16]

18. According to public records, Oltmann still owns residential property in Colorado at 8245 Keith Court, Castle Rock, CO 80108, where the Court mailed the July 29 Order.[17]

19. Based on information and belief, Oltmann owns, owned, operates, and/or operated multiple businesses, including one of the largest gun retailers in the state, DCF Guns, as well PIN Business Network, Pidoxa, Untamed (podcast), and Evolve Automotive Partners. Oltmann appears to have administrative offices for these businesses at one location in Centennial, Colorado:

---

[15] Joe Oltmann, X (Mar. 19, 2025) available at https://x.com/joeoltmannX/status/1902492165994852433

[16] Joe Oltmann, *It's Not a Joke . . . Election Fraud Is Way Worse Than You Think*, UNTAMED PODCAST, at 1:08:00 (Apr. 1, 2025) (Oltmann: "I just need to put a supercharger on that thing.") available at https://theuntamedtruth.com/its-not-a-joke-election-fraud-is-way-worse-than-you-think-1-april-2025/

[17] **Exhibit 12**, Douglas County, Colorado Assessor's Office.



*6568 S. Racine Circle, Centennial, CO 80111*

20. Further, as noted in Dr. Coomer's Brief in Support of Civil Contempt Order, Oltmann recently made a personal loan of at least $3.9 million to Mike Lindell. *See* (ECF No. 242, p. 7, *see also* ECF No 242-15, p. 3). The assets controlled by Oltmann are in addition to the amounts raised by his daughter, Micah Oltmann, on a GoFundMe site that was posted in response to Oltmann's contempt of court. (ECF No. 242-1).

21. Oltmann has confirmed his knowledge of the July 28 Order and the July 29 Order, stating in a recent August 12 podcast:

> The third question. How's the case going with Coomer? Ok. It's going. You know, I'm, I am, I got $90,671, I think, that I've got to pay that guy. And I don't have it, so I think that just solves that problem. But yeah, a case that I wasn't even a party to where the lawyers did it on contingency. They just

9

made it up out of thin air and said we're going to punish Joe.  But I'm okay, it's fine.[18]

22.     On his August 21, 2025 podcast, Oltmann again reiterated his knowledge of this Court's July 29 Order:

> I just heard today that Judge Martinez out of the federal court in Colorado said that it's well noted that I have a disregard for the judiciary. You guys earned it. You little shitbags earned it. You treat people horribly.  You take 90 grand from me . . . ."[19]

## ARGUMENT

23.     Oltmann is an experienced litigant and is attempting to game the system.

24.     The District Court has "inherent power to enforce compliance with [its] lawful orders through civil contempt." *Acosta v. Paragon Contractors Corp.*, 884 F.3d 1225, 1238 (10th Cir. 2018) (*citing Shillitani v. United States*, 384 U.S. 364, 370 (1966)). "In exercising this power, the Court enjoys broad discretion." *Id.* (*citing Rodriguez v. IBP, Inc.*, 243 F.3d 1221, 1231 (10th Cir. 2001)).  The Court should be circumspect about Oltmann's public claims of poverty.

25.     Dr. Coomer ultimately seeks enforcement of this Court's July 28 Order. However, in the absence of a date certain for compliance as to the award in favor of Dr. Coomer, Dr. Coomer anticipates that Oltmann will never comply, and that

---

[18] Joe Oltmann, *Untamed w/ Dr. Culshaw, Baz & Morgan: Truth on HIV and America's Child Trade*, UNTAMED PODCAST (Aug. 12, 2025) available at https://theuntamedtruth.com/cf41c0f4-untamed-tuesday-12-august-2025-livestream/ beginning at 2:13:10.

[19] Joe Oltmann, *Trump on Patrol and America's Cultural Revolution w/E.M. Burlingame*, Untamed Podcast, at 1:48:20 (Aug. 21, 2025)  https://rumble.com/v6xw3ba-joe-untamed-with-bradley-birkenfeld-and-e.m.-burlingame-21-august-2025.html?e9s=src_v1_cmd,src_v1_ucp_a beginning at 31:26.

Dr. Coomer's potential remedies to compel compliance will be limited by the lack of a specific deadline for payment.

26. As to Oltmann's failure to pay the Court's sanction under its July 29 Order, it is questionable whether the failure to pay constitutes further civil contempt or criminal contempt. Irrespective of the nature of the contempt, Dr. Coomer has ample reason to doubt Oltmann's public statements that he is unable to pay the fees and costs awarded in either the July 28 Order or the July 29 Order. If Oltmann's claimed inability to pay were true, it can only be the result of one or more fraudulent transfers made in hope of escaping liability in this and related cases. Further, having been through a prior lengthy personal bankruptcy, Oltmann may also be positioning himself once again to seek a discharge at a time of his choosing.

**PRAYER**

For the reasons stated, Eric Coomer, Ph.D. prays this Court grant this Motion and modify the July 28 Order to require payment no later than ten (10) days following the issuance of the amended order.

Dr. Coomer further pray this Court grant Dr. Coomer additional attorney's fees and costs associated with the enforcement of the July 28 Order.

Eric Coomer, Ph.D. further prays for such other and further relief to which he may be entitled to receive.

Respectfully submitted this 29th day of August 2025.

        */s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Ashley N. Morgan, No. 61713
amorgan@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**