IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW, et al.

    Defendants

---

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT
AGAINST NON-PARTY OLTMANN**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through counsel, files this Motion for Entry of Judgment, and states as follows:

### CONFERRAL STATEMENT

Undersigned counsel has conferred with Mr. Oltmann via email on the relief requested. Mr. Oltmann opposes the Motion. Dr. Coomer's counsel certifies that this Motion is being sent to Oltmann at 8245 Keith Court, Castle Rock, CO 80108, via United States First Class Mail and to joe@pidoxa.com.

### BACKGROUND

1.     Dr. Coomer requests this Court enter a Final Judgment against Non-Party Joseph Oltmann (Oltmann) in the amount of $53,756.83.

1

2. On July 28, 2025, this Court ordered Oltmann to pay to Dr. Coomer attorneys' fees and costs in the total sum of $53,756.83. Of the total, $17,660.92 was awarded in fees and costs arising from the contempt proceedings revolving around Oltmann's deposition held on June 6, 2024, and $36,095.91 was awarded in fees and costs arising from the appellate proceedings. ECF No. 263.

3. On August 8, 2025, the parties filed a joint Stipulation for Dismissal with Prejudice as to the underlying claims at issue in this dispute. ECF No. 266.

4. On August 29, 2025, Dr. Coomer requested a modification to the Court's award of attorneys' fees and costs in the amount of $53,756.83. ECF No. 271. Specifically, Dr. Coomer requested the Court to establish a date certain by which Oltmann must pay the fees and costs previously ordered.

5. On September 3, 2025, this Court issued an Order setting the deadline by which Oltmann was to pay Dr. Coomer as September 15, 2025. ECF No. 272.

6. As of the time of filing this Motion, Oltmann has not paid the fees and costs to Dr. Coomer. Oltmann's failure to pay as ordered by the Court is supported by the attached Declaration. **Exhibit 1**.

## ARGUMENT

7. Pursuant to Federal Rule of Civil Procedure 58(d), a party may request that judgment be set out in a separate document as required by Rule 58(a).

8. Pursuant to Federal Rule of Civil Procedure 58(b)(2)(B), and subject to Federal Rule of Civil Procedure 54(b), the Court's approval is required for entry of judgment when the court grants other relief not described in subdivision (b).

2

9. "Judgment" includes a decree and any order from which an appeal lies. F.R.C.P. 54(a).

10. Non-Party Oltmann has failed to comply with this Court's September 3, 2025 Order compelling payment of $17,660.92 in attorneys' fees and costs arising from the contempt proceedings and $36,095.91 in attorneys' fees and costs arising from the appellate proceedings by no later than September 15, 2025.

11. Dr. Coomer, therefore, requests the Court's September 3 Order (ECF No. 272) be converted to a final judgment against Oltmann in the amount of $53,756.83 and that post-judgment interest be assessed on this amount pursuant to 28 U.S.C. 1961.

### PRAYER

For the reasons stated, Eric Coomer, Ph.D. prays this Court enter a Final Judgment against Non-Party Joseph Oltmann in the amount of $53,756,83, plus post judgment interest pursuant to 28 U.S.C. 1961, and costs.

Respectfully submitted this 17th day of September 2025.

                                            */s/ Bradley A. Kloewer*
                                        Charles J. Cain, No. 51020
                                        ccain@cstrial.com
                                        Bradley A. Kloewer, No. 50565
                                        bkloewer@cstrial.com
                                        Ashley N. Morgan, No. 61713
                                        amorgan@cstrial.com
                                        **Cain & Skarnulis PLLC**
                                        P. O. Box 1064
                                        Salida, Colorado 81201
                                        719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

4