IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MAKE YOUR LIFE EPIC LLC, d/b/a ThriveTime Show,
REOPEN AMERICA LLC, d/b/a ReAwaken America Tour, and
CLAYTON THOMAS CLARK, individually,

    Defendants.

## FINAL JUDGMENT

In accordance with the [263] and [272] Orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(d), the following Final Judgment is hereby entered.

Pursuant to the [278] Order Granting Motion for Judgment on Attorneys' Fees and Costs entered by Judge William J. Martínez on September 23, 2025, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Eric Coomer, Ph.D., and against Nonparty Joseph Oltmann. It is further

ORDERED that Eric Coomer, Ph.D., is awarded $17,660.92 in attorneys' fees and costs arising from the contempt proceedings. It is further

ORDERED that Eric Coomer, Ph.D., is awarded $36,095.91 in attorneys' fees and costs arising from the appellate proceedings against Nonparty Joseph Oltmann.

DATED at Denver, Colorado this 23rd day of September 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: _____
H. Guerra, Deputy Clerk