IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03440-WJM-KAS

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MAKE YOUR LIFE EPIC LLC dba THRIVETIME SHOW, et al.

    Defendants

**PLAINTIFF'S NOTICE OF SATISFACTION**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Notice of Satisfaction, and states as follows:

1. On September 23, 2025, this Court entered Final Judgment [ECF No. 279] in favor of Dr. Coomer against Joseph Oltmann in the amount of $53,756.83 pursuant to the Court's Order Granting Motion for Judgment on Attorney's Fees and Costs. [ECF No. 278].

2. Dr. Coomer advises the Court that on October 3, 2025, counsel for Dr. Coomer received a personal check from Joseph Oltmann in the amount of $53,756.11. This amount was verified to be good funds but was $0.72 less than the amount ordered by the Court. Nonetheless, despite the shortfall, Dr. Coomer considers the judgment satisfied.

3. Dr. Coomer further advises the Court that a Transcript of the Final Judgment [ECF No. 279] had not been filed pursuant to C.R.S. § 13-52-104 prior to its satisfaction.

Respectfully submitted this 10th day of October 2025.

>  /s/ Charles J. Cain
> Charles J. Cain, No. 51020
> ccain@cstrial.com
> Bradley A. Kloewer, No. 50565
> bkloewer@cstrial.com
> Ashley N. Morgan, No. 61713
> amorgan@cstrial.com
> **Cain & Skarnulis PLLC**
> P. O. Box 1064
> Salida, Colorado 81201
> 719-530-3011/512-477-5011 (Fax)
>
> Thomas J. Rogers III, No. 28809
> trey@rklawpc.com
> David M. Beller, No. 35767
> david@rklawpc.com
> **RechtKornfeld PC**
> 1600 Stout Street, Suite 1400
> Denver, Colorado 80202
> 303-573-1900
> **ATTORNEYS FOR PLAINTIFF**